## AFFIDAVIT OF SERVICE

| Case: 1:24-cv-05055-RA | Court: Southern District of New York | County: | Job: 11548622 |
|---|---|---|---|
| **Plaintiff / Petitioner:** XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated | | **Defendant / Respondent:** A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, et al. | |
| **Received by:** Michigan Civil Process | | **For:** Law Offices of Alexander Heckscher, PLLC | |
| **To be served upon:** Qilong (Lucy) Liu | | | |

I, Robert Tippit, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Qilong (Lucy) Liu, DKY Sushi : 283 S Zeeb Road, Ann Arbor, MI 48103
**Manner of Service:** Personal/Individual, Aug 10, 2024, 12:39 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Aug 10, 2024, 12:39 pm EDT at DKY Sushi : 283 S Zeeb Road, Ann Arbor, MI 48103 received by Qilong (Lucy) Liu. Other: Asian female, 35 years old, 4 ft 11, 90 lb., black hair.;
Served and signed field sheet.

Robert Tippit     Date

Michigan Civil Process
42815 Garfield Rd. Suite 208
Clinton Twp, MI 48038
810-206-9933

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public
8-15-24     Date     11/21/24     Commission Expires