AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Xin "Kelly" Yang and Ting "Susan" Chen  
*Plaintiff*  
v.  
A Fei, Shuyun Chen, Yu "Rita" Chen, et al.  
*Defendant*

Case No. 1:24-cv-05055-RA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nan Zheng

Date: 10/16/2024

*Attorney's signature*

Aleksander B. Milch, Esq., AM6555  
*Printed name and bar number*  
The Kasen and Liu Law Firm, PLLC  
136-33 37th Avenue, #9C  
Flushing, New York 11354

*Address*

aleksander@kasenlawfirm.com  
*E-mail address*

(718) 337-8012  
*Telephone number*

(718) 709-8850  
*FAX number*