UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100,<br><br>Defendants. | Case No. 1:24-cv-05055-RA |

PLEASE TAKE NOTICE that Plaintiffs will move this Court, before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Counterclaims filed by Defendants Yurong Hu, Qilong Liu, Wenling Wang, Nan Zheng, and Xiaona Zhou (ECF Nos. 19, 20, 21, 22, and 26) for failure to state a claim, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Date: November 6, 2024 | /s/ Alexander Heckscher<br>Alexander Heckscher<br>LAW OFFICES OF<br>ALEXANDER HECKSCHER, ESQ.<br>305 Broadway<br>7th Floor, Suite 88<br>New York, NY 10007<br>(212) 323-6895<br>alex@heckscherlaw.com |

Times Wang (admitted pro hac vice)
FARRA & WANG PLLC
1543 Champa St., Suite 400
Denver, CO 80202
(303) 534-3047
twang@farrawang.com

*Counsel for the Plaintiffs*