UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated, Plaintiffs, | CIVIL ACTION NO. 1:24-cv-05055-RA |
| v. | **DECLARATION OF INTENT TO FILE AMENDED COUNTERCLAIMS IN RESPONSE TO MOTION TO DISMISS** |
| A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100, Defendants. | |

------------------------------------------------------------------------X

Defendant, **YURONG "MARY" HU**, by her attorneys, **THE KASEN AND LIU LAW FIRM, PLLC**, as and for her response to the **MOTION TO DISMISS COUNTERCLAIMS**, declares, in accordance with the Judge's Individual Rules, her intent to file **AMENDED COUNTERCLAIMS** by **NOVEMBER 26, 2024**.

    Dated:  Flushing, New York
             November 18, 2024

                                              Yours, etc.

                                              **THE KASEN AND LIU LAW FIRM, PLLC**
                                              *Attorneys for the Defendant*
                                              By:  Aleksander B. Milch, Esq.
                                              136-33 37th Avenue, #9C
                                              Flushing, New York 11355
                                              Tel. 718-337-8012
                                              Fax. 718-709-8850
                                              Email: aleksander@kasenlawfirm.com

**CIVIL ACTION NO. 1:24-cv-05055--RA**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

      v.

A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100,

      Defendants.

## DECLARATION OF INTENT TO FILE AMENDED COUNTERCLAIMS IN RESPONSE TO MOTION TO DISMISS

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850