UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

| | |
|---|---|
| XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated, Plaintiffs, | CIVIL ACTION NO. 1:24-cv-05055-RA |
| v. | **DECLARATION OF INTENT TO FILE AMENDED COUNTERCLAIMS IN RESPONSE TO MOTION TO DISMISS** |
| A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100, Defendants. | |

-------------------------------------------------------------------------X

Defendant, **NAN "LUCAS" ZHENG**, by her attorneys, **THE KASEN AND LIU LAW FIRM, PLLC**, as and for his response to the **MOTION TO DISMISS COUNTERCLAIMS**, declares, his intent to withdraw said **COUNTERCLAIMS**.

Dated: Flushing, New York
November 26, 2024

Yours, etc.

_____
**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for the Defendant*
By: Aleksander B. Milch, Esq.
136-33 37th Avenue, #9C
Flushing, New York 11355
Tel. 718-337-8012
Fax. 718-709-8850
Email: aleksander@kasenlawfirm.com

CIVIL ACTION NO. 1:24-cv-05055--RA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN "KELLY" YANG and TING "SUSAN" CHEN, on behalf of themselves and all others similarly situated,

       Plaintiffs,

       v.

A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100,

       Defendants.

## DECLARATION OF INTENT TO WITHDRAW COUNTERCLAIMS IN RESPONSE TO MOTION TO DISMISS

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant*
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850