AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Xin "Kelly" Yang and Ting "Susan" Chen ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-05055-RA |
| A Fei, Shuyun Chen, Yu "Rita" Chen et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YUN YE.

Date:   12/25/2024

*Attorney's signature*

Aleksander B. Milch, Esq. AM655
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
136-33 37th Avenue, #9C
Flushing, New York 11354

*Address*

aleksander@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*