```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YANG, et al.,

                             Plaintiffs,                          **24-CV-5055 (RA) (KHP)**

       -against-                                      **POST-CONFERENCE ORDER**

FEI, et al.,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On January 22, 2025, the parties appeared before the undersigned for an Initial Case Management Conference. As discussed during the conference and set forth below:

       **By February 5, 2025**, Defendants shall notify the Court whether they intend to either withdraw the document at ECF No. 42, which the Court will construe as a motion given the individual Defendant's status as a pro se defendant at the time he filed said document, or proceed with the document, in which case the Court will make a ruling.

       **By March 31, 2025**, Plaintiffs shall file any motion for alternative service of process on the unserved Defendants and describe in detail all methods attempted to effect service.

       The deadline to amend the pleadings or join parties is **June 30, 2025**. Any amendments or joinder thereafter shall only be made upon a showing of good cause consistent with Fed. R. Civ. P. 16.

       All fact discovery shall be completed **by February 27, 2026**. All expert discovery shall be completed **by May 29, 2026**.

       Affirmative expert reports shall be due **by February 27, 2026**. Rebuttal reports shall be due **by April 30, 2026**. Expert depositions shall be completed **by May 29, 2026**.

Any Motion for Class Certification is due **by February 27, 2026**. Defendants shall file their Opposition, if any, **by March 27, 2026**. Plaintiffs shall file their Reply **by April 10, 2026**.

Motions for Summary Judgment shall be filed no later than 30 days after the close of expert discovery.

**By February 19, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of discovery and whether they would like to schedule a settlement conference.

**SO ORDERED.**

DATED:   January 22, 2025
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge