Law Offices of Alexander Heckscher<br>
305 Broadway 7th Floor New York, NY 10007<br>
1-212-323-6895<br>
Alex@HeckscherLaw.com / www.HeckscherLaw.cos<br>
NY & NJ

February 19, 2025

**Via ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007


Re: *Yang et al. v. Fei et al.*, 24-cv-05055 (RA-KHP)

Dear Judge Parker:

We write jointly pursuant to Your Honor's Post-Conference Order, Dkt. 56, to provide a status update on this matter.

1. *Status of discovery progress thus far*

Initial Discovery Requests: Plaintiffs served their first set of discovery requests on January 20, 2025. Defendants' responses are due on February 19, 2025. The appearing Defendants have indicated that they will need an extension of time to respond to such requests. In addition, the appearing defendants will issue written discovery demands within the next two weeks. The counsel for the Plaintiffs is considering whether to grant the extension. A telephonic conference may be required if counsel for the parties cannot reach resolution.

2. *Settlement discussions and prospects of settlement*

Current Status: The parties have broached the topic of settlement but have not yet had significant settlement discussions. The counsel for the Plaintiffs is not prepared to schedule a settlement conference at this time.

Respectfully submitted,

*/s/ Alexander Heckscher*
Alexander Heckscher
Law Offices of Alexander Heckscher, Esq.
305 Broadway, 7F, Suite 88 New York, NY 10007
(202) 323-6895
alex@heckscherlaw.com

Times Wang (admitted *pro hac vice*)

Law Offices of Alexander Heckscher
305 Broadway 7th Floor New York, NY 10007
1-212-323-6895
Alex@HeckscherLaw.com / www.HeckscherLaw.com
NY & NJ

Farra & Wang PLLC
1300 I Street NW, Suite 400E
Washington, DC 20005
(202) 505-6227
twang@farrawang.com

*Counsel for plaintiffs*

Aleksander Boleslaw Milch
The Kasen and Liu Law Firm, PLLC
136-33 37th Avenue Ste 9c Flushing, NY 11354
718-337-8012
aleksander@kasenlawfirm.com


*Counsel for defendants: Yurong Hu, Qilong Liu, Wenling Wang, Yun Ye, Nan Zheng, and Xiaona Zhou.*