Law Offices of Alexander Heckscher
305 Broadway 7th Floor New York, NY 10007
1-212-323-6895
Alex@HeckscherLaw.com / www.HeckscherLaw.com
NY & NJ

March 4, 2025

**Via ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Yang et al. v. Fei et al.*, 24-cv-05055 (RA-KHP)

Dear Judge Parker:

This letter is respectfully submitted to request rescheduling of the Case Management Conference currently scheduled for Wednesday, March 12, 2025, at 10:30 a.m. (Docket number 61).

Counsel for the plaintiffs has a scheduling conflict on March 12, 2025, that cannot be resolved. I have conferred with opposing counsel, and we have agreed upon the following alternative dates for the Case Management Conference:

- Wednesday, March 19, 2025
- Tuesday, March 25, 2025
- Wednesday, April 2, 2025

We respectfully request that the Court reschedule the Case Management Conference to one of these mutually agreeable dates. All parties are available on any of these dates and are prepared to proceed with the conference as scheduled.


Respectfully submitted,

*/s/ Alexander Heckscher*
Alexander Heckscher
Law Offices of Alexander Heckscher, Esq.
305 Broadway, 7F, Suite 88 New York, NY 10007
(202) 323-6895
alex@heckscherlaw.com

Times Wang (admitted *pro hac vice*)
Farra & Wang PLLC
1300 I Street NW, Suite 400E

Law Offices of Alexander Heckscher
305 Broadway 7th Floor New York, NY 10007
1-212-323-6895
Alex@HeckscherLaw.com / www.HeckscherLaw.com
NY & NJ

Washington, DC 20005
(202) 505-6227
twang@farrawang.com

2.