USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YANG, et al.,

                             Plaintiffs,

       -against-

FEI, et al.,

                             Defendants.
----------------------------------------------------------------X

**24-CV-5055 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 8, 2025, the parties appeared before the undersigned for a case management conference. As discussed during the conference and set forth below:

The deadline for represented Defendants to respond to the document requests and interrogatories and begin producing documents (including electronic documents from WeChat and other platforms) is **May 8, 2025**.

The deadline for any motions to compel or for a protective order with respect to the parties' first sets of document requests and interrogatories is **May 16, 2025**. The only issues that may be presented to the Court are those the parties were not able to resolve after having met and conferred in good faith.

**By May 8, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of discovery.

      **SO ORDERED.**

DATED: April 8, 2025
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge