```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YANG, et al.,

                                    Plaintiffs,

               -against-

FEI, et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2025

**24-CV-5055 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 22, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

**By June 2, 2025,** Defendants shall file their response to Plaintiffs' Motion to Compel.

**By June 5, 2025,** Plaintiffs shall file a letter informing the Court how they plan to proceed with the non-appearing Defendants, including whether they plan to request leave to conduct alternative service of process.

**By June 5, 2025**, the parties shall file a Joint Status Letter informing the Court whether they intend to file a Stipulation to correct the name of one of the currently identified Defendants.

The Court encourages the parties to meet and confer on the logistics of obtaining information related to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents.

A case management conference in this matter is hereby scheduled for **July 23, 2025 at 4:00 p.m.** At the schedule time, the parties shall call the undersigned's conference line at **646-453-4442, Conference ID: 850 096 865#**.

**SO ORDERED.**

DATED:  May 23, 2025
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2