

# THE KASEN AND LIU LAW FIRM, PLLC
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2025

| | |
|---|---|
| LAWRENCE M. KASEN, Member*(retired) | *       Admitted in NY and SC |
| FANG LIU, Member** | **     Admitted in NY and NJ |
| LOUIS HENRY KLEIN (Partner) *** | ***   Admitted in NY and CT |
| ALEKSANDER B. MILCH (Partner)**** | ****  Admitted in NY |
| ROBERT J. ADINOLFI (Partner) **** | |
| CHENCHEN YAN**** | |

BY CM/ECF                                                July 16, 2025
Southern District of New York
Attn: Hon. Katherine H. Parker
500 Pearl Street
New York, New York 10007

Re:   *Yang, et al., v. Fei et al.*,
      24-cv-5055

Dear Honorable Madam:

>   Defendants' Letter Motion is hereby GRANTED. The case management conference scheduled for July 23, 2025 is hereby rescheduled to **Wednesday, September 3, 2025 at 11:00 a.m.** At the scheduled time, the parties shall call the undersigned's conference line at 646-453-4442, Conference ID: 850 096 865#.
>
>   SO ORDERED:
>   /s/ Katharine H. Parker     7/18/2025
>   HON. KATHARINE H. PARKER
>   UNITED STATES MAGISTRATE JUDGE

   I represent the appearing defendants in this case. Plaintiffs' attorneys are copied.

   Because I have been pre-screened as a potential juror for a case before the Supreme Court of the State of New York, New York County, I respectfully address your Honor to seek an adjournment of the conference which is scheduled on July 23, 2025, or, in the alternative, leave to request such an adjournment less than forty-eight hours before July 23rd. A redacted copy of the telephone call in sheet I was issued as a pre-screened juror is attached hereto as Exhibit A. I will not know until the evening of July 21, 2025 whether or not I will have to report next week. No other attorney from my office is available on July 23rd.

   I have communicated my intention to seek an adjournment of the conference to plaintiffs' attorneys for the foregoing reasons. Attorney Times Wang does not object.

   I thank your Honor for your kind attention to this matter.

                                               Respectfully submitted,

                                               /s/
                                               Aleksander B. Milch, Esq.

AM/jy
cc:   All Counsel of Record

---

# **EXHIBIT A**

# TELEPHONE CALL IN (TCI)

YOU HAVE BEEN **PRE-SCREENED AS A POTENTIAL JUROR** ON THE ___[Redacted]___ CASE.

### (1) START CALLING ON:

MONDAY JULY 21, 2025

**1-800-444-2008 AFTER 5:30PM FOR INSTRUCTIONS ON YOUR CASE.**

(2) If the recorded message advises you not to report to court that day, you should return to work or follow your normal daily routine. <u>You will not be credited for any day(s) that you are not physically present in court.</u>

(3) If you cannot understand the recorded message or if the message for your case is missing or if the recording is not functioning, call us at 9AM the following morning at (646)-386-5961 for instructions on your case.

**TRIAL JUDGE:**

**LOCATION:**

**PHONE NUMBER:**

**ANTICIPATED TRIAL DATE:** ASAP

---

**PRE-SCREENED JURORS:** PLEASE GO TO ROOM 452 ASAP, A JURY CLERK WILL REVIEW INSTRUCTIONS

# NEW YORK COUNTY CLERK

## DIVISION OF JURORS

**PLEASE OPEN THE ENVELOPE TO FIND OUT WHERE YOU SHOULD REPORT**

**A**



Milton Adair Tingling
60 Centre Street, room 139
New York, NY 10007

RETURN SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
ALBANY, NY
PERMIT NO. 940

**IMPORTANT: JURY SUMMONS ENCLOSED**

PLEASE OPEN AND READ CAREFULLY – BRING THIS ENTIRE FORM WITH YOU

**Previously Absent, Must Serve**

Aleksander B. Milch
[Redacted]
New York, NY 10028

Juror Index: 317824409 A100

**B**

003 DBIFSP1 10028