# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| Yang et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-05055-RA-KHP |
| Xu et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yurong Hu

Date:    08/28/2025

*[signature]*
*Attorney's signature*

Louis H. Klein, Eq., LK-8008
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
13633 37th Avenue, 9C
Flushing, New York 11354

*Address*

louis@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| Yang et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-05055-RA-KHP |
| Xu et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qilong Liu                                                                        .

Date:    08/28/2025                                                       /s/ Louis H. Klein
                                                                          *Attorney's signature*

                                                    Louis H. Klein, Eq., LK-8008
                                                    *Printed name and bar number*
                                                    The Kasen and Liu Law Firm, PLLC
                                                    13633 37th Avenue, 9C
                                                    Flushing, New York 11354

                                                    *Address*

                                                    louis@kasenlawfirm.com
                                                    *E-mail address*

                                                    (718) 337-8012
                                                    *Telephone number*

                                                    (718) 709-8850
                                                    *FAX number*

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Yang et al. *Plaintiff* | ) ) |
| v. | ) Case No. 1:24-05055-RA-KHP |
| Xu et al. *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wenling Wang

Date: 08/28/2025

*Attorney's signature*

Louis H. Klein, Eq., LK-8008
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
13633 37th Avenue, 9C
Flushing, New York 11354

*Address*

louis@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| | |
|---|---|
| Yang et al. <br> *Plaintiff* <br> v. <br> Xu et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-05055-RA-KHP <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yun Ye

Date:  08/28/2025

*Attorney's signature*

Louis H. Klein, Eq., LK-8008
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
13633 37th Avenue, 9C
Flushing, New York 11354

*Address*

louis@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Yang et al. <br> *Plaintiff* <br> v. <br> Xu et al. <br> *Defendant* | ) ) ) ) ) Case No.   1:24-05055-RA-KHP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nan Zheng

Date:   08/28/2025

*Attorney's signature*

Louis H. Klein, Eq., LK-8008
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
13633 37th Avenue, 9C
Flushing, New York 11354

*Address*

louis@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Yang et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-05055-RA-KHP |
| Xu et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lina Zhou

Date:    08/28/2025

*Attorney's signature*

Louis H. Klein, Eq., LK-8008
*Printed name and bar number*
The Kasen and Liu Law Firm, PLLC
13633 37th Avenue, 9C
Flushing, New York 11354

*Address*

louis@kasenlawfirm.com
*E-mail address*

(718) 337-8012
*Telephone number*

(718) 709-8850
*FAX number*