| AM | TW | Lina Zhou | Nan Zheng | Qilong Liu | Yurong Hu | Yun Ye |
|---|---|---|---|---|---|---|
| 9/15/25 in the afternoon only | | Yes | Yes | Yes | No | Yes |
| 9/16/25 in the afternoon only | | No | No | Yes | No | Yes |
| 9/17/25 at any time | | No | No | Yes | In the morning only | Yes |
| 9/18/25 in the morning only | | No | No | No | Yes | Yes |
| 9/29/25 in the afternoon only | | Yes | Yes | Yes | No | Yes |
| 9/30/25 in the afternoon only | Yes | No | No | Yes | No | Yes |
| 10/1/25 in the morning only | Yes | No | No | Yes | Yes | Yes |
| 10/9/25 in the afternoon only | | No | No | No | No | Yes |
| 10/10/25 in the morning only | | No | No | No | Yes | Yes |
| 10/13/25 (*Columbus Day) at any time | | Yes | Yes | Yes | Yes | Yes |