complete legal

Client Name: Firm TBD
Matter Name: WeChat MatterTBD

eDiscovery Project Estimate
8/27/2025

## Matter Scope & Estimate

| Complete Legal will provide Forensic Acquisition & Testimony pertaining to WeChat data for 5 custodians. Full WeChat history will be downloaded from each custodian device if possible. If due to account deletion or other impediments it is not possible to collect from any custodian, Complete Legal will provide testimony in an affidavit noting the findings and why it was not possible to collect. Specific group conversation(s) will be filtered and exported in a reviewable format for Client review. Final output will be delivered to Client via digital download link. *Any damaged custodian devices may require repair, and the costs for repair will be quoted to Client for approval before performed. Shipping costs may be incurred for device repair and are not included in cost estimate.* ||
|---|---|
| **Estimated Costs** | **$6,965.00** |

## Complete Legal eDiscovery Pricing

| Service | Description | Estimate | Unit | Price | Total | Notes |
|---|---|---|---|---|---|---|
| **Data Acquisition and Forensics** | | | | | | |
| Forensic Acquisition Hourly - (After-Hours/Weekend) | Forensic acquisition of data sources of Social Media, Email, Network Data, Cloud Data, databases, logical targeted collections, etc. as needed. Collection time is incurred for all on-site forensic services including computers, cloud services and mobile devices performed outside lab environment | | Per Hour | $600 | $0 | |
| Forensic Acquisition - Device | Forensic Acquisition of PCs/Laptops/ Phones/Tablets/External Drives; (Computers & Servers are billed per storage drive up to 2TB. >2TB will be quoted ad-hoc) | 4 | Per Device | $850 | $3,400 | Remote ModeOne extraction of WeChat history |
| Forensic Acquisition - Mobile Device - Full File System | Cellebrite Inseyets Full File System extraction. Includes all data available from standard Advanced Logical Extraction, providing the most inclusive extraction methods for recovering deleted content and decrypted application databases. | | Per Device | $2,500 | $0 | |
| Forensic Consulting and Analysis | Forensic analysis of collected data sets using forensic technologies, consulting on collection strategy, technical and forensic questions, and draft forensic reports. | 5 | Per Hour | $350 | $1,750 | Est. 1 hr per device for filtering, conversion & export of raw message data to reviewable format. Est. 1 hr for deleted account device inspection. |
| Device Repair | Mobile Device damage assessment and repair | TBD | Per Device | Quote | TBD | Potential Screen and/or other hardware component repair for viable extraction from mobile device. |
| **Professional Services Time** | | | | | | |
| Testimony | Includes both oral and written testimony including preparation, depositions, affidavits and court appearances. Minimum of 4 hours for in person testimony. | 2 | Per Hour | $495 | $990 | Est. 1-2 hrs for drafting of affidavit for data sources unable to be collected. |
| eDiscovery Consulting | eDiscovery consulting includes ESI Protocol creation, meet and confer conferences, and written analysis. | | Per Hour | $350 | $0 | |
| Project Management Time | Project Management time is billable for client contact throughout project, including consultation on workflows, reporting, project tracking, as well as execution of review platform related activities. | 3 | Per Hour | $175 | $525 | Client Communications; Collection Scheduling & Project Coordination |
| Technical Time | Technical Time is billable for the execution of project activities such as hosting related activities, productions, data management and project disposition services. Analytics Usage and Reporting, Data Migration, Load File validation, Data Quality Control, Correcting Issues of 3rd Party Data for loading or Processed Data Sets; Case Setup, User Setup and Administration, Field and Tag Creation, Pane Setup, Review Setup, Basic End User Reports, Analytics Processing, Password Recovery, Case Archive or Restoration, and other technical requests at behest of Client | 2 | Per Hour | $150 | $300 | Collected Data Validation, Disposition & QC; Project Logging & Tracking |
| **Media** | | | | | | |
| Physical Media - 2 TB Hard Drive | Industry standard encryption applied on all media. | | Per Media | $250 | $0 | |
| Physical Media - 1 TB Hard Drive | Industry standard encryption applied on all media. | | Per Media | $150 | $0 | |
| Physical Media - <=256 GB Flash Drive | Industry standard encryption applied on all media. | | Per Media | $75 | $0 | |
| Physical Media - Keypad/Apricorn Drives | Keypad/Physical Encrypted Drive (Pricing variable based on drive capacity) | | Per Media | TBD | | |
| Secure Media Storage | Secure Storage of Original Devices (mobile devices, computers, hard drives) | | Device/Month | $50.00 | $0 | |
| **Miscellaneous Services** | | | | | | |
| Shipping | Delivery of storage media, client devices, and remote kits | TBD | At Cost | TBD | TBD | Shipping damaged devices to CL for repair |

The information contained in this document is Confidential and Proprietary. Cost totals are estimates based on known scope at the time of engagement, and are subject to change.