| Custodian | WeChat Extraction | For. Analysis | Testimony | PM | Tech | Shipping | Device Repair | Total |
|---|---|---|---|---|---|---|---|---|
| L-N-Zhou | $0.00 | $350.00 | $198.00 | $105.00 | $60.00 | TBD | $300.00 | $1,013.00 |
| Q-L Long | $850.00 | $350.00 | $198.00 | $105.00 | $60.00 | TBD | $300.00 | $1,863.00 |
| N-Zheng | $850.00 | $350.00 | $198.00 | $105.00 | $60.00 | $0.00 | $0.00 | $1,563.00 |
| W-L-Wang | $850.00 | $350.00 | $198.00 | $105.00 | $60.00 | $0.00 | $0.00 | $1,563.00 |
| Y- Yun | $850.00 | $350.00 | $198.00 | $105.00 | $60.00 | $0.00 | $0.00 | $1,563.00 |
| | | | | | | | | $7,565.00 |