UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

YANG, et al.,

                                Plaintiffs,

        -against-

FEI, et al.,

                              Defendants.

-----------------------------------------------------------------X

**24-CV-5055 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 3, 2025, the parties appeared before the undersigned for a case management conference. As discussed during the conference and set forth below:

Defendants shall file their response to the Amended Complaint **by October 3, 2025**.

**By September 17, 2025**, the parties shall file a Joint Letter updating the Court on how they plan to proceed with the forensic extraction of Defendants' phones, who will be paying for any related costs, and who will be performing the extraction.

**By October 31, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of third-party discovery and whether there are any related issues that need to be addressed through a motion to compel. If motion practice is needed, the parties shall also submit a proposed briefing schedule.

    **SO ORDERED.**

DATED:  September 3, 2025
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge