Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

XIN "KELLY" YANG and TING "SUSAN" CHEN, on     CIVIL ACTION NO.
behalf of themselves and all others similarly situated,     **1:24-cv-05055-RA-KHP**

                                         **Plaintiffs**,     <u>**RESPONSES TO**</u>
                       v.     <u>**DOCUMENT DEMANDS 7**</u>
    <u>**& 13 ADDRESSED TO YUN**</u>
A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU     <u>**YE**</u>
DU, YURONG "MARY" HU, YUXIA HU, XUE
"LINDA" LIN, QILONG "LUCY" LIU, LIJUN
OUYANG, JINGYI SHEN, WENLING "ABBY"
WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA
"LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY
INC., AND DOE DEFENDANTS 1-100,

                                       **Defendants**.
-----------------------------------------------------------------------X

Defendant, **YUN YE**, by her attorneys, **THE KASEN AND LIU LAW FIRM, PLLC**, as and for

her <u>**RESPONSE TO DOCUMENT DEMANDS**</u> sets forth as follows, subject to the objections

previously stated:

1.  Defendant objects to demand #7 on the grounds that it is overly broad, unclear, invasive,

    excessive, seeks confidential financial information, and seeks information which is not relevant.

    Subject to these objections, defendant has already produced documents responsive to this

    demand through her previous motion before this Court.

2.  Defendant objects to demand #13 on the grounds that it is overly broad, unclear, invasive,

    excessive, seeks confidential financial information, and seeks information which is not relevant.

    Subject to these objections, defendant produces the documents attached hereto as <u>**Exhibit A**</u>.

      Dated:  Flushing, New York
                May 9, 2025

Yours, etc.

**THE KASEN AND LIU LAW FIRM, PLLC**
***Attorneys for the Defendant,*** **YUN YE**
By:  Aleksander B. Milch, Esq.
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel. 718-337-8012
Fax. 718-709-8850
Email: aleksander@kasenlawfirm.com

To:
**LAW OFFICES OF ALEXANDER HECKSCHER, ESQ.**
***Attorneys for Plaintiffs***
305 Broadway, 7th Floor, Suite 88
New York, New York 10007

Times Wang, Esq., of counsel
**FARRA & WANG PLLC**
***Attorneys for Plaintiffs***
1543 Champa St., Suite 400
Denver, CO 80202

# **<u>EXHIBIT A</u>**

















都帮你催好几次了。

你天天催我也没用 😊😊

亲爱的主管，我后面给你发的
信息你咋不截图 😂

😊😊

Qmei 😊 👥️: @Tiffany 😊🔪 肯
定是你出的主意 😊😊😊

ⓘ 无法在已退出的群聊中发送消息



婷婷: @sshake 不懂啊 😂反正还是不
着急的就等到了,着急的就觉得很慢.

2022年3月28日 下午3:53

@所有人 超过2个月。还没发
货的单号发群里下。

DZ15JUNJ-168-888-0052

2022年3月28日 下午3:54

帮你们查下还有货没有。

DZ15JUNJ-168-888-0012

DZ08JENI-168-888-0475

DZ08JENI-168-888-0504,
DZ08JENI-168-888-0550

ⓘ 无法在已退出的群聊中发送消息







FLORA

@A.SuPErGiRL🐌 @z 好的，谢谢你们❗❗❗

@所有人
群公告
以下4个【莉娜】表格，大家自行填：【腾讯文档】【莉娜】客户地址单登记专用 02
https://docs.qq.com/form/page/DSIRaZ2lRaFR6QUhi

1.【莉娜】客户地址单登记专用（作废）
https://docs.qq.com/form/page/DRXhDTGtpQ1JyUGNz?_w_tencentdocx_form=1

2.【腾讯文档】Home X到货登记表-【客户填写03032022】
https://docs.qq.com/form/page/DRWppT2pxb3NhR1lm

3. 莉娜客户返款收集表



夏日*_*樱花🌸
【FBA产品图】
https://docs.qq.com/sheet/DRVpZZ3dLRWxXWm1F

2022年7月29日 16:13

夏日*_*樱花🌸
0729产品1    www.amazon.com/dp/B09R9DJW24
0729产品2    www.amazon.com/dp/B08PTKNVVD
0729产品3    www.amazon.com/dp/B08SW6DDNB
0729产品4    www.amazon.com/dp/B07F9JS61R
0729产品5    www.amazon.com/dp/B09795KLZR
0729产品6    www.amazon.com/dp/B09F6JYCJ1
0729产品7    www.amazon.com/dp/B09WGW9547
0729产品8    www.amazon.com/dp/B08ELCW17G





无服务 📶                    19:06                    19% 🔋

< 22    Home X 家具群土豪群-...    (315) 🔍

直也了 有 1-2 入为欢

如果没收到我任何信息的 再私
我 肯定漏了 🙏🙏🙏

2022年8月13日 01:58

补货啦，冲鸭 🙏🙏🙏

5月19新品 4    www.amazon.co
m/dp/B09NRGB23P    $300 /
2100RMB

2022年8月13日 02:03

5月19新品 4    https://amzn.to/
3Qn4Ieb    $300 / 2100RMB

无服务 📶                    19:06                    18% 🔋

< 22    Home X 家具群土豪群-...    (315) 🔍

让忘没示没到自己哭然从分 加！
2 亚马逊圈货金下单链接 下单
请告知几号链接 方便入账，圈
货金 自费 返款时间链接里面都
有【腾讯文档】💐 Mary 💐专
用
https://docs.qq.com/sheet/DRn
VzVUZ5U2d1Uk5S
3到货推荐到货表格腾讯文档】
Home X到货登记表-【客户填
写03032022】
https://docs.qq.com/form/page
/DRWppT2pxb3NhR1lm
4圈货金亚马逊单到货不需要再
填表格了。到货满60天需要拍
视频填表格 https://docs.qq.co
m/form/page/DRW1pU3N6Skd
5b0F0亚马逊单都不可以礼卡
下单 信用卡点数下单 查出来不
给返款哦.
富贵险中求 大家走起😂😂😂
😂😂

2022年8月13日 00:26

@🍀EmmaSun 可以的

12



























CIVIL ACTION NO. 1:24-cv-05055-RA-KHP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**XIN "KELLY" YANG** and **TING "SUSAN" CHEN**, on behalf of themselves and all others similarly situated,

**Plaintiffs**,

v.

**A FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ SUPPLY INC., AND DOE DEFENDANTS 1-100**,

**Defendants**.

**RESPONSES TO DOCUMENT DEMANDS # 7 & 13 ADDRESSED TO YUN YE**

**THE KASEN AND LIU LAW FIRM, PLLC**
*Attorneys for Defendant,* YUN YE
136-33 37th Avenue, #9C
Flushing, New York 11354
Tel: (718) 337-8012 Fax: (718) 709-8850
