# Exhibit C

Nan Lucas Zheng
September 15, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

XIN "KELLY" YANG and TING "SUSAN" CHEN, on

behalf of themselves and all others similarly

situated,

         Plaintiffs,    Case #:
                  1:24-cv-05055-RA-KHP
     -against-

CHUWEN XU a/k/a A FEI, SHUYUN CHEN, YU "RITA"

CHEN, YUEZHU DU, YURONG "MARY" HU, YUXIA HU,

XUE "LINDA" LIN, QILONG "LUCY" LIU, LIJUN

OUYANG, JINGYI SHEN, WENLING "ABBY" WANG, YUN

YE, NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI

"ANDY" ZHU, ASZ SUPPLY LLC, AND DOE DEFENDANTS

1-100,

         Defendants.

- - - - - - - - - - - - - - - x

     DEPOSITION of the Defendant,

NAN "LUCAS" ZHENG, taken by the Plaintiff,

via Zoom, Pursuant to Order, held on

September 15, 2025, at 1:08 p.m., before a

Notary Public of the State of New York.

Page 2

1

2    A P P E A R A N C E S:

3


4       LAW OFFICES OF ALEXANDER HECKSCHER, ESQ.
              Attorney for Plaintiff
5             305 Broadway
              7th Floor, Suite 88
6             New York, New York 10007
        BY:   ALEXANDER HECKSCHER, ESQ.
7             E-mail:  Alex@heckscherlaw.com

8


9


10      FARRA & WANG PLLC
              Attorneys for Plaintiff
11            1543 Champa Street
              Suite 400
12            Denver, Colorado 80202
        BY:   TIMES WANG, ESQ.
13            E-mail:  Twang@farrawang.com

14


15


16      THE KASEN AND LIU LAW FIRM, PLLC
              Attorneys for Defendants
17            136-33 37th Avenue
              Suite 9C
18            Flushing, New York 11354
        BY:   LOUIS KLEIN, ESQ.
19


20


21


22    ALSO PRESENT:

23            Xhengxi Zhang, Mandarin Interpreter

24


25

Nan Lucas Zheng
September 15, 2025

Page 3

```
 1
 2                S T I P U L A T I O N S
 3
 4            IT IS HEREBY STIPULATED AND AGREED by
 5     and between the attorneys for the respective
 6     parties herein, that filing, sealing and
 7     certification be and the same are hereby
 8     waived.
 9            IT IS FURTHER STIPULATED AND AGREED
10     that all objections, except as to the form of
11     the question shall be reserved to the time of
12     the trial.
13            IT IS FURTHER STIPULATED AND AGREED
14     that the within deposition may be signed and
15     sworn to before any officer authorized to
16     administer an oath, with the same force and
17     effect as if signed and sworn to before the
18     Court and that a copy of this examination
19     shall be furnished without charge to the
20     attorney representing the witness testifying
21     herein.
22
23
24
25
```

Nan Lucas Zheng
September 15, 2025

1

2              VIDEO STIPS

3

4      IT IS HEREBY STIPULATED AND AGREED by and

5   between counsel for all parties present that

6   Pursuant to CPLR section 3113 (d) this

7   deposition is being conducted by

8   Videoconference, that the Court Reporter, all

9   counsel, and the witness are all in separate

10   remote locations and participating via

11   Videoconference (LegalView/Zoom/WebEx) meeting

12   under the control of US Legal Support, that

13   the officer administering the oath to the

14   witness said witness shall be sworn in

15   remotely by the Court Reporter after

16   confirming the witness's identity, that this

17   Videoconference will not be recorded in any

18   manner, and that any recording without the

19   express written consent of all parties shall

20   be considered unauthorized, in violation of

21   law, and shall not be used for any purpose in

22   this litigation or otherwise.

23

24

25

Nan Lucas Zheng
September 15, 2025

1

2      IT IS FURTHER STIPULATED that exhibits may

3   be marked by the attorney presenting the

4   exhibit to the witness, and that a copy of any

5   exhibit presented to a witness shall be

6   e-mailed to or otherwise in possession of all

7   counsel prior to any questioning of a witness

8   regarding the exhibit in question.  All

9   parties shall bear their own costs in the

10   conduct of this deposition by Videoconference.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1

2    X H E N G X I    Z H A N G,

3            called as the interpreter in this

4            matter, was duly sworn by a Notary

5            Public of the State of New York to

6            accurately and faithfully translate

7            the questions propounded to the

8            witness from English into Mandarin and

9            the answers given by the witness from

10           Mandarin into English.

11                   -oOo-

12   N A N   "L U C A S"   Z H E N G,

13           the witness herein, having been first

14           duly sworn by a Notary Public of the

15           State of New York, was examined and

16           testified through the interpreter as

17           follows:

18   EXAMINATION BY

19   MR. WANG:

20       Q.  State your name for the record,

21    please.

22       A.  Nan "Lucas" Zheng.

23       Q.  State your address for the record,

24    please.

25       A.  1329 Tompkins Drive, Madison,

Nan Lucas Zheng
September 15, 2025

Page 7

1                    N. Zheng

2    Wisconsin 53716.

3        Q.  Mr. Zheng, have you ever been

4    deposed before?

5        A.  No.

6        Q.  I'm going to go over some basics

7    rules.  I'm going to ask questions, and your

8    attorney might object to some of my

9    questions.  Unless he instructs you to not

10   answer, you are still under a legal

11   obligation to answer my questions.

12           Do you understand?

13       A.  I understand.

14       Q.  Do you understand that you're

15   testifying under the penalty of perjury?

16       A.  I can understand.

17       Q.  Do you understand that your

18   testimony here has the same seriousness as if

19   we were in court today?

20       A.  I understand.

21       Q.  Is that a phone you're using?

22       A.  Yes.

23       Q.  What are you doing with it?

24           THE INTERPRETER:  May the

25        interpreter inquire?

Nan Lucas Zheng
September 15, 2025

Page 8

```
 1                    N. Zheng

 2            MR. WANG:  Yes.

 3       A.  I just wanted to check my phone,

 4   there's nothing going on.

 5       Q.  Is there anybody in the room with

 6   you?

 7       A.  No.

 8       Q.  Is there anybody on the line, on the

 9   phone?

10       A.  No.

11       Q.  Do you understand that this

12   deposition is part of a formal process for

13   exchanging evidence called discovery?

14       A.  I can understand.

15       Q.  You understand, as part of that

16   discovery, we have had several documents

17   related to --

18       A.  Yes, I know.

19       Q.  This includes your WeChat

20   conversations, yes?

21       A.  Yes.

22       Q.  You understand that as part of this

23   process, the Court has ordered you to give

24   your electronic devices to a vendor to

25   extract your WeChat records?
```

Nan Lucas Zheng
September 15, 2025

Page 9

1                        N. Zheng

2        A.   Okay.

3        Q.   Do you understand that your

4   obligation to produce documents is not

5   limited to WeChat?

6        A.   I don't understand.  What do you

7   mean?

8        Q.   For example, you sometimes sent

9   money in connection with HomeX, correct?

10       A.   Yes, yes.

11       Q.   Sometimes you also received money,

12   yes?

13       A.   Yes.

14       Q.   You understand you have an

15   obligation to produce financial statements

16   reflecting those transactions?

17       A.   Correct.  Okay, okay, no problem.

18       Q.   My question is, have you searched

19   for such documents in the past?

20       A.   Yes, I have.  I do have these

21   documents, and I have provided them before.

22       Q.   Who did you provide them to, because

23   the plaintiffs have not received financial

24   statements?

25       A.   It should be at the attorney's

Nan Lucas Zheng
September 15, 2025

Page 10

```
 1                      N. Zheng

 2     office.  It's not financial statements, I

 3     just provided screenshots.  They asked me for

 4     screenshots.

 5          Q.  I'm not asking about screenshots.

 6     I'm asking about financial statements.

 7          A.  Bank statements?

 8          Q.  Among others, yes.

 9          A.  I never provided those.

10          Q.  Were you asked by anyone to search

11     for such financial statements?

12          A.  No.

13          Q.  Do you understand that the

14     plaintiffs asked for such documents as early

15     as January of this year?

16          A.  I don't know about that.

17          Q.  Okay.

18              You have a Chase bank account,

19     right?

20          A.  Yes.

21          Q.  You also have a Bank of America

22     account, yes?

23          A.  Yes, yes, yes.

24          Q.  Do you have any other bank accounts?

25          A.  No others.
```

Nan Lucas Zheng
September 15, 2025

Page 11

1                         N. Zheng

2        Q.   You use both of these bank accounts

3    in connection with HomeX, correct?

4        A.   Yes, I use them both.

5        Q.   What about Allocate?

6        A.   I also use Allocate.

7        Q.   Airwallex?

8        A.   I don't know.

9        Q.   Zelle?

10       A.   Zelle, I use to transmit funds.

11   That, I know.

12       Q.   Do you understand that the

13   plaintiffs in this case did not necessarily

14   want to take your deposition at this stage of

15   this case, but were ordered by the Court to

16   do so?

17       A.   Are you asking me a question?  What

18   do you mean?

19            MR. WANG:  Can you read the

20      question back.

21            (Whereupon, the record was read

22      back by the reporter.)

23       A.   Okay.

24       Q.   So, the plaintiffs are treating this

25   as a preliminary deposition.

Nan Lucas Zheng
September 15, 2025

Page 12

1                      N. Zheng

2              Do you understand that?

3         A.   I understand.

4         Q.   That we are reserving our right to

5    take your deposition again, after we gather

6    more documents.

7              Do you understand that?

8         A.   Okay.

9         Q.   Do you go by the name Lucas?

10        A.   Yes.

11        Q.   What about Paul?

12        A.   That's also a name that I'm using.

13        Q.   Can you tell me about your

14   educational background?

15        A.   Education background?  I graduated

16   from high school.

17        Q.   Where?

18        A.   China.

19        Q.   Where in China?

20        A.   Shenyang Liaoning.

21        Q.   Please tell me about your

22   professional background.

23        A.   Professional, are you asking about

24   my profession, what I do?

25        Q.   Yes, your work history.

Nan Lucas Zheng
September 15, 2025

Page 13
1                     N. Zheng

2          A.   I work at a Chinese restaurant.

3          Q.   When did you come to America?

4          A.   2006.

5          Q.   Do you speak English?

6          A.   I know a little bit.

7          Q.   In what language do you communicate

8     with your lawyers in this case?

9          A.   Chinese.

10         Q.   Please tell me how you ended up in

11    Madison, Wisconsin?

12         A.   I moved here for work, to go to work

13    here.

14         Q.   Where did you move from?

15         A.   Tomah, Wisconsin.

16         Q.   What did you do there?

17         A.   In Tomah?

18         Q.   Yes.

19         A.   I worked at a Chinese restaurant.

20         Q.   How did you end up in Wisconsin?

21         A.   My father -- before, my father was

22    here, and then he told me to come here to

23    find.

24         Q.   Did you go to Wisconsin directly

25    from China?

Page 14

1                    N. Zheng

2       A.   No.  I initially went to Seattle, to

3   go to school, but then I couldn't pay the

4   tuition, so I stopped going there.

5       Q.   How long were you in Seattle?

6       A.   Roughly, two to three months.

7       Q.   Then you moved from Seattle to

8   Wisconsin?

9       A.   Correct.

10      Q.   What year was that?

11      A.   It's also, roughly, 2006.

12      Q.   When did your father move to

13  Wisconsin?

14      A.   Regarding him, I don't really

15  remember very clearly.  It's likely 2000 or

16  2001.  It was a long time ago.

17      Q.   Do you live with your parents?

18      A.   No.

19      Q.   Who do you live with?

20      A.   With my wife and two kids.

21      Q.   What does your wife do for work?

22      A.   She does not work.  She takes care

23  of the two kids.

24      Q.   Have you ever done any other job,

25  other than working at Chinese restaurants,

Nan Lucas Zheng
September 15, 2025

Page 15

1                      N. Zheng

2    since coming to America?

3        A.  Oh, I drove for Uber and DoorDash.

4        Q.  You also did some work for HomeX,

5    did you not?

6        A.  Yes, that I have done, but we're not

7    talking about that, but I have done that.

8        Q.  Any other work?

9        A.  No, no.

10       Q.  How did you come to work for HomeX?

11       A.  In the very beginning, the boss -- I

12   call him the boss -- sent in a North American

13   group chat, said that he needed people.  I

14   was initially his client, then he said he

15   needed workers, so I started working for him.

16       Q.  What do you mean, you were his

17   client?

18       A.  In the beginning, he advertised that

19   I could get a product for free.  And I was

20   attracted by that, and I did get some

21   products.  And then he said that he needed

22   workers, so I started doing it.

23       Q.  What month and year?

24       A.  Which month which year, I do not

25   really remember.  Are you talking about when

Nan Lucas Zheng
September 15, 2025

Page 16

```
 1                    N. Zheng

 2    I helped him order or helped him accept

 3    orders?

 4        Q.  Start from the very beginning.

 5            When did you first have contact with

 6    the person you called the boss?

 7        A.  Roughly, the year 2020.  From the

 8    year 2020.

 9        Q.  What month?

10        A.  Which month?  March, April, April,

11    May.  I don't really remember.

12        Q.  What products did you receive from

13    HomeX before you started working for them?

14                THE INTERPRETER:  Is it okay if

15         the interpreter looks up a term?

16                MR. WANG:  It's cool with me.

17                THE INTERPRETER:  Thank you.

18        A.  The trampoline played by kids, and

19    also sun-blocking umbrella.  There were many,

20    many things.

21        Q.  Did you have to put down a so-called

22    Quan Huo Jing for these items?

23        A.  Yes.

24        Q.  So, you eventually started working

25    for HomeX, yes?
```

Nan Lucas Zheng
September 15, 2025

Page 17

```
 1                    N. Zheng

 2       A.  Yes, I did.  Yes.

 3       Q.  You became an administrator,

 4  correct?

 5       A.  Correct.

 6       Q.  Did you receive any training for

 7  this position?

 8       A.  Training?  Well, there was someone

 9  telling us what to do, yes.

10       Q.  Who was that?

11       A.  It was someone called Yun Yun, Y-U-N

12  Y-U-N.  And there was also Bing Bing Le,

13  B-I-N-G B-I-N-G L-E.

14       Q.  How did they provide you these

15  instructions; over video, over a phone, or

16  just text?

17       A.  Just WeChat.  Using WeChat.

18       Q.  With the WeChat, you can do video

19  calls.

20           Did you ever do video calls?

21       A.  No, no video.

22       Q.  Any voice chats?

23       A.  No voice chat either.  The vast

24  majority of it was done by texting.

25       Q.  So, you say "the vast majority," so
```

Nan Lucas Zheng
September 15, 2025

Page 18

1                     N. Zheng

2    what was the rest of the communications?

3         A.   During those times, they did send me

4    the brochures teaching me what to do to

5    broadcast the procedure.

6         Q.   Were there internal WeChat groups

7    for operating HomeX?

8         A.   For the operation, yes, yes.  There

9    was a group chat for sending out advertising.

10        Q.   What I mean is, were there groups in

11   which only HomeX employees were members?

12        A.   Yes.

13        Q.   You were a member of these groups,

14   yes?

15        A.   Correct.

16        Q.   Customers were not members of these

17   groups, correct?

18        A.   Correct.

19        Q.   Do you know where Yun Yun lives?

20        A.   Yun Yun, I don't know.  We don't

21   really contact each other.  I don't know.

22        Q.   Yun Yun did provide you instructions

23   on how to do your job?

24        A.   Yes, correct.

25        Q.   In your interactions with Yun Yun,

Nan Lucas Zheng
September 15, 2025

Page 19

1                   N. Zheng

2    did you get a sense of who they were; is it a

3    man, a woman?

4        A.   The WeChat approval photo was a

5    woman, but we did not call her or anything,

6    so I don't know.

7        Q.   Did you get any impression of what

8    country they lived in?

9        A.   No, I don't.

10       Q.   Same question for Bing Bing Le?

11       A.   Bing Bing Le is likely in the United

12   States, because whenever they reached out to

13   us it was during the day, in the time zones

14   here.  So, it's likely that they're in the

15   United States.

16       Q.   What times did Yun Yun contact you?

17       A.   Sometimes they contacted me during

18   the day, China time.  So, during the night,

19   our time.  But, sometimes during the day on

20   our time.  So, I don't know if this person's

21   in China or the United States, or somewhere

22   else in the world.

23       Q.   Are you able to access, today, your

24   communications with Yun Yun and Bing Bing Le?

25       A.   Yes, I can.

Nan Lucas Zheng
September 15, 2025

Page 20

```
 1                    N. Zheng

 2        Q.  You understand that you're under a

 3   legal obligation to preserve those

 4   communications?

 5        A.  I am.

 6        Q.  Other than Yun Yun and Bing Bing Le,

 7   who else in the HomeX Enterprises did you --

 8   internally to the HomeX Enterprises, did you

 9   communicate with?

10        A.  Afie, our boss.

11        Q.  Anyone else?

12        A.  I would contact other administrators

13   when there's something going on, but usually

14   we don't.

15        Q.  Who were those other administrators?

16        A.  Other administrators?  Well, there's

17   Rita, the supervisor for administrators, and

18   there's also -- I can't really recall.  There

19   were a number of them.

20        Q.  Tell me more about Rita.

21        A.  Rita is a woman.  I'm not quite sure

22   if she's in the United States or China, but

23   inside the enterprise, she's quite

24   experienced, and she's considered one of the

25   best ones.  She has a lot of clients.
```

Nan Lucas Zheng
September 15, 2025

Page 21

```
 1                  N. Zheng

 2      Q.  You described her as your

 3  supervisor, yes?

 4      A.  Correct, she's the supervisor of us

 5  administrators.

 6      Q.  So, what sort of things did she do

 7  in her capacity as supervisor?

 8      A.  Well, as our administrator, after

 9  orders have been placed, she would check if

10  we had done anything wrong, if we made a

11  mistake, and she would just make sure that

12  everything looks good.

13      Q.  How were you paid for your work?

14      A.  Bing Bing Le would then calculate

15  it, and then they would put it in a form, and

16  then they would pay it to us.

17      Q.  What was your compensation based on;

18  was it based on hours, was it based on sales,

19  or something else?

20      A.  It depends on the amount of each

21  order.

22      Q.  Was it one large order pays more

23  than one small order, or is it any order, was

24  it just a number of orders without regard to

25  how much each order was for?
```

Nan Lucas Zheng
September 15, 2025

Page 22

1                         N. Zheng

2        A.   No.  It depends on the quantity of

3    the orders.  It depended if I got one order

4    or two orders, or three orders, or four

5    orders.

6        Q.   Just as an example, four orders

7    totaling in $100, would result in more

8    compensation to you than one order totaling

9    $200?

10       A.   It's not four orders of $100.

11            THE INTERPRETER:  The

12        interpreter shall ask the question

13        again.

14            For example, if you got four

15        orders totaling $100, would you get

16        paid more than one order totaling

17        $200?

18       A.   Sorry, could you repeat that?  What

19    do you mean?

20            THE INTERPRETER:  The

21        interpreter will now repeat again.

22       A.   Four orders -- yes.  The more

23    quantity, the more I make.

24            MR. WANG:  Off the record.

25            (Whereupon, an off-the-record

Nan Lucas Zheng
September 15, 2025

Page 23

1                         N. Zheng

2          discussion was held.)

3              MR. WANG:  I'm going to mark as

4          Exhibit 1 of this deposition a

5          document produced to us by the

6          defendants, with the title Unanimous

7          Junction WeChat History Part 1.*

8          Q.  All right, Mr. Zheng, can you see

9     this document?

10         A.  One second, let me enlarge it on my

11    phone.  I can't really see it right now.

12             Now, I see it.

13         Q.  Do you know what this document is?

14         A.  It's in English, I don't.

15         Q.  I'm going to scroll to the next

16    page.

17             Do you recognize this?

18         A.  This, I know.  This is my client.

19         Q.  There are two WeChat users in these

20    screenshots, yes?

21         A.  Correct.

22         Q.  You're the one on the right, the

23    bunny rabbit?

24         A.  Yes, yes, yes.

25         Q.  Who is the person on the left, the

Nan Lucas Zheng
September 15, 2025

Page 24

1                    N. Zheng

2    plant?

3       A.  Approval photo.  I had so many

4    clients, I don't remember.  Wait a minute, it

5    is May, M-A-Y.

6       Q.  Are you sure this is a client and

7    not someone inside HomeX?

8       A.  I'm very much sure about that.  I'm

9    very sure about that because I had issued a

10   refund to this person, so I'm sure.

11      Q.  All right.  This is the next page of

12   that conversation.

13      A.  Yes.

14      Q.  Are the people in these

15   conversations you're talking about also your

16   customers and not HomeX insiders?

17      A.  Yes, they're clients.

18      Q.  On the right side of this page, the

19   next page, do you see you mentioned something

20   about sending something to Y?

21      A.  Correct.

22      Q.  Who is Y?

23      A.  Y is when it's about to finish.  The

24   boss organized another project, and Y is,

25   like, we need another worker for the other

Nan Lucas Zheng
September 15, 2025

Page 25

```
1                    N. Zheng
2    project.
3        Q.  What is the other project?
4        A.  This, he didn't tell us.  I'm not
5    sure.
6        Q.  Was it FXD?
7        A.  Correct.  The name is correct.
8        Q.  FXD was the project that you were
9    talking to Y about?
10       A.  Correct.  Telling them to find this
11   person, yes.
12       Q.  This is later in that same document.
13           Do you see, on the left of this
14   chat, you mentioned an accountant?
15       A.  Correct.
16       Q.  Is that Bing Bing Le?
17       A.  Yes, that's correct, it is Bing Bing
18   Le.
19       Q.  You had assistants in connection
20   with HomeX, yes?
21       A.  Correct.
22       Q.  How many?
23       A.  Just one.
24       Q.  You sure you didn't have two?
25       A.  No, I only had one.
```

Nan Lucas Zheng
September 15, 2025

Page 26

```
 1                    N. Zheng

 2              MR. WANG: *I'm going to mark as

 3         Exhibit 2, screenshots out of WeChat.

 4         Q.  All right, Mr. Zheng, can you see

 5    this document?

 6         A.  Yes.

 7         Q.  Do you see here, there are two

 8    different WeChat users with the user name,

 9    indicating that both were your assistants?

10         A.  This person was my client, not my

11    assistant.  I don't know why they said

12    they're my assistant.  This person on the

13    right, with the heart, that was indeed my

14    assistant.  The person on the left was not my

15    assistant.

16         Q.  Why did you need an assistant?

17              THE INTERPRETER:  Interpreter

18         reading off.  Yuhou Qing Kong,

19         Y-U-H-O-U Q-I-N-G K-O-N-G, HomeX,

20         Lucas, assistant.

21              MR. KLEIN:  Can I ask where

22         you're reading that?  Is that

23         Chinese?  Where are you reading that?

24         I just don't see where the name is.

25              THE INTERPRETER:  Yes,
```

Nan Lucas Zheng
September 15, 2025

Page 27

```
 1                    N. Zheng

 2        Mr. Klein, the interpreter sees the

 3        name, Yuhou Qing Kong.  Spelled

 4        Y-U-H-O-U Q-I-N-G K-O-N-G.  Roughly

 5        translating to assistant.

 6                    MR. KLEIN:  Thank you.

 7        Q.  The question was, why did you need

 8   an assistant; were you not able to handle the

 9   work by yourself?

10        A.  At the time, I just had my second

11   child, and after the child's birth I was very

12   busy assisting my wife to take care of the

13   child and I didn't have a lot of time, so my

14   boss gave me this assistant.

15        Q.  How were the assistants compensated?

16        A.  The assistants were paid according

17   to the quantity of the orders, similar to me.

18        Q.  Did they get a share of your

19   compensation?

20        A.  Share of my salary, yes.

21        Q.  If someone placed an order with

22   them, were you compensated?

23                    THE INTERPRETER:  Please repeat

24        that.

25        Q.  If someone placed an order with your
```

Nan Lucas Zheng
September 15, 2025

Page 28

1                            N. Zheng

2     assistant, were you compensated for?

3          A.  Correct, yes, I received it.

4          Q.  Do you know who your assistant was

5     in the real world?

6          A.  I do not.

7          Q.  Do you know what country they lived

8     in?

9          A.  I also don't know about that one.

10         Q.  How did you communicate with them?

11         A.  Also through chatting on WeChat.

12         Q.  Is your phone number (608) 343-7888?

13         A.  Yes, that's correct, but that's the

14    phone number that I had before.

15         Q.  When did you have that number?

16         A.  When did I have it?  I had it for

17    quite a few years.  I don't really remember.

18         Q.  When did you stop using that number?

19         A.  When did I stop?  Two years ago.

20    Two years ago.

21         Q.  Paul.n@qq.com, that's your e-mail

22    address?

23         A.  Yes.

24         Q.  Both this e-mail address and that

25    phone number you discussed, you used those

Nan Lucas Zheng
September 15, 2025

Page 29

1                        N. Zheng

2    for Zelle, yes?

3        A.  Correct.

4        Q.  You used both for HomeX, yes?

5        A.  Correct.

6                MR. WANG:  I'm going to mark as

7         Exhibit 3 a declaration from

8         Mr. Zheng.*

9        Q.  Mr. Zheng, can you see this

10   document?

11       A.  Yes.

12       Q.  It says that you have two electronic

13   devices that contain information related to

14   HomeX; an iPhone 330 Pro Max, and a 330 Pro

15   phone, yes?

16       A.  Yes.

17       Q.  Did you use any computers for HomeX?

18       A.  Occasionally, yes.  I just used it

19   to look at photos.

20       Q.  What was that computer?

21       A.  It's an Apple computer.

22       Q.  Do you still have it?

23       A.  That computer, that computer, I

24   might have given it to my mother.

25       Q.  Are you still able to access it?

Nan Lucas Zheng
September 15, 2025

Page 30

1                    N. Zheng

2        A.  I'd have to ask my mother.  I'm not

3    quite sure.

4        Q.  Is your mother in Wisconsin?

5        A.  No, she's in China.

6        Q.  Any other devices, other than these

7    two phones and the computer that you used

8    with HomeX?

9        A.  No.

10       Q.  HomeX used Cloud-based spreadsheets

11   to run its internal operations, yes?

12       A.  Correct.

13       Q.  Were you able to access these

14   Cloud-based documents, yes?

15       A.  Correct.

16       Q.  These included spreadsheets on

17   Tencent or QQ.com, correct?

18       A.  Correct.

19       Q.  What account did you use to look in

20   to access those resources?

21       A.  It should just be my WeChat account.

22       Q.  Are you still able to access any of

23   those Cloud-based resources today?

24       A.  I haven't been able to access them

25   for a very long time now.  The boss shut it

Nan Lucas Zheng
September 15, 2025

Page 31

1                    N. Zheng

2    down very early.

3        Q.  Do you know someone named Xu Chuwen,

4    X-U C-H-U-W-E-N?  Who is this person?

5        A.  He is our boss.

6        Q.  How do you know that is his name?

7        A.  Before, when I sent him the money on

8    Alipay, it had his real name on there, and it

9    was that.

10       Q.  What about Xu Chuwu?

11       A.  (No response.)

12       Q.  Do you know of a person named Xu

13   Chuwu?

14       A.  I also sent money to this person,

15   but I don't know who exactly this is, but

16   they may be brothers because their names are

17   really similar.

18            MR. WANG:  We're going to mark

19        as the next exhibit, a document

20        produced to us called Unanimous Judge

21        Recastry (phonetic) Part 2.*

22       Q.  Mr. Zheng, are you able to see this

23   page?

24       A.  I can see it.

25       Q.  Do you see, on the left here, you're

Nan Lucas Zheng
September 15, 2025

Page 32

1                    N. Zheng

2    saying that you have to wait for the group

3    owner?

4         A.  Yes, I can see it.

5         Q.  Who is the group owner?

6         A.  Just our boss, Afie.

7              MR. WANG:  We're going to mark

8         as the next exhibit Non-Chung WeChat

9         history Part 3. *

10        Q.  Mr. Zheng, do you see this

11   conversation?

12        A.  Yes, I can see it.

13        Q.  Do you see that, in this

14   conversation, you are reconciling accounts

15   with someone?

16        A.  Correct.

17        Q.  Who is this person?

18        A.  Let me think.  Let me see who this

19   is.  This is Bing Bing Le.

20        Q.  Are you able to see, on this page,

21   there's a reference to both group owner Xu

22   Chuwen, and supervisor Chuwu, do you see

23   that?

24        A.  Yes, I can see it.

25        Q.  So, who is the owner and who is the

Nan Lucas Zheng
September 15, 2025

Page 33

1                      N. Zheng

2    supervisor?

3         A.  Chuwu is owner.  Supervisor was

4    Rita.  Chuwu is Afie.  Yun Chu Zhu Guan

5    translates to group owner.  Chu Wang

6    translates to supervisor.  Owner was Afie.

7    Supervisor was Rita.

8         Q.  Do you see this chat on the right

9    side, there's a reference to someone named

10   Fan, F-A-N?

11        A.  Correct.  I can see it.

12        Q.  Who is Fan?

13        A.  This is the person who, after an

14   order has been placed and the form has been

15   filled out, this person would check to see if

16   the form was filled out correctly.

17        Q.  Do you know Fan's real identity?

18        A.  I haven't been in contact with this

19   person, so I do not know.

20        Q.  You were not even in contact over

21   WeChat?

22        A.  No.  Unanimous does not contact me

23   directly through WeChat.  They only reach out

24   to me by Bing Bing Le.

25                  MR. WANG:  I'm going to mark as

Nan Lucas Zheng
September 15, 2025

Page 34

```
1                    N. Zheng

2          the next exhibit a document entitled

3          Responses to Document Demands

4          addressed to Nan Zheng.*

5          Q.  All right, Mr. Zheng, do you see

6     this page?

7          A.  Yes, I can.

8          Q.  This is a receipt for an Airwallex

9     transaction?

10         A.  Oh, now I remember.  Now I remember.

11         Q.  All right.  Can you explain what

12    this is?

13         A.  This is a link provided by the boss.

14    When we pay him -- he would charge our cards

15    through this link.

16         Q.  Whose e-mail is Ccao519@gmail.com?

17         A.  This is one of my client.

18         Q.  Is it a client or is it the boss?

19    I'm confused?

20         A.  I'm pretty sure this is my client,

21    because this client of mine went to this link

22    to swipe their card.  So, I'm pretty sure

23    that this is my client.

24         Q.  So, then, in this page we're looking

25    at, this $2,400, this money came to you?
```

Page 35

1                      N. Zheng

2        A.  This is not given to me.  This was

3    paid to my boss.  And my boss provided the

4    link, and my client swiped their card via

5    their link, and then they would send me the

6    screenshot.  And only with the screenshot are

7    they able to log it.

8        Q.  You see there's a line here after

9    the heading name?  It has 3475865158-Lucas.

10       A.  Yeah, I can see it.

11       Q.  What is that number?

12       A.  This number belonged to the client.

13   And my name follows this number, and so they

14   could know that this order was placed by this

15   particular client.  And it has the client's

16   phone number, and after the boss sees it, he

17   knows that it was ordered through me, and I'm

18   the administrator.

19       Q.  Can you see this page?

20       A.  Yes.

21       Q.  What are we looking at here?

22       A.  You can see that this is the money

23   transfer that I paid towards my boss.  You

24   can see that the payer is me, and then the

25   payee is my boss.

Nan Lucas Zheng
September 15, 2025

Page 36

1                          N. Zheng

2          Q.  What payment service did you use for

3      this one?

4          A.  I used my bank account.

5          Q.  This receipt, it's in Chinese.

6              Is this an Alipay receipt?  What

7      kind of receipt is this?

8          A.  No, this is the thing that we just

9      mentioned, the AI wallet thing.  This is the

10     same thing that provided the link.

11              MR. WANG:  Off the record.

12              (Whereupon, an off-the-record

13        discussion was held.)

14         Q.  Do you know someone named Lina Zhou,

15     Z-H-O-U?

16         A.  Lina Zhou, this person's also an

17     administrator among us.

18         Q.  Did she have a lot of customers,

19     like Rita?

20         A.  No, not that many.  Not as many as

21     Rita.

22         Q.  How do you know?

23         A.  They have group chats, and sometimes

24     when they post ads in a group chat, there's

25     not a lot of people responding to that, so

Nan Lucas Zheng
September 15, 2025

Page 37

1                       N. Zheng

2    I'm not quite sure.

3         Q.  So, you could tell from the group

4    chats who had more customers?

5         A.  I should be able to, from that.

6         Q.  So, other than Rita, who else, in

7    your view, had a lot of customers?

8         A.  Regarding this, every single group

9    chat had a lot of people, but people who

10   actually order her is not that many.  Rita

11   just had a lot of group chats.

12        Q.  What about Yurong Hu or Mary Hu?

13        A.  Who is this person?

14        Q.  She is, as far as we understand, an

15   administrator as well.

16        A.  What's her WeChat name?  I don't

17   really know if I can tell from her real name,

18   but you tell me her name on WeChat, I may be

19   able to recall.

20        Q.  Do you have a WeChat group called

21   Jia Ju Qun Tu Hao Qun HomeX?

22        A.  I don't know.

23        Q.  What about Hu Yu Xia.

24        A.  I don't know about that.

25        Q.  What about Chen Shu Yun, C-H-E-N

Nan Lucas Zheng
September 15, 2025

Page 38

1                      N. Zheng

2     S-H-U  Y-U-N.

3          A.  I don't know.

4          Q.  What about Du Yuezhu?

5          A.  I don't know.

6          Q.  Lin Linda Xue, L-I-N L-I-N-D-A

7     X-U-E?

8          A.  I also don't know about that.

9          Q.  Lin Linda Xue, or Liu Qilong, Lucy?

10         A.  I have heard the name Lucy.  Lucy is

11    one of the administrators, but I'm not sure

12    if it's exactly her.

13         Q.  Du Yuezhu?

14         A.  No, I do not.

15         Q.  What about Shen Jingyi?

16         A.  Never heard that name.  I don't

17    know.

18         Q.  She used the nickname Watermelon

19    Sauce?

20         A.  This -- now I remember.  This is

21    also one of the administrators.

22         Q.  Was this one of the bigger

23    administrators?

24         A.  This person also had a lot of

25    clients, but not as Rita.

Nan Lucas Zheng
September 15, 2025

Page 39

1                          N. Zheng

2        Q.  Do you know of anybody who had more

3    clients than Rita?

4        A.  No, I don't know about others.

5        Q.  What about Watermelon Sauce, anybody

6    who has more orders than her?

7        A.  That, I'm not sure, but I know that

8    Rita had the most amount of clients because

9    she's a supervisor.

10       Q.  What about Wang Wen Lin or Abby,

11   W-A-N-G W-E-N L-I-N?

12       A.  I've heard the name Abby.  She's

13   also an administrator.

14       Q.  Any interaction with her?

15       A.  I've never had any interaction with

16   her.  I just know that she's also an

17   administrator.  I've heard that name before.

18       Q.  What about Yung Cheng or Lee?

19       A.  I don't know.  Never heard of it.

20       Q.  What about Joe Salda?

21       A.  I do not know.

22       Q.  What about someone named Samantha

23   Jiang, J-I-A-N-G?

24       A.  I also don't know about that one.

25       Q.  What about someone named Yu Yu?

Nan Lucas Zheng
September 15, 2025

Page 40

```
 1                      N. Zheng

 2        A.  It should be Yun Yun.  It should be

 3   that person.  I am not sure.  I don't know.

 4        Q.  Did you have any interaction with a

 5   company called GigaCloud?

 6        A.  No.

 7        Q.  What about anyone named Sally?

 8        A.  I do know about Sally.  She's our

 9   administrator.

10        Q.  So, same position as you?

11        A.  Correct, also an administrator.

12        Q.  What about Ruyi, R-U-Y-I.

13        A.  Ruyi, I've heard of this name

14   before.  It might also be an administrator.

15   I don't know.

16        Q.  So, your earliest communications

17   with Afie, you still have those, yes?

18        A.  I have replaced my phone, but I did

19   transfer all the chat history, so it should

20   be available.

21        Q.  You haven't deleted anything from

22   your phone relating to HomeX?

23        A.  I have not, but I did get a new

24   phone.

25        Q.  Where is your old phone?
```

Nan Lucas Zheng
September 15, 2025

Page 41

1                              N. Zheng

2          A.  My old phone, I sold it.

3          Q.  When did you sell it?

4          A.  Two years.  Close to two years ago.

5               MR. WANG:  Off the record.

6               (Whereupon, an off-the-record

7           discussion was held.)

8          Q.  Mr. Zheng, you used a number of

9     different financial services in connection

10    with your HomeX work, right; Zelle,

11    Airwallex, Alipay, yes?

12         A.  Yes, yes.

13         Q.  Why did HomeX rely on so many

14    different financial services?

15         A.  The reason why is that it's very

16    convenient for the customers, as some of them

17    might pay using U.S. dollars, some of them

18    paying by Chinese yen, some of them are

19    paying by a credit card.  This was all set

20    out by the owner -- the boss.

21         Q.  What about sending money to the

22    boss, what service did you use to send money

23    to the boss?

24         A.  For my boss, I did wire transfers

25    through East West Bank, and also links

Nan Lucas Zheng
September 15, 2025

Page 42

```
 1                    N. Zheng
 2    through an Airwallex, so a card could be
 3    charged.
 4        Q.  One of the ways you paid your boss
 5    was sending wire transfers from your own bank
 6    account?
 7        A.  Yes, correct.
 8            MR. WANG:  I am done for today.
 9            Mr. Zheng, thank you for your
10       time today.
11            Formally, I guess we're going
12       to hold this deposition open until we
13       get more documents.  But, unless your
14       counsel has any questions, I don't
15       have any additional questions for you
16       today.  Thank you for your time.
17            THE WITNESS:  Okay.
18            (Whereupon, a document entitled
19       Unanimous Junction WeChat History
20       Part 1 was marked as Plaintiff's
21       Exhibit 1, for identification, as of
22       this date.)
23            (Whereupon, screenshots out of
24       WeChat was marked as Plaintiff's
25       Exhibit 2, for identification, as of
```

Nan Lucas Zheng
September 15, 2025

Page 43

1                    N. Zheng

2        this date.)

3              (Whereupon, a declaration was

4        marked as Plaintiff's Exhibit 3, for

5        identification, as of this date.)

6              (Whereupon, a document entitled

7        Unanimous Judge Recastry (phonetic)

8        Part 2 was marked as Plaintiff's

9        Exhibit 4, for identification, as of

10       this date.)

11             (Whereupon, a document entitled

12       Non-Chung WeChat history Part 3 was

13       marked as Plaintiff's Exhibit 5, for

14       identification, as of this date.)

15             (Continued on next page to

16       accommodate jurat.)

17

18

19

20

21

22

23

24

25

Page 44

1                        N. Zheng

2              (Whereupon, a document entitled

3         Responses to Document Demands

4         addressed to Nan Zheng was marked as

5         Plaintiff's Exhibit 6, for

6         identification, as of this date.)

7              (Time Noted:  2:53 p.m.)

8

9

10                        _____

11                        NAN "LUCAS" ZHENG

12

13

14   Subscribed and sworn to before me

15   this    day of           2025.

16   _____

17   Notary Public

18

19

20

21

22

23

24

25

Nan Lucas Zheng
September 15, 2025

```
                                                    Page 45
 1                      N. Zheng

 2              INDEX TO PROCEEDINGS

 3

 4    WITNESS:

 5    NAN "LUCAS" ZHENG

 6    Examination by Mr. Wang.....................6

 7

 8

 9    EXHIBITS                          PAGE

10    PLAINTIFF'S 1       A document entitled
                          Unanimous Junction
11                        WeChat History
                          Part 1                 42
12
      PLAINTIFF'S 2       Screenshots out of
13                        WeChat                  42

14    PLAINTIFF'S 3       A declaration          43

15    PLAINTIFF'S 4       A document entitled
                          Unanimous Judge
16                        Recastry (phonetic)
                          Part 2                  43
17
      PLAINTIFF'S 5       A document entitled
18                        Non-Chung WeChat
                          History Part 3          43
19
      PLAINTIFF'S 6       A document entitled
20                        Responses to Document
                          Demands addressed to
21                        Nan Zheng               44

22

23

24

25
```

Nan Lucas Zheng
September 15, 2025

Page 46

```
 1                      N. Zheng

 2            C E R T I F I C A T E

 3

 4        I, MICHAEL McINTOSH, hereby certify

 5   that the Examination of said witness named in

 6   the foregoing transcript was held before me at

 7   the time and place herein named; that said

 8   witness was duly sworn before the commencement

 9   of the testimony; that the testimony was taken

10   stenographically by myself and then

11   transcribed under my direction; that the party

12   was represented by counsel as appears herein;

13        That the within transcript is a true

14   record of the Examination of said witness;

15        That I am not connected by blood or

16   marriage with any of the parties; that I am

17   not interested directly or indirectly in the

18   outcome of this matter; that I am not in the

19   employ of any of the counsel.

20        IN WITNESS WHEREOF, I have hereunto

21   set my hand this 16th day of September 2025.

22

23   _____

24                MICHAEL McINTOSH

25
```

**Exhibits**

EX 0001 Nan (
Lucas)
  Zheng PLF 09
1525
    23:4 42:21
    45:10
EX 0002 Nan (
Lucas)
  Zheng PLF 09
1525
    26:3 42:25
    45:12
EX 0003 Nan (
Lucas)
  Zheng PLF 09
1525
    29:7 43:4
    45:14
EX 0004 Nan (
Lucas)
  Zheng PLF 09
1525
    43:9 45:15
EX 0005 Nan (
Lucas)
  Zheng PLF 09
1525
    43:13 45:17
EX 0006 Nan (
Lucas)
  Zheng PLF 09
1525
    44:5 45:19


**$**

$100
  22:7,10,15
$2,400
  34:25
$200
  22:9,17


**-**

-ooo-
  6:11


**1**

1
  23:4,7
1329
  6:25


**2**

2
  26:3 31:21
2000
  14:15
2001
  14:16
2006
  13:4 14:11
2020
  16:7,8


**3**

3
  29:7 32:9
330
  29:14
3475865158-
lucas
  35:9


**5**

53716
  7:2


**6**

608 343-7888
  28:12


**A**

Abby
  39:10,12
able
  19:23 27:8
  29:25 30:13,
  22,24 31:22
  32:20 35:7
  37:5,19
accept
  16:2
access
  19:23 29:25
  30:13,20,22,
  24
account
  10:18,22
  30:19,21
  36:4
accountant
  25:14
accounts
  10:24 11:2
  32:14
accurately
  6:6
address
  6:23 28:22,
  24
addressed
  34:4
administrator
  17:3 21:8
  35:18 36:17
  37:15 39:13,
  17 40:9,11,
  14
administrator
s
  20:12,15,16,
  17 21:5
  38:11,21,23
ads
  36:24


advertised
  15:18
advertising
  18:9
Afie
  20:10 32:6
  33:4,6 40:17
ago
  14:16 28:19,
  20 41:4
AI
  36:9
Airwallex
  11:7 34:8
  41:11
Alipay
  31:8 36:6
  41:11
Allocate
  11:5,6
America
  10:21 13:3
  15:2
American
  15:12
amount
  21:20 39:8
answer
  7:10,11
answers
  6:9
anybody
  8:5,8 39:2,5
anyone
  10:10 20:11
  40:7
Apple
  29:21
approval
  19:4 24:3
April
  16:10
asked
  10:3,10,14
asking
  10:5,6 11:17
  12:23

assistant
  26:11,12,14,
  15,16,20
  27:5,8,14
  28:2,4
assistants
  25:19 26:9
  27:15,16
assisting
  27:12
attorney
  7:8
attorney's
  9:25
attracted
  15:20
available
  40:20

**B**

B-I-N-G
  17:13
back
  11:20,22
background
  12:14,15,22
bank
  10:7,18,21,
  24 11:2 36:4
  41:25
based
  21:17,18
basics
  7:6
beginning
  15:11,18
  16:4
belonged
  35:12
best
  20:25
bigger
  38:22
Bing
  17:12 19:10,
  11,24 20:6

21:14 25:16,
  17 32:19
  33:24
birth
  27:11
bit
  13:6
boss
  15:11,12
  16:6 20:10
  24:24 27:14
  30:25 31:5
  32:6 34:13,
  18 35:3,16,
  23,25 41:20,
  22,23,24
broadcast
  18:5
brochures
  18:4
brothers
  31:16
bunny
  23:23
busy
  27:12

**C**

C-H-E-N
  37:25
C-H-U-W-E-N
  31:4
calculate
  21:14
call
  15:12 19:5
called
  6:3 8:13
  16:6 17:11
  31:20 37:20
  40:5
calls
  17:19,20
capacity
  21:7

card
  34:22 35:4
  41:19
cards
  34:14
care
  14:22 27:12
case
  11:13,15
  13:8
Ccao519@
gmail.com
  34:16
charge
  34:14
Chase
  10:18
chat
  15:13 17:23
  18:9 25:14
  33:8 36:24
  37:9 40:19
chats
  17:22 36:23
  37:4,11
chatting
  28:11
check
  8:3 21:9
  33:15
Chen
  37:25
Cheng
  39:18
child
  27:11,13
child's
  27:11
China
  12:18,19
  13:25 19:18,
  21 20:22
  30:5
Chinese
  13:2,9,19
  14:25 26:23
  36:5 41:18

Chu
  33:4,5
Chuwen
  31:3 32:22
Chuwu
  31:10,13
  32:22 33:3,4
clearly
  14:15
client
  15:14,17
  23:18 24:6
  26:10 34:17,
  18,20,21,23
  35:4,12,15
client's
  35:15
clients
  20:25 24:4,
  17 38:25
  39:3,8
Close
  41:4
Cloud-based
  30:10,14,23
come
  13:3,22
  15:10
communicate
  13:7 20:9
  28:10
communications
  18:2 19:24
  20:4 40:16
company
  40:5
compensated
  27:15,22
  28:2
compensation
  21:17 22:8
  27:19
computer
  29:20,21,23
  30:7

computers
  29:17
confused
  34:19
connection
  9:9  11:3
  25:19  41:9
considered
  20:24
contact
  16:5  18:21
  19:16  20:12
  33:18,20,22
contacted
  19:17
convenient
  41:16
conversation
  24:12  32:11,
  14
conversations
  8:20  24:15
cool
  16:16
correct
  9:9,17  11:3
  14:9  17:4,5
  18:15,17,18,
  24  21:4
  23:21  24:21
  25:7,10,15,
  17,21  28:3,
  13  29:3,5
  30:12,15,17,
  18  32:16
  33:11  40:11
correctly
  33:16
country
  19:8  28:7
court
  7:19  8:23
  11:15
credit
  41:19
customers
  18:16  24:16

36:18  37:4,7
41:16

D

day
  19:13,18,19
declaration
  29:7
defendants
  23:6
deleted
  40:21
Demands
  34:3
depended
  22:3
depends
  21:20  22:2
deposed
  7:4
deposition
  8:12  11:14,
  25  12:5  23:4
described
  21:2
devices
  8:24  29:13
  30:6
different
  26:8  41:9,14
directly
  13:24  33:23
discovery
  8:13,16
discussed
  28:25
discussion
  23:2  36:13
  41:7
document
  23:5,9,13
  25:12  26:5
  29:10  31:19
  34:2,3
documents

8:16  9:4,19,
  21  10:14
  12:6  30:14
doing
  7:23  15:22
dollars
  41:17
Doordash
  15:3
Drive
  6:25
drove
  15:3
Du
  38:4,13
duly
  6:4,14

E

e-mail
  28:21,24
  34:16
earliest
  40:16
early
  10:14  31:2
East
  41:25
Education
  12:15
educational
  12:14
either
  17:23
electronic
  8:24  29:12
employees
  18:11
end
  13:20
ended
  13:10
English
  6:8,10  13:5
  23:14

enlarge
  23:10
enterprise
  20:23
Enterprises
  20:7,8
entitled
  34:2
eventually
  16:24
evidence
  8:13
exactly
  31:15  38:12
EXAMINATION
  6:18
examined
  6:15
exchanging
  8:13
exhibit
  23:4  26:3
  29:7  31:19
  32:8  34:2
experienced
  20:24
explain
  34:11
extract
  8:25

F

F-A-N
  33:10
faithfully
  6:6
Fan
  33:10,12
Fan's
  33:17
far
  37:14
father
  13:21  14:12

filled
  33:15,16
financial
  9:15,23
  10:2,6,11
  41:9,14
find
  13:23 25:10
finish
  24:23
first
  6:13 16:5
follows
  6:17 35:13
form
  21:15 33:14,
  16
formal
  8:12
four
  22:4,6,10,
  14,22
free
  15:19
funds
  11:10
FXD
  25:6,8

G

gather
  12:5
gave
  27:14
Gigacloud
  40:5
give
  8:23
given
  6:9 29:24
  35:2
going
  7:6,7 8:4
  14:4 20:13
  23:3,15 26:2
  29:6 31:18

32:7 33:25
good
  21:12
graduated
  12:15
group
  15:13 18:9
  32:2,5,21
  33:5 36:23,
  24 37:3,8,
  11,20
groups
  18:6,10,13,
  17
Guan
  33:4

H

handle
  27:8
Hao
  37:21
heading
  35:9
heard
  38:10,16
  39:12,17,19
  40:13
heart
  26:13
held
  23:2 36:13
  41:7
helped
  16:2
high
  12:16
history
  12:25 23:7
  32:9 40:19
Homex
  9:9 11:3
  15:4,10
  16:13,25
  18:7,11
  20:7,8 24:7,

16 25:20
  26:19 29:4,
  14,17 30:8,
  10 37:21
  40:22 41:10,
  13
hours
  21:18
Hu
  37:12,23
Huo
  16:22

I

identity
  33:17
impression
  19:7
included
  30:16
includes
  8:19
indeed
  26:13
indicating
  26:9
information
  29:13
initially
  14:2 15:14
inquire
  7:25
inside
  20:23 24:7
insiders
  24:16
instructions
  17:15 18:22
instructs
  7:9
interaction
  39:14,15
  40:4
interactions
  18:25

internal
  18:6 30:11
internally
  20:8
interpreter
  6:3,16 7:24,
  25 16:14,15,
  17 22:11,12,
  20,21 26:17,
  25 27:2,23
iphone
  29:14
issued
  24:9
items
  16:22

J

J-I-A-N-G
  39:23
January
  10:15
Jia
  37:21
Jiang
  39:23
Jing
  16:22
Jingyi
  38:15
job
  14:24 18:23
Joe
  39:20
Ju
  37:21
Judge
  31:20
Junction
  23:7

K

K-O-N-G
  26:19 27:4

kids
  14:20,23
  16:18
kind
  36:7
Klein
  26:21 27:2,6
know
  8:18 10:16
  11:8,11 13:6
  18:19,20,21
  19:6,20
  23:13,18
  26:11 28:4,
  7,9 31:3,6,
  12,15 33:17,
  19 35:14
  36:14,22
  37:17,22,24
  38:3,5,8,17
  39:2,4,7,16,
  19,21,24
  40:3,8,15
Kong
  26:18 27:3

_____

**L**

L-E
  17:13
L-I-N
  38:6 39:11
L-I-N-D-A
  38:6
language
  13:7
large
  21:22
lawyers
  13:8
Le
  17:12 19:10,
  11,24 20:6
  21:14 25:16,
  18 32:19
  33:24

Lee
  39:18
left
  23:25 25:13
  26:14 31:25
legal
  7:10 20:3
Liaoning
  12:20
limited
  9:5
Lin
  38:6,9 39:10
Lina
  36:14,16
Linda
  38:6,9
line
  8:8 35:8
link
  34:13,15,21
  35:4,5 36:10
links
  41:25
little
  13:6
Liu
  38:9
live
  14:17,19
lived
  19:8 28:7
lives
  18:19
log
  35:7
long
  14:5,16
  30:25
look
  29:19 30:19
looking
  34:24 35:21
looks
  16:15 21:12
lot

  20:25 27:13
  36:18,25
  37:7,9,11
  38:24
Lucas
  6:22 12:9
  26:20
Lucy
  38:9,10

_____

**M**

M-A-Y
  24:5
made
  21:10
Madison
  6:25 13:11
majority
  17:24,25
make
  21:11 22:23
man
  19:3
Mandarin
  6:8,10
March
  16:10
mark
  23:3 26:2
  29:6 31:18
  32:7 33:25
Mary
  37:12
matter
  6:4
Max
  29:14
mean
  9:7 11:18
  15:16 18:10
  22:19
member
  18:13
members
  18:11,16

mentioned
  24:19 25:14
  36:9
mine
  34:21
minute
  24:4
mistake
  21:11
money
  9:9,11 31:7,
  14 34:25
  35:22 41:21,
  22
month
  15:23,24
  16:9,10
months
  14:6
mother
  29:24 30:2,4
move
  13:14 14:12
moved
  13:12 14:7

_____

**N**

name
  6:20 12:9,12
  25:7 26:8,24
  27:3 31:6,8
  35:9,13
  37:16,17,18
  38:10,16
  39:12,17
  40:13
named
  31:3,12 33:9
  36:14 39:22,
  25 40:7
names
  31:16
Nan
  6:22 34:4
necessarily
  11:13

need
  24:25 26:16
  27:7
needed
  15:13,15,21
never
  10:9 38:16
  39:15,19
nickname
  38:18
night
  19:18
Non-chung
  32:8
North
  15:12
Notary
  6:4,14
number
  20:19 21:24
  28:12,14,15,
  18,25 35:11,
  12,13,16
  41:8

―――――――
      O
―――――――

object
  7:8
obligation
  7:11 9:4,15
  20:3
Occasionally
  29:18
off-the-
record
  22:25 36:12
  41:6
office
  10:2
okay
  9:2,17 10:17
  11:23 12:8
  16:14
one
  20:24 21:22,
  23 22:3,8,16

23:10,22
  25:23,25
  28:9 34:17
  36:3 38:11,
  21,22 39:24
ones
  20:25
operating
  18:7
operation
  18:8
operations
  30:11
order
  16:2 21:21,
  22,23,25
  22:3,8,16
  27:21,25
  33:14 35:14
  37:10
ordered
  8:23 11:15
  35:17
orders
  16:3 21:9,24
  22:3,4,5,6,
  10,15,22
  27:17 39:6
organized
  24:24
owner
  32:3,5,21,25
  33:3,5,6
  41:20

―――――――
      P
―――――――

page
  23:16 24:11,
  18,19 31:23
  32:20 34:6,
  24 35:19
paid
  21:13 22:16
  27:16 35:3,
  23

parents
  14:17
part
  8:12,15,22
  23:7 31:21
  32:9
particular
  35:15
past
  9:19
Paul
  12:11
Paul.n@qq.com
  28:21
pay
  14:3 21:16
  34:14 41:17
payee
  35:25
payer
  35:24
paying
  41:18,19
payment
  36:2
pays
  21:22
penalty
  7:15
people
  15:13 24:14
  36:25 37:9
perjury
  7:15
person
  16:6 23:25
  24:10 25:11
  26:10,12,14
  31:4,12,14
  32:17 33:13,
  15,19 37:13
  38:24 40:3
person's
  19:20 36:16
phone
  7:21 8:3,9
  17:15 23:11

28:12,14,25
  29:15 35:16
  40:18,22,24,
  25 41:2
phones
  30:7
phonetic
  31:21
photo
  19:4 24:3
photos
  29:19
plaintiffs
  9:23 10:14
  11:13,24
plant
  24:2
played
  16:18
please
  6:21,24
  12:21 13:10
  27:23
position
  17:7 40:10
post
  36:24
preliminary
  11:25
preserve
  20:3
pretty
  34:20,22
Pro
  29:14
problem
  9:17
procedure
  18:5
process
  8:12,23
produce
  9:4,15
produced
  23:5 31:20
product
  15:19

products
  15:21 16:12
profession
  12:24
professional
  12:22,23
project
  24:24 25:2,
  3,8
propounded
  6:7
provide
  9:22 17:14
  18:22
provided
  9:21 10:3,9
  34:13 35:3
  36:10
Public
  6:5,14
put
  16:21 21:15

**Q**

Q-I-N-G
  26:19 27:4
Qilong
  38:9
Qing
  26:18 27:3
QQ.COM
  30:17
Quan
  16:22
quantity
  22:2,23
  27:17
question
  9:18 11:17,
  20 19:10
  22:12 27:7
questions
  6:7 7:7,9,11
quite
  20:21,23
  28:17 30:3

37:2
Qun
  37:21

**R**

R-U-Y-I
  40:12
rabbit
  23:23
reach
  33:23
reached
  19:12
read
  11:19,21
reading
  26:18,22,23
real
  28:5 31:8
  33:17 37:17
reason
  41:15
recall
  20:18 37:19
Recastry
  31:21
receipt
  34:8 36:5,6,
  7
receive
  16:12 17:6
received
  9:11,23 28:3
recognize
  23:17
reconciling
  32:14
record
  6:20,23
  11:21 22:24
  36:11 41:5
records
  8:25
reference
  32:21 33:9

reflecting
  9:16
refund
  24:10
regard
  21:24
Regarding
  14:14 37:8
related
  8:17 29:13
relating
  40:22
rely
  41:13
remember
  14:15 15:25
  16:11 24:4
  28:17 34:10
  38:20
repeat
  22:18,21
  27:23
replaced
  40:18
reporter
  11:22
reserving
  12:4
resources
  30:20,23
responding
  36:25
response
  31:11
Responses
  34:3
rest
  18:2
restaurant
  13:2,19
restaurants
  14:25
result
  22:7
right
  10:19 12:4
  23:8,11,22

24:11,18
  26:4,13 33:8
  34:5,11
  41:10
Rita
  20:17,20,21
  33:4,7
  36:19,21
  37:6,10
  38:25 39:3,8
room
  8:5
roughly
  14:6,11 16:7
  27:4
rules
  7:7
run
  30:11
Ruyi
  40:12,13

**S**

S-H-U
  38:2
salary
  27:20
Salda
  39:20
sales
  21:18
Sally
  40:7,8
Samantha
  39:22
Sauce
  38:19 39:5
saying
  32:2
says
  29:12
school
  12:16 14:3
screenshot
  35:6

screenshots
    10:3,4,5
    23:20 26:3
scroll
    23:15
search
    10:10
searched
    9:18
Seattle
    14:2,5,7
second
    23:10 27:10
see
    23:8,11,12
    24:19 25:13
    26:4,7,24
    29:9 31:22,
    24,25 32:4,
    10,12,13,18,
    20,22,24
    33:8,11,15
    34:5 35:8,
    10,19,22,24
sees
    27:2 35:16
sell
    41:3
send
    18:3 35:5
    41:22
sending
    18:9 24:20
    41:21
sense
    19:2
seriousness
    7:18
service
    36:2 41:22
services
    41:9,14
set
    41:19
several
    8:16

share
    27:18,20
Shen
    38:15
Shenyang
    12:20
Shu
    37:25
shut
    30:25
side
    24:18 33:9
similar
    27:17 31:17
single
    37:8
small
    21:23
so-called
    16:21
sold
    41:2
sort
    21:6
speak
    13:5
Spelled
    27:3
spreadsheets
    30:10,16
stage
    11:14
Start
    16:4
started
    15:15,22
    16:13,24
State
    6:5,15,20,23
statements
    9:15,24
    10:2,6,7,11
States
    19:12,15,21
    20:22
stop

    28:18,19
stopped
    14:4
sun-blocking
    16:19
supervisor
    20:17 21:3,
    4,7 32:22
    33:2,3,6,7
    39:9
sure
    20:21 21:11
    24:6,8,9,10
    25:5,24 30:3
    34:20,22
    37:2 38:11
    39:7 40:3
swipe
    34:22
swiped
    35:4
sworn
    6:4,14

---

T

take
    11:14 12:5
    27:12
takes
    14:22
talking
    15:7,25
    24:15 25:9
teaching
    18:4
tell
    12:13,21
    13:10 20:20
    25:4 37:3,
    17,18
telling
    17:9 25:10
Tencent
    30:17
term
    16:15

testified
    6:16
testifying
    7:15
testimony
    7:18
text
    17:16
texting
    17:24
Thank
    16:17 27:6
thing
    36:8,9,10
things
    16:20 21:6
think
    32:18
three
    14:6 22:4
time
    14:16 19:13,
    18,19,20
    27:10,13
    30:25
times
    18:3 19:16
title
    23:6
today
    7:19 19:23
    30:23
told
    13:22
Tomah
    13:15,17
Tompkins
    6:25
totaling
    22:7,8,15,16
training
    17:6,8
trampoline
    16:18
transaction
    34:9

Nan Lucas Zheng
September 15, 2025

**transactions**
  9:16
**transfer**
  35:23 40:19
**transfers**
  41:24
**translate**
  6:6
**translates**
  33:5,6
**translating**
  27:5
**transmit**
  11:10
**treating**
  11:24
**Tu**
  37:21
**tuition**
  14:4
**two**
  14:6,20,23
  22:4 23:19
  25:24 26:7
  28:19,20
  29:12 30:7
  41:4

---

**U**

**U.S.**
  41:17
**Uber**
  15:3
**umbrella**
  16:19
**Unanimous**
  23:6 31:20
  33:22
**understand**
  7:12,13,14,
  16,17,20
  8:11,14,15,
  22 9:3,6,14
  10:13 11:12
  12:2,3,7
  20:2 37:14

**United**
  19:11,15,21
  20:22
**user**
  26:8
**users**
  23:19 26:8

---

**V**

**vast**
  17:23,25
**vendor**
  8:24
**video**
  17:15,18,20,
  21
**view**
  37:7
**voice**
  17:22,23

---

**W**

**W-A-N-G**
  39:11
**W-E-N**
  39:11
**wait**
  24:4 32:2
**wallet**
  36:9
**Wang**
  6:19 8:2
  11:19 16:16
  22:24 23:3
  26:2 29:6
  31:18 32:7
  33:5,25
  36:11 39:10
  41:5
**want**
  11:14
**wanted**
  8:3
**Watermelon**

  38:18 39:5
**Wechat**
  8:19,25 9:5
  17:17,18
  18:6 19:4
  23:7,19
  26:3,8 28:11
  30:21 32:8
  33:21,23
  37:16,18,20
**Wen**
  39:10
**went**
  14:2 34:21
**West**
  41:25
**wife**
  14:20,21
  27:12
**wire**
  41:24
**Wisconsin**
  7:2 13:11,
  15,20,24
  14:8,13 30:4
**witness**
  6:8,9,13
**woman**
  19:3,5 20:21
**work**
  12:25 13:2,
  12 14:21,22
  15:4,8,10
  21:13 27:9
  41:10
**worked**
  13:19
**worker**
  24:25
**workers**
  15:15,22
**working**
  14:25 15:15
  16:13,24
**world**
  19:22 28:5

**wrong**
  21:10

---

**X**

**X-U**
  31:4
**X-U-E**
  38:7
**Xia**
  37:23
**Xu**
  31:3,10,12
  32:21
**Xue**
  38:6,9

---

**Y**

**Y-U-H-O-U**
  26:19 27:4
**Y-U-N**
  17:11,12
  38:2
**Yeah**
  35:10
**year**
  10:15 14:10
  15:23,24
  16:7,8
**years**
  28:17,19,20
  41:4
**yen**
  41:18
**York**
  6:5,15
**Yu**
  37:23 39:25
**Yuezhu**
  38:4,13
**Yuhou**
  26:18 27:3
**Yun**
  17:11 18:19,
  20,22,25

19:16,24
20:6 33:4
37:25 40:2
**Yung**
39:18
**Yurong**
37:12

---

**Z**

---

**Z-H-O-U**
36:15
**Zelle**
11:9,10 29:2
41:10
**Zheng**
6:22 7:1,3
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1,8 24:1
25:1 26:1,4
27:1 28:1
29:1,8,9
30:1 31:1,22
32:1,10 33:1
34:1,4,5
35:1 36:1
37:1 38:1
39:1 40:1
41:1,8
**Zhou**
36:14,16
**Zhu**
33:4
**zones**
19:13