# Exhibit D

Yurong Hu
October 01, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
XIN "KELLY" YANG and TING "SUSAN" CHEN, on
behalf of themselves and all others
similarly situated,

                          PLAINTIFFS,


          -against-          Case No:
                          1:24-cv-05055-RA-KHP


CHUWEN XU a/k/a A FEI, SHUYUN CHEN, YU
"RITA" CHEN, YUEZHU DU, YURONG "MARY" HU,
YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY"
LIU, LIJUN OUYANG, JINGYI SHEN, WENLING
"ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG,
XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ
SUPPLY LLC, AND DOE DEFENDANTS 1-100,

                          DEFENDANTS.
----------------------------------------X


               DATE: OCTOBER 1, 2025

               TIME: 10:10 A.M.




          REMOTE DEPOSITION of the

Defendant, YURONG HU, s/h/a YURONG "Mary"

HU, taken by the Plaintiff(s), pursuant to

the Federal Rules of Civil Procedure, held

via Zoom, before Kim Ryan, a Notary Public

of the State of New York.

```
 1

 2      A P P E A R A N C E S:

 3

 4      FARRA & WANG, PLLC
            Attorney for the Plaintiff
 5         XIN "KELLY" YANG and TING "SUSAN" CHEN,
            on behalf of themselves and all others
 6         similarly situated
            1543 Champa Street, Suite 400
 7         Denver, Colorado 80202
            BY: TIMES WANG, ESQ.
 8         TWANG@FARRAWANG.COM

 9

10      KASEN & LIU LAW FIRM, PLLC
            Attorneys for the Defendants
11         CHUWEN XU a/k/a A FEI, SHUYUN CHEN, YU
            "RITA" CHEN, YUEZHU DU, YURONG "MARY" HU,
12         YUXIA HU, XUE "LINDA" LIN, QILONG "LUCY"
            LIU, LIJUN OUYANG, JINGYI SHEN, WENLING
13         "ABBY" WANG, YUN YE, NAN "LUCAS" ZHENG,
            XIAONA "LINA" ZHOU, LEI "ANDY" ZHU, ASZ
14         SUPPLY LLC, AND DOE DEFENDANTS 1-100
            136-33 37th Avenue, #9C
15         Flushing, New York 11354
            BY: ALEKSANDER MILCH, ESQ.
16         ALEKSANDER@KASENLAWFIRM.COM

17

18
        Also present:  Zhengxi Zhang, Mandarin
19      interpreter

20                  *         *         *

21

22

23

24

25
```

Yurong Hu
October 01, 2025

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED by and

6      between the counsel for the respective

7      parties herein that the sealing, filing and

8      certification of the within deposition be

9      waived; that the original of the deposition

10     may be signed and sworn to by the witness

11     before anyone authorized to administer an

12     oath, with the same effect as if signed

13     before a Judge of the Court; that an

14     unsigned copy of the deposition may be used

15     with the same force and effect as if signed

16     by the witness, 30 days after service of

17     the original & 1 copy of same upon counsel

18     for the witness.

19

20       IT IS FURTHER STIPULATED AND AGREED that

21     all objections except as to form, are

22     reserved to the time of trial.

23

24                 *    *    *    *

25

Yurong Hu
October 01, 2025

1

2            THE REPORTER:  The attorneys

3       participating in this deposition

4       acknowledge that I am not physically

5       present in the deposition room and

6       that I will be reporting this

7       deposition remotely.  They further

8       acknowledge that in lieu of an oath

9       administered in person, I will

10      administer the oath remotely under

11      penalty of perjury.

12           The parties and their counsel

13      consent to this arrangement and waive

14      any objections to this manner of

15      reporting.  Please indicate your

16      agreement by stating your name and

17      your agreement on the record.

18           MR. WANG:  Agreed for the

19      Plaintiffs, Times Wang.

20           MR. MILCH:  Aleksander Milch,

21      agreed for the defendants.

22           THE REPORTER:  Will the

23      interpreter and witness kindly

24      present their government-issued

25      identification by holding it up to

1                          Y. HU

2          the camera for verification?

3                  (Whereupon, the interpreter and

4          witness presented government-issued

5          identification and identity is

6          verified.)

7    Z H E N G X I   Z H A N G, a Mandarin

8    interpreter, solemnly swore to translate

9    the following questions from English to

10   Mandarin and answers from Mandarin to

11   English:

12

13   Y U R O N G   H U, called as a witness,

14   having been first duly sworn, through an

15   interpreter, by a Notary Public of the

16   State of New York, was examined and

17   testified as follows:

18                  THE REPORTER:  Can you please

19          state your name and address for the

20          record?

21                  THE WITNESS:  Yurong Hu, 3318

22          164th Street, Flushing, New York

23          11358.

24   EXAMINATION BY

25   MR. WANG:

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2         Q.    Ms. Hu, have you ever been
 3    deposed before?
 4         A.    I don't understand what this
 5    question means.
 6         Q.    So today we're taking your
 7    deposition.  I'm asking you questions and
 8    you're answering them under oath.  Do you
 9    understand that?
10         A.    I understand.
11         Q.    Have you ever answered
12    questions in this kind of setting before?
13         A.    No.
14         Q.    You're a defendant in some
15    other lawsuits related to HomeX; correct?
16         A.    Correct.
17         Q.    You were not deposed in those
18    cases?
19         A.    Not yet.
20         Q.    Do you speak English?
21         A.    Basic spoken English, not very
22    good.
23         Q.    Some basics about the
24    deposition.  Your attorney from time to
25    time might object to some of my questions.
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU
 2    Unless he tells you not to answer, you're
 3    required to answer.  Do you understand?
 4         A.    I understand.
 5         Q.    You understand you're
 6    testifying under the penalties of perjury?
 7         A.    Could you repeat that?  I
 8    didn't understand.
 9              THE INTERPRETER:  The
10          interpreter will interpret it another
11          way.
12         A.    I understand.
13         Q.    With potential criminal
14    consequences?
15         A.    Yes.
16         Q.    You understand your testimony
17    here today is as serious as if we were in
18    court?
19         A.    I understand.
20         Q.    Are you aware that we are
21    taking your deposition today not entirely
22    by choice, but because we were ordered to
23    by the court?
24         A.    I understand.
25         Q.    Just for the record, when I say
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2   we, I mean the plaintiffs.

 3        A.    Okay.

 4        Q.    Therefore, the plaintiffs are

 5   treating this as a preliminary deposition.

 6   Do you understand?

 7        A.    I understand.

 8        Q.    That means that the plaintiffs

 9   have agreed with your lawyers that the

10   plaintiffs have the right to take your

11   deposition again after we get more

12   documents and evidence.  Do you understand?

13             MR. MILCH:  All right.  I mean,

14        this is -- we've already established

15        this.  You have a court order.

16             MR. WANG:  Mr. Milch, if you

17        can limit your statements to

18        objections.

19             MR. MILCH:  I know, but you're

20        going over with her what's already

21        been agreed between the lawyers.  So

22        just please get to the questioning.

23             MR. WANG:  I have the right to

24        do that.  I'm not harassing her.

25             MR. MILCH:  No, I'm not saying
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2         you are, but let's get to it.

 3              MR. WANG:  Let me ask my

 4         questions and just state objections.

 5         Thank you.  Mr. Interpreter, can you

 6         please repeat the question?

 7              (Whereupon, the referred to

 8         question was repeated by the

 9         Interpreter.)

10         A.    I don't understand this

11    question.

12         Q.    One of the things we're doing

13    in this case, we're still in the process of

14    gathering evidence from many people,

15    including from you.  Do you understand

16    that?

17         A.    I understand.

18         Q.    In the plaintiffs' view, the

19    evidence you've provided to date is

20    woefully incomplete.

21              MR. MILCH:  That's not a

22         question.  That's just a comment.

23         Ask her a question.

24         Q.    Do you understand?

25              MR. MILCH:  I am objecting as
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2         to the form.  She understands and I

3         understand we're under court order

4         pursuant to a previous motion that

5         you made, but I don't think it's

6         appropriate to have her comment on

7         the state of discovery.  You have to

8         ask her questions about the

9         information you're trying to seek

10        from her.  The case is clear.  You

11        made your motion.  The judge made an

12        order.  So please turn your

13        questioning to the evidence, what

14        you're trying to discover in terms of

15        the case.  All right?

16             MR. WANG:  I am orienting her

17        to the deposition.

18             MR. MILCH:  She knows it's a

19        deposition and you're going to ask

20        questions.

21             MR. WANG:  Are you instructing

22        her not to answer?  Mr. Milch, are

23        you instructing her not to answer my

24        question?

25             MR. MILCH:  That particular
```

Yurong Hu
October 01, 2025

```
1                    Y. HU
2        question, yes, sir.  Please go to the
3        next.
4             MR. WANG:  On what basis?  Is
5        it privileged?
6             MR. MILCH:  It's just -- you're
7        asking her to comment on the status
8        of the discovery proceedings.  That's
9        not what she's here to do.  You've
10        presented it in court.  The judge has
11        made an order.  We're complying with
12        it.  You have to move on to what it
13        is you're trying to -- what questions
14        you have for her about the underlying
15        alleged facts and circumstances of
16        the case.  I mean, whether her
17        responses are woefully inadequate
18        then or now, that is something for
19        the lawyers to argue before the
20        judge.  To get her to try to -- you
21        know, that's not really an
22        appropriate question for her.  On
23        that I am directing her not to
24        answer.  So let's please get to the
25        next question.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2        Q.    My question was, do you
 3   understand that the plaintiffs' position is
 4   that you have not complied with your
 5   discovery obligations, that our position is
 6   that you have not complied with your
 7   discovery obligations?
 8              MR. WANG:  That was my
 9         question, Mr. Milch.
10        A.    What is this question?  I
11   didn't understand.
12              THE INTERPRETER:  The
13         interpreter will now ask a different
14         way.
15        A.    I don't think so.
16        Q.    I'm not asking if you agree.
17   I'm asking if you understand that that's
18   our position.
19              MR. MILCH:  In other words,
20         that's their view of the situation, I
21         guess.  That's what he's asking you.
22        A.    Does my understanding of your
23   position matter?
24        Q.    Yes, it does.
25        A.    I don't fully understand this
```

Yurong Hu
October 01, 2025

1                          Y. HU

2     question.

3                MR. MILCH:  This is getting

4          foolish.  You made your motion.  You

5          got your order.  The point of this

6          is, you know, to conduct your

7          discovery.  So let's please go to

8          that.  All right?  I'm the attorney.

9          I well understand that you made a

10         motion to compel based on Plaintiffs'

11         dissatisfaction with the responses,

12         and the judge made an order and we're

13         here.  So let's just move on.

14    Q.    When did you come to America?

15                MR. MILCH:  I'm objecting to

16         form, but you can answer.

17    A.    1997.

18    Q.    From where?

19    A.    China.

20    Q.    Where in China?

21    A.    Tianjin.

22                THE INTERPRETER:

23         T-I-A-N-J-I-N.

24    Q.    What was your educational and

25    professional background in China?

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2       A.    Nursing school.
 3       Q.    Did you practice as a nurse?
 4             THE WITNESS:  (In English) I
 5         didn't graduate.
 6             MR. MILCH:  Hold on.
 7             MR. WANG:  Mr. Milch, she seems
 8         perfectly able to understand and
 9         answer my question.
10             MR. MILCH:  Hold on one second.
11         Ms. Hu, you do have to pick a
12         language here.  Hold on.  I would
13         just -- I do hear your concern on
14         this, Mr. Wang.  I would like to just
15         speak with her off the record just
16         for a few moments to just verify what
17         we're going to do.  My understanding
18         has been that she is a limited
19         capacity English speaker or limited
20         proficiency.  In other words, that
21         she speaks English but not fluently.
22         The thing with the deposition is
23         that, you know, we're going to hang
24         on every word.  If I may just go off
25         the record for a moment just to
```

Yurong Hu
October 01, 2025

```
1                     Y. HU

2           discuss with her how she would like

3           to proceed, I do agree that this

4           should be in -- she should testify in

5           one language and pick which it's

6           going to be.  Is it all right with

7           you --

8               MR. WANG:  I don't mind if she

9           testifies partly in English and

10          partly in Chinese.  I have no

11          objection to that.

12              MR. MILCH:  But we have the

13          interpreter as backup if she can't

14          express herself in English, or what

15          do you want to do?

16              MR. WANG:  She was able to

17          answer my question.  She seems to

18          understand it, but for the court

19          reporter's benefit, maybe we will

20          just do it in Chinese.

21              MR. MILCH:  You have to testify

22          in Mandarin.  Okay?

23     A.     Yes.  Okay.

24     Q.     Did you practice as a nurse in

25  China?
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2        A.    I didn't graduate.

3        Q.    So what brought you to America?

4        A.    Because the U.S. is the number

5   one country in the world, so everyone wants

6   to come here.

7        Q.    Did you come here to study?

8             MR. MILCH:  On questions that

9        pertain to immigration, on those I am

10        directing her not to answer.

11             MR. WANG:  On what basis, Mr.

12        Milch?  It's not privileged.

13             MR. MILCH:  So it is beyond the

14        scope of, you know, what this action

15        is purportedly about.  On general

16        principle I just, you know, will not

17        have clients be required to answer

18        about anything that pertains to

19        immigration status.  We're in a

20        situation right now in this country

21        where people who go to courthouses

22        face arrest by ICE.  I don't want any

23        client of mine to be in a position

24        where they feel that they can't

25        appear in any court or defend
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU

 2          themselves because they fear any type

 3          of repercussions by ICE.  I do

 4          understand that you have a general

 5          right to inquire, and it's a

 6          deposition, you know, SO I understand

 7          your potential disagreement with

 8          that, but I am directing her not to

 9          answer.  If you want to reserve it

10          for a ruling or call the judge, I

11          understand your position, but I'm

12          stating mine.  All right?

13               MR. WANG:  You understand this

14          is just going to result in your

15          client being deposed longer and more

16          times.

17               MR. MILCH:  That's my position

18          on this issue.  If you want to call

19          the judge or we can reserve it for a

20          ruling.  I understand your position,

21          but I'm stating mine on that issue.

22               MR. WANG:  You're instructing

23          her not to answer on that basis?

24               MR. MILCH:  Yes.

25               MR. WANG:  Even if you can make
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2          a motion for protective order to keep

 3          this transcript confidential?  We're

 4          not going to publish it.  I have no

 5          intention of reporting her.  I am pro

 6          immigration myself.  But I need to

 7          understand her background.

 8               MR. MILCH:  Well, you can

 9          inquire -- okay.  I understand you

10          have a right to inquire.  I

11          understand you're asking about who

12          she is and her educational background

13          and her vocational background and

14          everything like that.  I get it.  I

15          think you can form the questions in

16          such a way as to go to that without

17          touching on immigration history.

18               MR. WANG:  I literally just

19          asked her if she came here to study.

20          That was my question.

21               MR. MILCH:  I am directing her

22          not to answer that because that does

23          sort of potentially coincide with

24          immigration history and status.  I'm

25          directing her not to answer that
```

Yurong Hu
October 01, 2025

```
1                    Y. HU

2          question.  Let's proceed and you'll

3          handle that as you will.  All right?

4          Q.    What did you come to the U.S.

5     to do?

6          A.    I remember my dad was here to

7     work and I was here visiting him.

8          Q.    Where was your dad?

9          A.    In the United States.

10         Q.    Where in America?

11         A.    I remember he was in Los

12    Angeles.

13         Q.    Is that where you entered the

14    United States?

15              MR. MILCH:  All right.  Again,

16          I'm directing her not to answer.  I'm

17          objecting and directing her not to

18          answer.

19         Q.    Where did you arrive in the

20    United States, what city?

21         A.    Los Angeles.

22              MR. WANG:  Off the record.

23              (Whereupon, an off the record

24          discussion was held.)

25         Q.    You arrived in Los Angeles in
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2    1997; correct?
 3         A.    Correct.
 4         Q.    What did you do in Los Angeles?
 5    Did you work?  Did you study?  Did you
 6    vacation?  What did you do in Los Angeles,
 7    visit your dad?
 8         A.    I didn't do anything.  I was
 9    just visiting my dad.
10         Q.    So did you return to China?
11         A.    I didn't go back because I kept
12    visiting my father.
13         Q.    So from 1997 to now you haven't
14    returned to China?
15         A.    I have been back.  I didn't
16    understand your question just now.  I have
17    been back many times.
18         Q.    But you did not move back, you
19    established residence in the United States?
20              MR. MILCH:  I'm objecting as to
21          form, but you can answer.
22         A.    I live in the United States,
23    yes.
24         Q.    Since 1997?
25         A.    Correct, but I've been back to
```

Yurong Hu
October 01, 2025

```
 1                       Y. HU
 2    China for a bit and then I came back.
 3         Q.    So you have or you had a father
 4    in Los Angeles at the time?
 5         A.    Yes.
 6         Q.    What other family do you have
 7    in the United States?
 8         A.    What do you mean by family or
 9    relatives?
10         Q.    Sisters, brothers, parents,
11    children, aunts, uncles?
12         A.    Yes.
13         Q.    Tell me all the family members
14    you have in the United States.
15         A.    My husband, my child or
16    children --
17              THE INTERPRETER:  The
18          interpreter did not quite hear.
19         A.    My father, and I'm not sure
20    about the other people.
21         Q.    What is your husband's name?
22         A.    Meng Zhao.
23              THE INTERPRETER:  M-E-N-G,
24          Z-H-A-O.
25         Q.    How many children do you have?
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU

 2        A.    Two.

 3        Q.    Are any of them adults?

 4        A.    Yes.

 5        Q.    Which ones are adults?

 6        A.    My daughter.

 7        Q.    How old is she?

 8        A.    23.

 9        Q.    What is her name?

10              THE WITNESS:  (In English) Do I

11         have to answer it?

12              MR. MILCH:  Yes, you have to

13         answer.

14        A.    Ryard Taylor.

15        Q.    Can you spell that?

16              THE INTERPRETER:  Interpreter

17         needs to confirm that.

18        A.    R-Y-A-R-D, T-A-Y-L-O-R.

19        Q.    What is her family name,

20    Taylor?

21        A.    Ryard.

22        Q.    So her family name is Ryard?

23        A.    Correct.

24        Q.    Whose family is that?

25        A.    Her family name.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2        Q.    How come her family name is not

 3   your family name or your husband's?

 4        A.    It's her father's surname.

 5        Q.    So her father is not your

 6   current husband; is that right?

 7        A.    Correct.

 8        Q.    Who's her father?

 9        A.    It's her father.

10        Q.    Name?

11        A.    Nixon Ryard.

12        Q.    Are you married?

13        A.    Yes.

14        Q.    When did you divorce?

15        A.    I don't remember.

16        Q.    Approximately?

17        A.    19 -- it's too long.  It's

18   2010, 2011.  I don't really remember.  It's

19   been too long.

20        Q.    How long have you been married

21   to Meng Zhao?

22        A.    We got married in the year

23   2011.

24        Q.    Your father, is he still with

25   us?
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU

 2        A.     Yes.

 3        Q.     Is he still in California?

 4        A.     State of California, no.

 5        Q.     Where is he?

 6        A.     He's in New York.

 7        Q.     Does he live with you?

 8        A.     No.

 9        Q.     Tell me every job you've had

10    since you arrived in the United States in

11    1997.

12               MR. MILCH:  I'm objecting as to

13          form, but you can answer, or you are

14          to answer.

15        A.     I've worked at a laundromat.

16    I've worked at restaurants part time.  I've

17    never worked there long term.  It's just

18    every now and then.  I just did odd jobs

19    here and there in the beginning and when I

20    got married I started doing nails.

21        Q.     Were any of these -- did you

22    own any of the businesses in which you did

23    this work?

24               MR. MILCH:  I'm objecting as to

25          form, but please answer.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2        A.    I've had nail salons.  I owned
 3   nail salons.
 4        Q.    What about restaurants?
 5        A.    No.
 6        Q.    Laundromats?
 7        A.    No.
 8        Q.    How many nail salons do you
 9   own?
10        A.    Let me think.  Three to four
11   probably.  I would open one and sell it and
12   then rest, open another one, sell it and
13   then rest.  Just like that.  I've never
14   owned them concurrently.
15        Q.    What was the name of your first
16   nail salon?
17        A.    It's been too long.  I really
18   don't remember.
19        Q.    Where was it?
20        A.    It should be in upstate New
21   York.
22        Q.    What city?
23        A.    Carmel.
24        Q.    When did you open it?
25        A.    I don't remember.
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2        Q.    What year?  You don't remember

3   what year you opened this?

4        A.    I don't remember.

5        Q.    You have no recollection of

6   even the approximate year you opened it?

7             MR. MILCH:  I do object to

8         this.  You can answer.

9        A.    I don't remember.

10        Q.    1990's, 2000's, 2010's, you

11   have no memory?

12             MR. MILCH:  Again, I mean, I do

13         object.  I mean, she said she can't

14         remember.  I mean, you know, you have

15         to answer the question but -- answer

16         as you can.

17        A.    I don't remember.

18        Q.    You sold the nail salon?

19        A.    Yes.

20        Q.    How much did you sell it for?

21        A.    This I sold for -- let me

22   think.  It's been too long.  100 something

23   thousand.  The first one I sold for 100,000

24   something.

25        Q.    Who did you sell it to?
```

Yurong Hu
October 01, 2025

```
 1                          Y. HU
 2          A.    I don't know.  I gave it to a
 3     broker and the broker sold it.  They found
 4     a buyer.
 5          Q.    Who is the broker?
 6          A.    I found them on the newspaper.
 7          Q.    What was their name?
 8          A.    I don't remember.
 9          Q.    Tell me about your second nail
10     salon.
11          A.    The second one was probably in
12     Connecticut.
13          Q.    What city?
14          A.    It was likely New Haven, but I
15     am not too sure.
16          Q.    Do you mean you're not sure it
17     was in the actual city itself, or you're
18     not sure in some other way?
19          A.    It's been too long.  I don't
20     really remember because I have a headache
21     and nerve pain and that makes my memory not
22     very good.
23          Q.    All right.  Let me step back
24     and make sure about something.  It sounds
25     like you have -- do you have any medical
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2    conditions that make you unable to testify
 3    truthfully or accurately today?
 4                    THE INTERPRETER:  The
 5              interpreter needs to look up a term.
 6              My apologies.
 7                    MR. MILCH:  Mr. Wang, after we
 8              do this question and answer, I just
 9              need five minutes to just do
10              something completely unrelated.
11              Would that be all right, five or even
12              less than five minutes?
13                    MR. WANG:  Sure.
14                    MR. MILCH:  Let's complete the
15              answer and I'll just need five
16              minutes, not talking to the witness,
17              I just have to just check something
18              completely unrelated to this.
19         A.    I don't have any conditions
20    today, but I did get diagnosed with
21    cervical stenosis.
22                    THE INTERPRETER:  Or it could
23              also be interpreted as cervical
24              spinal stenosis.
25         A.    Which puts a lot of pressure on
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2   my nerves, causing nerve pain, headaches,
 3   and I get dizzy a lot.  So I have medical
 4   reports to prove that, but that just makes
 5   my memory not very good.
 6            MR. WANG:  Go do your thing.
 7            (Whereupon, a short recess was
 8         taken.)
 9        Q.   Did you sell this second nail
10   salon?
11        A.   I sold it.
12        Q.   How much did you sell it for?
13        A.   Also 100 something thousand.
14   It might have been $150,000.
15        Q.   Tell me about the third nail
16   salon.
17        A.   The third nail salon was also
18   in upstate New York.  It was the last nail
19   salon, yes.
20        Q.   What city?
21        A.   It's also the first city,
22   Carmel.
23        Q.   You sold this one?
24        A.   Yes.
25        Q.   How much did you sell this one
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU
 2    for?
 3         A.    That I'm not sure, because at
 4    the time I was sick, so my husband did it
 5    for me.
 6         Q.    Was this Mr. Zhao or Mr. Ryard?
 7         A.    Mr. Zhao.
 8         Q.    When was this?
 9         A.    Let me think.  Nine years ago,
10    about that.  I'm not too sure.
11         Q.    You previously testified that
12    after you got married you opened nail
13    salons.  Did you mean after you got married
14    to Mr. Zhao?
15         A.    No.  I started after marrying
16    my first husband.
17         Q.    When did you marry Mr. Ryard?
18         A.    I'm not too sure, 1997, 1998.
19    It's about 1998 or '99.  It's been too
20    long.  I don't really remember.
21         Q.    Was there a fourth nail salon?
22         A.    No.
23         Q.    Have you done anything for work
24    since 2014?
25         A.    2014.  At that time, if I had
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU
 2     sold my nail salon, then no.
 3          Q.    You worked for HomeX, didn't
 4     you?
 5          A.    I believe it's the nail salon.
 6     HomeX was 2022.
 7          Q.    My question was, did you have
 8     any work after the third nail salon was
 9     sold in 2014 of any kind?
10          A.    I've helped with HomeX, but
11     also I've done odd jobs, but I've just
12     never done anything long term, just odd
13     jobs here and there.
14          Q.    What kind of odd jobs?
15          A.    I would help out with HomeX,
16     help out my friends with nails for a couple
17     days, just stuff like that.
18          Q.    So one type of odd job was
19     HomeX.  Another type of odd job was nails.
20     Any other type of odd job?
21          A.    Odd jobs, also I've sold things
22     at home, used items at home.  I sold them
23     locally.  Just stuff like that.
24          Q.    Where do you -- you sell them
25     online?
```

Yurong Hu
October 01, 2025

```
 1                       Y. HU

 2        A.    Correct.

 3        Q.    What online platforms do you

 4   use?

 5        A.    Facebook.

 6        Q.    Anything else?

 7        A.    No.

 8        Q.    All right.  So in terms of odd

 9   jobs, you testified that you would help

10   with HomeX, you helped friends at nail

11   salons, and you sold items online on

12   Facebook.  Anything else?

13        A.    No.

14        Q.    Okay.  Do you have any

15   investments?

16        A.    What do you mean by

17   investments?

18        Q.    For example, do you invest in

19   real estate, rental properties, for

20   example?

21        A.    Yes.

22        Q.    All right.  Tell me about your

23   real estate investments.

24        A.    This is managed by my husband.

25   He's managing it.  I do not have any
```

```
 1                    Y. HU

 2    involvement.

 3         Q.   Do you know whether you have

 4    any ownership interest in apartment

 5    buildings?

 6         A.   Don't have apartments.

 7         Q.   Single-family homes?

 8         A.   Yes.

 9         Q.   Where?

10         A.   New York.

11         Q.   What city or cities?

12         A.   Flushing, New York.

13         Q.   How many?

14         A.   One.

15         Q.   So in terms of investments, you

16    have one single-family home investment

17    property in Flushing, New York.  Is that

18    right?

19         A.   No.  This Flushing, New York is

20    for us to live in.  We live in there

21    ourselves.

22         Q.   I'm asking about rental

23    properties.

24         A.   The rental properties likely in

25    Las Vegas, because I've been sick and it's
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2    my husband managing it.
 3         Q.    Tell me your understanding of
 4    the rental property or rental properties in
 5    Las Vegas.
 6         A.    I don't know.  I only know that
 7    we have a house, but my husband is in
 8    charge of collecting rent and stuff like
 9    that.
10         Q.    So it's a single property?
11         A.    I don't know.
12         Q.    It could be multiple
13    properties?
14         A.    I don't know.  I don't know.
15    I've already answered I don't know.
16         Q.    Any other cities other than Las
17    Vegas?
18              MR. MILCH:  I'm objecting as to
19         form.  Answer if you can.  I'm
20         directing you to answer, but I'm
21         objecting as to the form.
22         A.    I feel like this question has
23    nothing to do with HomeX.  Why would I
24    answer it?
25              MR. MILCH:  I am directing you
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU

 2          to answer.  I'm directing you to

 3          answer.  You're not really -- you're

 4          not supposed to question the

 5          examining attorney here.  I did

 6          object to form.  I am also directing

 7          you to answer.  Answer as you can.

 8     A.    What was his question?

 9          THE INTERPRETER:  The

10          interpreter will now repeat.

11          (Whereupon, the referred to

12          question was repeated by the

13          Interpreter.)

14     A.    There's a property in North

15   Carolina.

16     Q.    That's a single-family home?

17     A.    It's one family.

18     Q.    In other words, it's not an

19   apartment building?

20     A.    It's not an apartment building.

21     Q.    What city in North Carolina?

22     A.    Cary.

23     Q.    Any other cities where you have

24   rental properties?

25     A.    That's it.
```

```
 1                    Y. HU
 2        Q.    Are you an investor in any
 3   businesses?
 4        A.    No.
 5        Q.    What does Mr. Zhao do for work?
 6        A.    He's an Uber driver.
 7        Q.    Anything else?
 8        A.    That's it.  Doesn't he manage
 9   his rental properties?
10        Q.    So he drives Uber and he
11   manages your rental properties.  Is that
12   fair?
13        A.    These rental properties are not
14   mine.  It belongs to me and my husband.
15   They're his.
16        Q.    Well, are they his or are they
17   joint -- do you jointly own them?
18        A.    Jointly owned.  They should be
19   jointly owned.  They have both our names so
20   they should be jointly owned.
21        Q.    How did you come to know about
22   HomeX?
23              THE INTERPRETER:  Interpreter
24         needs to inquire.
25        A.    It was in a shuadan group chat.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2               THE INTERPRETER:  S-H-U-A-D-A-N.
 3          Interpreter notes it could be
 4          refreshing orders literally.
 5          A.    I heard someone saying that
 6     there are free products and free
 7     trampolines, and I heard about it about
 8     three years ago or three years before the
 9     year 2022.  It's about the year 2020 I was
10     in a shuadan group chat and I needed to
11     renovate my home in 2022 and I needed a
12     table, so in the shuadan group chat I was
13     referred to another shuadan group chat and
14     the administrator helped me place the order
15     for the table because I needed a table.
16     That's how I got to know HomeX.
17          Q.    Was it 2020 or 2022?
18          A.    I heard about it in the year
19     2020, but I only placed my order in the
20     year 2022, because I needed to renovate my
21     home and I needed a table.
22               MR. WANG:  I'm going to
23          introduce as Exhibit 1 a document
24          produced by Ms. Hu in this case.
25               (Whereupon, WeChat history was
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2          marked as Hu Exhibit 1 for

 3          identification as of this date by the

 4          Reporter.)

 5       Q.    Ms. Hu, can you see this

 6   document?

 7       A.    Yes, I can see it.

 8       Q.    What is this document?

 9       A.    It is the year 2022.  It is

10   this box.  It should be HomeX.

11       Q.    Well, it says July 2, 2020

12   here; right?

13             MR. MILCH:  Hello?  Did the

14          internet go out on your end?

15             MR. WANG:  No.

16             MR. MILCH:  It dropped for the

17          moment.

18             THE INTERPRETER:  Would you

19          like the interpreter to repeat?

20             MR. MILCH:  Yes, please.

21             MR. WANG:  Yes.

22             (Whereupon, the referred to

23          question was repeated by the

24          Interpreter.)

25       A.    Yes.
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2         Q.    So this is a conversation you
 3    had in 2020?  Yes?
 4         A.    Correct.
 5         Q.    Who was this with?
 6         A.    This is HomeX.
 7         Q.    Who is the person on the left?
 8         A.    HomeX.
 9         Q.    Was it an individual?  Who was
10    the individual?
11         A.    This person was the boss later
12    on, the group owner.
13         Q.    So his name here is just a
14    period.  Do you see that?
15         A.    I can see it.
16         Q.    So this is the boss of HomeX?
17         A.    I'm not sure.  I had a
18    conversation with this person, but who
19    exactly is the boss, I'm not too sure.
20         Q.    Do you see there's conversation
21    here about leaving reviews?
22         A.    Yes.  I see it.
23         Q.    What does that refer to?
24         A.    It's talking about -- it should
25    be -- it's been too long.  I'm not too
```

Yurong Hu
October 01, 2025

```
1                          Y. HU
2    sure.  Give me a moment.  It should be
3    Amazon.
4         Q.    So were you asked to leave
5    reviews on Amazon?
6         A.    They sent me this passage of
7    requests.
8         Q.    What did they say you would get
9    in return for leaving reviews?
10               MR. MILCH:  I'm objecting as to
11         form.  Answer.  Please answer the
12         question, but I am objecting as to
13         form.
14         A.    The trampoline at the time it
15    didn't mean to have us leave reviews, it
16    was reviews free.  I didn't need to leave
17    reviews.
18         Q.    What did you have to do to get
19    a trampoline?
20               MR. MILCH:  I am objecting as
21         to form.  Please answer.
22         A.    I just need to place the order
23    on Amazon, and after I get the product they
24    will issue a refund.
25         Q.    Did you get the refund?
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2        A.    I don't remember if I bought

 3    it, because it's been too long.

 4              THE INTERPRETER:  Interpreter

 5         needs to confirm.

 6        A.    Because the products looked too

 7    good.  I don't know if I had ordered it or

 8    not.

 9        Q.    At some point you became an

10    administrator of HomeX.  Yes?

11        A.    Later on, yes.

12        Q.    How did that content pass?

13        A.    Just like I said, I was

14    renovating my home in the year 2022, and I

15    needed some furniture, and then I got into

16    the group chat, and the admin was sending

17    products, and I was planning on ordering

18    it.  Then they asked me if I wanted to do

19    it, and if I did it, I would be able to

20    enjoy the privilege of having faster

21    shipping and only half of the quanhuojin.

22              THE INTERPRETER:

23         Q-U-A-N-H-U-O-J-I-N, otherwise

24         translated as deposit.

25        A.    So then I started doing it.
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2        Q.    Who is this administrator

 3   you're referring to?

 4        A.    Yuyu.  Their name was Yuyu.

 5        Q.    Definitely Yuyu and not Yunyun;

 6   correct?

 7              MR. MILCH:  Could you spell

 8         that into the record for my clarity?

 9         I don't speak Mandarin.  I can't

10         discern the differences in

11         pronunciation or spelling.

12        Q.    Y-U-Y-U and not Y-U-N-Y-U-N;

13   correct.

14        A.    I went to Yuyu to purchase a

15   table.

16              THE INTERPRETER:  Y-U-Y-U.

17        Q.    She was the one -- this person

18   was the one who asked you to join as an

19   administrator?

20        A.    Correct.

21        Q.    This was in 2022?

22        A.    Yes.

23        Q.    What month approximately?

24        A.    January.

25        Q.    Do you see this document, Ms.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2    Hu?

 3         A.    I see it.

 4         Q.    Do you see this is a

 5    conversation from January 2022 between you

 6    and the person whose WeChat name is just a

 7    period?

 8         A.    Correct.

 9         Q.    Does this conversation reflect

10    your joining HomeX as an administrator?

11              MR. MILCH:  I'm objecting as to

12         form, but you may answer.

13              MR. WANG:  I'll ask a different

14         question.  Withdrawn.

15         Q.    Does this conversation relate

16    to your becoming an administrator of HomeX?

17         A.    It is related.

18         Q.    Do you see there is a request

19    to join a WeChat group called Mary and then

20    something about changing labels, overseas

21    warehouses, tax free numbers?  Do you see

22    that?

23              MR. MILCH:  Tax what numbers?

24              MR. WANG:  Tax free numbers.

25         A.    Yes, I see it.
```

Yurong Hu
October 01, 2025

```
 1                         Y. HU
 2        Q.    What do these terms mean?  For
 3   example, what does change labels refer to?
 4        A.    Changing labels is changing the
 5   labels regarding Amazon.
 6        Q.    Why did labels for Amazon need
 7   to be changed?  What does that refer to?
 8        A.    This refers to some of its
 9   product could not be sold anymore and they
10   would be switched to a new link.  That's
11   what changing labels means.
12        Q.    Whose products?
13        A.    Amazon sellers probably.
14        Q.    Are these Amazon sellers HomeX
15   sellers?
16        A.    No.
17        Q.    Is this related to HomeX?
18        A.    It's not related.
19        Q.    This was something you did
20   unrelated to HomeX?
21        A.    It has nothing to do.
22        Q.    Previously I asked you about
23   odd jobs.  You didn't mention anything
24   about helping Amazon sellers.  Can you
25   explain what this job was?
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2                   MR. MILCH:  I'm objecting as to
 3            form, but answer, please.
 4            A.    Because at the time I didn't
 5       have an official job and wanted to do it,
 6       but nobody gave me an offer to do it, but I
 7       wanted to do it.
 8            Q.    What was the job you wanted in
 9       this regard?
10            A.    Just changing labels for the
11       products, just changing products.  I just
12       wanted to do some additional work.  I
13       wanted to do it, but nobody came to me to
14       have me do it, so I didn't do it, so I
15       didn't mention it.
16            Q.    So that name that includes the
17       term change labels, that was your WeChat
18       nickname at the time?
19                   MR. MILCH:  Can you repeat the
20            question?  I didn't quite make it
21            out.
22            Q.    The WeChat name that includes
23       the name change labels, that was your
24       WeChat nickname at the time?
25            A.    Yes, because I change it a lot.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2    Girls change it a lot.

 3         Q.    Then you invited this person to

 4    a group called HomeX furniture group Mary.

 5    Yes?

 6         A.    Correct.

 7         Q.    What was the HomeX furniture

 8    group Mary?

 9         A.    I didn't understand that

10    question.  Can you repeat?

11              THE INTERPRETER:  The

12         interpreter will now repeat.

13              (Whereupon, the referred to

14         question was repeated by the

15         Interpreter.)

16         A.    It's just a group chat where

17    HomeX products are sent.

18         Q.    Is it for customers to -- is it

19    customer faced?

20         A.    Correct.

21         Q.    Were you a member of any

22    internal HomeX groups that were not

23    customer facing?

24         A.    At that time, no.

25         Q.    Did you become a member of such
```

Yurong Hu
October 01, 2025

1                         Y. HU

2      internal groups?

3           A.    Does being an administrator

4      count as being an internal member?

5           Q.    Yes.

6           A.    Yes.

7           Q.    What internal groups were you

8      part of?

9           A.    What do you mean by groups?  I

10     just have this furniture group.

11          Q.    You just mentioned you were a

12     member of internal groups for HomeX

13     administrators.  Or did I misunderstand?

14          A.    I'm only an administrator and

15     I'm in charge of fangdan.

16                THE INTERPRETER:

17           F-A-N-G-D-A-N.  The witness then

18           explained taking orders.

19          Q.    My question was, is there a

20     group that administrators were a part of

21     but that customers were not?

22                MR. MILCH:  Interpreter needs

23           clarification.

24          A.    Do you mean group chats?

25          Q.    Yes, group chats.

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2        A.    Yes.

 3        Q.    What were those groups?

 4        A.    It's just that they would

 5   release products to us and also release

 6   rules to us.

 7        Q.    How many such internal groups

 8   were you a member of?

 9             MR. MILCH:  I'm objecting as to

10        form, but answer, please.

11        A.    I don't really understand his

12   question.  Did he mean how many group

13   members or how many groups?

14        Q.    Groups.  How many internal

15   groups were there that you were a member

16   of?

17        A.    I was only in one.

18        Q.    Were you paid for your work at

19   HomeX?

20             MR. MILCH:  Finish the

21        translation and then I have an

22        objection.  Objection as to form.

23        Please answer.

24        A.    Are you asking about my income

25   or what?
```

Yurong Hu
October 01, 2025

```
1                         Y. HU
2        Q.    Compensation.  How were you
3    compensated for your work?
4              MR. MILCH:  I'm objecting as to
5         form.  Please answer.
6        A.    The main attraction for me was
7    faster shipping because I can face them
8    directly and get my products faster.
9        Q.    Were you compensated in any
10   other way?
11       A.    There's salary every month that
12   they put it in the form, but I use that
13   amount to place more orders, so I never
14   really received any salary.
15       Q.    So you never got any cash for
16   your work in connection with HomeX.  Is
17   that your testimony?
18       A.    No, not at all.
19       Q.    You used Zelle in connection
20   with HomeX; right?
21       A.    Correct.
22       Q.    What bank or banks were your
23   Zelle accounts connected to?
24       A.    I remember it was Chase.
25       Q.    You accepted customer funds
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2    using your Chase Zelle account?

 3        A.    Yes.

 4        Q.    Any other banks?

 5        A.    Chase.  Only Chase.

 6        Q.    What about Alipay?  Did you use

 7    Alipay in connection with HomeX?

 8        A.    Yes.

 9        Q.    What was the phone number that

10    Alipay was connected to?

11        A.    It was likely 156.  I don't

12    remember the numbers after.  156 and I

13    don't remember.

14        Q.    Who is phone number was it?

15        A.    Mine.

16        Q.    It's a mainland China number?

17        A.    Yes.

18        Q.    Did you use Paypal in

19    connection with HomeX?

20        A.    Probably not.  Probably not.

21        Q.    Wire transfers, did you ever

22    make any wire transfers in connection with

23    HomeX?

24        A.    Probably, yes.

25        Q.    Which bank account did you use
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2   for that?
 3        A.    Chase.
 4        Q.    Did you set up a separate
 5   account at Chase for HomeX related
 6   transactions?
 7        A.    What do you mean set up another
 8   account?  Probably not.
 9        Q.    So you just used your own
10   checking account?
11        A.    Correct.
12        Q.    Did you ever send money to your
13   boss or bosses at HomeX?
14             MR. MILCH:  I'm objecting as to
15        form, but you can answer.
16        A.    Yes.
17        Q.    How did you send money to them?
18        A.    I've used Alipay.  I've also
19   swiped my card, my credit card.
20        Q.    Which credit cards did you use?
21        A.    Chase credit cards.
22        Q.    Your Zelle account, was it tied
23   to your e-mail address or phone or both?
24        A.    E-mail.
25        Q.    What is your e-mail address
```

Yurong Hu
October 01, 2025

```
1                    Y. HU

2      that you use for Zelle?

3           A.    Should be

4      Marynails2012@gmail.com.

5           Q.    Was the Zelle account linked to

6      any cell phone?

7           A.    No.

8                 MR. MILCH:  Before we go to the

9           next -- I have to quickly use the

10          bathroom, and then I'm going to have

11          to switch devices because we're

12          running out of power on this one.

13          May I just have five minutes, please?

14                MR. WANG:  Let's take a break,

15          a five-minute break.

16                (Whereupon, a short recess was

17          taken.)

18                MR. WANG:  I'm going to mark as

19          Hu Exhibit 2 Ms. Hu's Responses to

20          Interrogatories.

21                (Whereupon, Responses to

22          interrogatories was marked as Hu

23          Exhibit 2 for identification as of

24          this date by the Reporter.)

25          Q.    Can you see this document, Ms.
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU

 2     Hu?

 3          A.    Yes, I can.

 4          Q.    Do you see over here there are

 5     a series of phone numbers and e-mail

 6     addresses associated with Alipay?

 7          A.    Yes, I can see it.

 8          Q.    Some of them are associated

 9     with the surname Xu and the others are

10     associated with the surname Chen.  Do you

11     see that?

12          A.    Yes.

13          Q.    Who does Xu refer to?

14          A.    That should be the HomeX boss.

15          Q.    What about Chen?

16          A.    I'm not sure about Chen, but

17     they might be partners.  I'm not sure.

18          Q.    You were asked to send money to

19     somebody with the surname Chen?

20          A.    I don't remember if I had sent

21     it to them.

22          Q.    My question was, were you asked

23     to do so?

24          A.    Yes.

25          Q.    How do you remember that?
```

Yurong Hu
October 01, 2025

```
1                      Y. HU
2        A.    Because every time I
3    transferred to my boss they would always
4    provide this list of accounts.
5        Q.    Do you see here there's an
6    American bank account associated with the
7    name Jiafa Xu?
8        A.    I don't know whose account this
9    is.
10        Q.    This is -- you gave us this
11    information.  Do you understand that?
12        A.    Yes, I understand.  This is --
13            MR. MILCH:  Wait.
14            MR. WANG:  Mr. Milch?  Hello?
15            MR. MILCH:  Yes.  What?
16            MR. WANG:  You interrupted.
17            MR. MILCH:  Ask her a question.
18        She's just talking.  I'm telling her
19        she has to answer.
20            MR. WANG:  You're cutting in
21        and out.
22            MR. MILCH:  Just please proceed
23        to your next question.
24        Q.    You gave us this information
25    about Xu Jiafa.  Do you understand that?
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2         A.    Yes.

 3               MR. MILCH:  Hold on one moment.

 4         Are you questioning the witness or

 5         are you talking to me?

 6               MR. WANG:  The witness.

 7               MR. MILCH:  Okay.  So ask her a

 8         question.  It sounded like you were

 9         talking to me.

10               MR. WANG:  I did ask her a

11         question.  Can you repeat the

12         question?

13               MR. MILCH:  The last thing you

14         said sounded like it was addressed to

15         me.  Please ask the question.

16               THE INTERPRETER:  The

17         interpreter will now repeat.

18               MR. MILCH:  Can you read back

19         the last question?

20               (Whereupon, the referred to

21         question and answer was read back by

22         the Reporter.)

23         Q.    Where did you get this

24    information about Xu Jiafa?

25         A.    This was given to me by Bing
```

Yurong Hu
October 01, 2025

1                          Y. HU

2    Bing Le.

3          Q.    How do you remember that it was

4    Bing Bing Le who gave it to you?

5          A.    Because every time I

6    transferred money I would go to Bing Bing

7    Le to ask for accounts.

8          Q.    You would send money to Xu

9    Jiafa from your bank accounts?

10          A.    I don't remember the exact name

11    of the recipient, but I have wired money.

12          Q.    Then you see the next recipient

13    whose information you gave us was Gigacloud

14    Technology Hong Kong Limited?  Do you see

15    that?

16          A.    I can see it.

17          Q.    What is your understanding of

18    who that recipient is?

19          A.    It belongs to the boss.

20          Q.    So your understanding is that

21    Gigacloud Technology Hong Kong Limited is

22    the boss' company?

23          A.    Yes.

24          Q.    You see here you gave us the

25    name of a recipient Ye Qingqing?

Yurong Hu
October 01, 2025

1                       Y. HU

2          A.    Yes.

3          Q.    Who, to your understanding, is

4    Ye Qingqing?

5          A.    I don't know.

6          Q.    Where did you get this bank

7    information?

8          A.    These were all sent by Bing

9    Bing Le or the boss.  These are the

10   accounts they gave me.

11         Q.    You've mentioned Bing Bing Le a

12   few times.  Who is Bing Bing Le?

13         A.    Bing Bing Le is leadership.  We

14   all have to listen to them.

15         Q.    Let's go back to Exhibit 1.  Do

16   you see this conversation with a person

17   with the WeChat nickname a thousand nights?

18         A.    I can see it.

19         Q.    Who is this person?

20         A.    It's a customer, a buyer.

21         Q.    Do you know their real

22   identity?

23         A.    I don't.

24         Q.    So this conversations from

25   January 2022.  Yes?

Yurong Hu
October 01, 2025

```
 1                        Y. HU

 2          A.     2022, yes.

 3          Q.     That was when you just became

 4     an administrator.  Yes?

 5          A.     No.  At that time I was not an

 6     admin yet.

 7          Q.     This thousand nights person is

 8     asking you if this item of furniture is

 9     available, aren't they?

10                 MR. MILCH:  If the what

11            furniture is available?

12                 MR. WANG:  This item of

13            furniture.

14          A.     Correct.

15          Q.     Why would she ask you if you

16     weren't an administrator?

17          A.     At that time I was an intern.

18     I was just an intern.  I was not an

19     administrator.

20          Q.     Had you already started working

21     for HomeX at this time as an intern?

22          A.     Correct.

23          Q.     Did you know this thousand

24     nights person before?

25                 MR. MILCH:  I'm objecting to
```

Yurong Hu
October 01, 2025

1                          Y. HU

2          form.

3          Q.    Did you know this thousand

4     nights person before?

5          A.    Yes, but not too close.

6          Q.    How did you know them?

7          A.    I got to know this person from

8     the shuadan group chat.

9          Q.    You've mentioned the shuadan

10    group chat a few times.  What is the

11    shuadan group chat?

12         A.    Small items on Amazon that

13    could be obtained for free, like small

14    cases, small stuff like that.

15         Q.    It's not related to HomeX, is

16    it?

17              MR. MILCH:  Objection to form.

18          You may answer.

19         A.    No relations.

20         Q.    Do you see on this page of the

21    conversation you refer thousand nights to a

22    website HomeXdeals.com?

23         A.    Yes, I can see it.

24         Q.    What was this website?

25         A.    This was the website for the

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2     furniture orders.

 3          Q.    How was this website used?

 4          A.    You just go on that website to

 5     look at products and use this website to

 6     browse products.

 7          Q.    Do you use that website to

 8     place orders?

 9          A.    No.

10          Q.    Orders were placed with

11     administrators; right?

12          A.    Correct.

13          Q.    Do you see here you give

14     thousand nights the name of the person

15     Yuehua Guo?

16          A.    Yes.

17          Q.    Who is that?

18          A.    Another person, another buyer.

19          Q.    You're asking -- was thousand

20     nights -- thousand nights was a buyer as

21     well.  Yes?

22          A.    Correct.

23          Q.    So you were asking thousand

24     nights to send money to this other buyer in

25     exchange for that dresser.  Yes?
```

Yurong Hu
October 01, 2025

1                          Y. HU

2          A.    Correct.

3          Q.    Do you see on this page

4     thousand nights writes to you, sister, I

5     really want to leave the group but I'm

6     scared of negative information.  Can you

7     return some to me so that I can leave?

8          A.    I can see it.

9          Q.    Do you have an understanding of

10    what she's talking about?

11         A.    I don't understand.

12         Q.    Do you see in her next message

13    it says, I have deposits in the amount of

14    7,550 with you.  Do you see that?

15         A.    I can see it.

16         Q.    Do you have an understanding of

17    what she's talking about there?

18                THE INTERPRETER:  The

19          interpreter cannot hear the witness.

20         A.    I could understand what she's

21    saying because I read Chinese.

22         Q.    What does she mean when she

23    says she has 7,550 with you?

24                THE INTERPRETER:  The

25          interpreter is having trouble hearing

Yurong Hu
October 01, 2025

```
 1                         Y. HU

 2          the witness.

 3          A.    I don't know what they're

 4     talking about.  That's why I did not

 5     respond to them.

 6          Q.    You didn't ask her to clarify?

 7          A.    No.

 8          Q.    You do understand what she

 9     meant; right?  I mean, she had HomeX

10     quanhuojin deposits with you.  You

11     understand that?

12              MR. MILCH:  I'm objecting to

13          the form.  You can go ahead and

14          answer if you understand the

15          question.

16          A.    They did say that they had that

17     much, but it's not at my.

18          Q.    Well, she said that you have

19     her deposit in the amount of 7,550.  That's

20     what she says; right?

21              MR. MILCH:  I'll object to the

22          form.  I would ask you not to

23          paraphrase it.  Just refer directly

24          to whatever this individual wrote.

25              MR. WANG:  I'm going to take my
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2         deposition the way I want to take it,
 3         Mr. Milch.
 4              MR. MILCH:  Nobody is saying
 5         otherwise.
 6              MR. WANG:  Please be quiet.
 7              MR. MILCH:  Hold on.  Sir, just
 8         a moment.  I'm explaining my
 9         objection to form.  She can answer
10         the question, but I'm explaining my
11         objection as to the form.  That's
12         all.
13              MR. WANG:  I am going to re-ask
14         my question.
15         Q.   Ms. Hu, you very well
16    understand that what she is saying here is
17    that she gave you a HomeX deposit a/k/a a
18    quanhuojin of 7,550.  You understand that;
19    right?
20              MR. MILCH:  I'm objecting as to
21         form.  Please answer if you can.
22         A.   Is his question if I understood
23    what she said?
24         Q.   It's not whether you understood
25    the Chinese words.  Do you understand the
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2    substance?  She is saying essentially that
 3    you are holding over 7,000, I'm assuming
 4    American dollars, of her money; right?
 5               MR. MILCH:  I'm objecting as to
 6          form.  Go ahead and answer.
 7         A.    That's her claim, but I did not
 8    take her 7,550.
 9         Q.    So why didn't you deny it in
10    this conversation?
11         A.    Because I have explained in my
12    group chat that the quanhuojin were all
13    with the boss.
14               THE INTERPRETER:  Interpreter
15          did not hear the next part.
16         A.    I can not return it to them
17    myself.
18         Q.    Do you have any documents to
19    substantiate that you did not have their
20    deposits?
21         A.    I have the transaction between
22    me and the boss and have also returned
23    money to them.
24         Q.    Do you still have those
25    documents today?
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2          A.    I should have them.

3          Q.    You have no objection to

4     producing these documents to us, do you?

5               MR. MILCH:  Counselor, please,

6          I'm going to ask that you make your

7          demand in writing, addressed to me.

8          We reserve the right to object.

9          Thank you.

10         Q.    You can answer the question.

11              MR. MILCH:  That's not

12         appropriate.  Make a follow-up

13         demand.  That's all.

14              MR. WANG:  We made demands.

15              MR. MILCH:  Make a demand or

16         leave a space in the transcript for

17         what you're asking.  That would be

18         addressed to me, not to her.

19              MR. WANG:  I'm asking her just

20         a factual question.

21              MR. MILCH:  Does she have

22         documents?  That's your question?

23              MR. WANG:  No.  She doesn't

24         have any problem with giving those

25         documents to us.
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2            MR. MILCH:  That's not
 3       appropriate to ask to her.
 4            MR. WANG:  It's entirely
 5       appropriate.
 6            MR. MILCH:  You make the
 7       demand.  I have to see the demand
 8       specifically in writing.  If there is
 9       a ground or a reason to object, I
10       will.  If there's not, I won't.
11       You're asking her what verges on a
12       legal question.  I'm directing her
13       not to answer.
14            MR. WANG:  It's not a legal
15       question.  She is the defendant.  I'm
16       asking her if she personally --
17            MR. MILCH:  Emotionally if she
18       has a problem with that?
19            MR. WANG:  If she thinks it's
20       too private.  That's the nature of my
21       question.
22            MR. MILCH:  I'm directing her
23       not to answer on that.  We can take
24       that up later.  All right?
25            MR. WANG:  Is it privileged?
```

Yurong Hu
October 01, 2025

```
1                    Y. HU
2         Is it your position that it's
3         privileged whether she has --
4              MR. MILCH:  I don't know.  You
5         have to make a specific demand in
6         writing that I can review both on my
7         own and with my client.  You're
8         asking her to produce -- you know,
9         you have to make a follow-up demand
10        in writing, respectfully, and then I
11        will review it and respond
12        accordingly.  If you have an issue
13        with the response, then you'll
14        address it to me and then if we don't
15        resolve it, it will go to the judge.
16        What you're asking her is just not
17        appropriate.  I'm directing her not
18        to answer that particular question.
19        Thank you.
20             MR. WANG:  On privileged
21        grounds or on quote unquote
22        inappropriateness grounds?
23             MR. MILCH:  For several
24        grounds, because the problem is that
25        the demand has to be in writing so
```

Yurong Hu
October 01, 2025

```
 1                     Y. HU
 2          that I can fully evaluate it.  When
 3          it's made orally and tied informally
 4          to a series of questions and answers,
 5          I can't fully evaluate it.  What I
 6          would ask is you just -- you know,
 7          you orally make your demand and
 8          follow it up in writing.  Then we'll
 9          take it from there.  It's a post
10          Examination Before Trial demand.
11          That's how it will be addressed.  The
12          thing is, I don't know everything
13          that is entailed.  Again, I don't
14          have essentially your exam demand.
15          You're tagging it onto a series of
16          questions and answers.  So it's
17          impossible -- I don't even have at
18          this point a full transcript of
19          everything we have.  So there's no
20          way for me to evaluate it properly.
21          I would ask that you just proceed to
22          your next question.  I am directing
23          her not to answer that.
24               MR. WANG:  Mr. Milch, I think
25          the real problem is we made very
```

Yurong Hu
October 01, 2025

```
1                    Y. HU
2         detailed written document requests in
3         January of 2025 that clearly cover
4         documents showing that she returned
5         monies to customers and that clearly
6         cover documents showing she sent
7         money to the boss.  She just said
8         that she still has these documents.
9         Meanwhile, your responses, your
10        written responses to these requests
11        are that she objects to producing
12        them or that she doesn't have them.
13        I think the real problem, Mr. Milch,
14        is that you've had these written
15        requests and you just didn't do a
16        reasonable inquiry.
17             MR. MILCH:  That's something to
18        take up with me.  That doesn't go
19        with -- go to questioning with her.
20        Plus, your interrogatory --
21             MR. WANG:  I'm talking about --
22             MR. MILCH:  If you have
23        follow-up specific demands, I'm just
24        asking you to put them in writing and
25        that they be directed to me.  That's
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2        all.
 3             MR. WANG:  The problem is, if
 4        she doesn't actually have a privacy
 5        concern here, but you say she does,
 6        that goes to whether I'm going to
 7        seek sanctions against your law firm.
 8             MR. MILCH:  Okay.
 9             MR. WANG:  Do you understand
10        that?  You understand that; right?
11             MR. MILCH:  Just a moment here.
12        If you have a follow-up demand to any
13        of the questions for production of
14        documents, I am asking you kindly to
15        put that demand in writing.  You can
16        put it in writing.
17             MR. WANG:  I already did last
18        week with the previous witness.  I
19        did last week with the previous
20        witness two weeks ago.  You still
21        haven't responded.
22             MR. MILCH:  Then I missed the
23        e-mail.  If I missed an e-mail, I
24        apologize.  Did you send it to me
25        directly?
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2           MR. WANG:  Yes.  Absolutely.

 3           MR. MILCH:  Okay.  If I missed

 4      it, I do apologize.  I've been on

 5      trial for most of this month.  So if

 6      I missed it --

 7           MR. WANG:  It's always excuses

 8      with you, Mr. Milch.  We're ten

 9      months into this case and very basic

10      documents you have not even asked

11      your clients about.

12           MR. MILCH:  Sir, you are

13      reprising argument on either previous

14      motion or another motion you intend

15      to make.  That's not what we're here

16      to do.

17           MR. WANG:  I'm making a record

18      for a new motion for sanctions

19      against your law firm and you,

20      personally.

21           MR. MILCH:  Sir, if you have

22      sent the demand -- okay.  Yes, you

23      sent a query about Nan Zheng.  That I

24      see.  That's a different individual

25      with --
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2              MR. WANG:  It's the same issue.
 3         Very basic financial documents.
 4              MR. MILCH:  Send your demand in
 5         writing.  To ask her if she has
 6         emotional issues with producing
 7         something, that just makes no sense.
 8              MR. WANG:  It makes perfect
 9         sense.  She has no problem with
10         producing it.  You --
11              MR. MILCH:  I directed her not
12         to answer.  Go on to your next
13         question, please.
14         Q.   What are the documents that
15    show that you sent money to the boss?
16              MR. MILCH:  I'm objecting as to
17         form.  Please answer.
18         A.   I would request the payee's
19    information from Bing Bing Le every time I
20    transfer money, and every time I transfer
21    money I would provide a screenshot.
22         Q.   Which accounts did you use to
23    send money?
24         A.   Chase.
25              THE INTERPRETER:  The
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2           interpreter cannot hear the latter

 3           part.

 4      A.     Chase Bank.  Also Chase credit

 5   cards.  Also Alipay account.

 6                MR. MILCH:  I don't know how

 7           much longer you want to go.  For

 8           today I can only stay until 1:30.  If

 9           you need to go beyond that, let me

10           know and we'll continue it on another

11           day.  I scheduled this -- today I can

12           only go to about 1:30.  If you need

13           -- if you feel the need to go beyond

14           that, I hear you, but we'll have to

15           continue to another day.  All right,

16           Mr. Wang?

17      Q.     I'm introducing as Exhibit 3

18   Document Requests sent by Plaintiff's to

19   you in January of 2025.

20                (Whereupon, Document Requests

21           were marked as Hu Exhibit 3 for

22           identification as of this date by the

23           Reporter.)

24      A.     I can see it.

25      Q.     Do you see document request
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2     number 24 asks you to produce, among other
 3     things, documents related to financial
 4     dealings with HomeX, including statements
 5     from any accounts used by you to send money
 6     related to HomeX?  Do you see that,
 7     specifically to send money to them.
 8          A.    When did you request this?
 9          Q.    I explained in my question this
10     was January of 2025, nine or ten months
11     ago.
12          A.    At that time I was likely in
13     China taking care of my mother.
14          Q.    You told me you have such
15     documents; right?  You used Chase to send
16     money and so you have documents that show
17     money you sent to HomeX and the boss.  You
18     do have such documents?
19          A.    Right.
20          Q.    I'm going to introduce as the
21     next exhibit your response to this document
22     request.
23                (Whereupon, Response to
24         Document Requests was marked as Hu
25         Exhibit 4 for identification as of
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2            this date by the Reporter.)

3                MR. MILCH:  Is this getting an

4            exhibit number?

5                MR. WANG:  This is Exhibit 4 to

6            this deposition.

7        Q.    Do you see these are your

8    responses to our document requests?

9                MR. MILCH:  Are you going to

10            scroll through the whole thing or is

11            someone going to do that?

12        Q.    Do you see this document?

13        A.    I can see it.

14        Q.    Do you see here's your response

15    to document number 24, the one we just

16    looked at?  24 is right here at the bottom.

17    I'm asking if you can see the number 24.

18        A.    No.

19                MR. MILCH:  I'm not objecting

20            to the question.  I'm just noting

21            that it's in English.  That's all.

22        Q.    I'm not asking about the

23    content.  Do you see number 24?

24                MR. MILCH:  Hold on.  Her

25            response has to be translated.  I
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2          don't speak Mandarin.

3          A.    Please interpret this paragraph

4     for me.  I can not read it.

5                    MR. WANG:  This is the part

6              that I would like you to interpret

7              (indicating).

8          Q.    Do you see here you responded

9     to us that you do not have any document in

10    response to this request?

11                   MR. MILCH:  Hold on a second.

12             First of all, I don't know if you can

13             hear me, please move to that -- the

14             screen to that part of whatever

15             you're referring to, because right

16             now all we can see is just addresses

17             for your firm and another law firm

18             for Plaintiffs.  Please refer

19             directly to what is written, not a

20             paraphrase.  Thank you.

21         Q.    At the top of the page, first

22    line, defendant does not have any documents

23    in response.

24                   MR. MILCH:  We don't know where

25             you are.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2              MR. WANG:  The very top of the
 3         page.
 4              MR. MILCH:  Okay.  Well, I
 5         moved it but -- okay.  Where?  Where
 6         it's highlighted?
 7              MR. WANG:  The substantive
 8         response to request number 24.
 9              MR. MILCH:  Okay.  Read it to
10         her so she can understand it.
11         Q.    Do you see your response to
12    request number 24 ultimately was that you
13    don't have any documents in response?
14              MR. MILCH:  What is your
15         question?
16         Q.    Do you see that?
17         A.    I can see it.
18         Q.    That's not true, is it?  You
19    just testified that that's not true because
20    you do have documents responsive to this
21    request.
22         A.    At the time I remember my
23    mother was in critical condition and I was
24    boarding the plane and the attorney's
25    office did call me at the time, but I
```

```
 1                    Y. HU
 2    couldn't respond because I was going back
 3    to China because my mother is the most
 4    important because she was in critical
 5    condition.
 6         Q.   You said that was January?
 7         A.   I don't remember.  I don't know
 8    if it's January 2025 or January 2026.
 9         Q.   You said your mother got sick
10    in the future, 2026?
11              MR. WANG:  Counsel, please let
12         the interpreter finish the
13         interpretation.
14              MR. MILCH:  I'm sorry I spoke
15         over the interpreter.  Please repeat
16         it.
17              (Whereupon, the referred to
18         question was repeated by the
19         Interpreter.)
20         A.   I'm not talking about the time
21    of which my mother was in critical
22    condition.  I'm talking about the time of
23    which this was sent and when this was
24    required for me to respond.
25         Q.   Your testimony, as I understand
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU

 2    it, is that in substance because your mom

 3    got sick, you weren't able to properly

 4    respond to our document requests.  Is that

 5    correct?

 6         A.    Correct.

 7         Q.    I'm asking you when your mom

 8    got sick.  I think you said January 2025.

 9         A.    I was asking --

10         Q.    I ask the questions.

11              MR. MILCH:  Please allow the

12          interpretation of what she's saying

13          here.

14         A.    I was asking if the document

15    request was for January 2025.

16         Q.    First of all, Ms. Hu, I ask the

17    questions.  If you need clarification, you

18    can ask for a clarification.  My question

19    is when your mother got sick, not when

20    these documents requests were issued.

21         A.    My mother begun her critical

22    condition from October 2022.

23         Q.    When was the critical condition

24    that made you unable to respond to our

25    document requests?
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2              MR. MILCH:  I'm objecting as to
 3         form.  Please direct -- are you
 4         directing your comment to that
 5         specific item?  There was a response
 6         to the document request.  Please
 7         identify in your question which
 8         specific item responses you're taking
 9         issue with.
10              MR. WANG:  Mr. Milch, you need
11         to stop talking.  You need to stop
12         talking.  It's a fair question.  You
13         can't tell me how to take a
14         deposition.
15              MR. MILCH:  She can answer it,
16         but it's unclear.
17              MR. WANG:  You're interrupting
18         way too much.
19              MR. MILCH:  You're not getting
20         to the point.  So ask your question.
21              MR. WANG:  I did ask my
22         question.  You interrupted to break
23         my flow because you know --
24              MR. MILCH:  No.  We're
25         participating.  We're here.
```

Yurong Hu
October 01, 2025

```
1                     Y. HU
2               MR. WANG:  You are obstructing
3          my deposition because you know that
4          you and your client have engaged in
5          sanctionable conduct.
6               MR. MILCH:  I have taken great
7          pains to schedule all these
8          depositions in very short order, and
9          among many, many other conflicts.  We
10         are trying to cooperate.  Let's have
11         a read back of the question and
12         she'll respond, although I did object
13         to the form.
14              (Whereupon, the referred to
15         question was read back by the
16         Reporter.)
17     A.    My mother entered critical
18   condition in October of 2022, all the way
19   until the end of May 2025.
20     Q.    You mentioned travel to China
21   to see her.  Did you travel to China to see
22   her?
23     A.    Yes, I went to take care of
24   her.
25     Q.    In 2025?
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2        A.    Yes, until she died.

 3        Q.    Okay.  When did you go to China

 4    and when did you return to the United

 5    States?

 6        A.    I went back March or April of

 7    the year 2023.  I don't really remember

 8    because her situation was getting more

 9    severe, but throughout this time I have

10    been back to the United States a couple

11    times, but each time I was back it was very

12    short.  I would come back for half --

13              THE INTERPRETER:  Interpreter

14          needs clarification.

15        A.    Half a month or one month to

16    take care of my mother.  The last time I

17    returned was in the beginning of June.  The

18    beginning of June because she passed away

19    towards the end of May.

20        Q.    Did you talk to your attorneys

21    about these documents requests while you

22    were in China?

23        A.    Very rarely because when I go

24    back to China I can not access my e-mail,

25    my phone.  There are a lot of limitations.
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2         Q.    You did, just rarely.  Is that
 3    your testimony?
 4         A.    Correct.
 5         Q.    Between January 2025 and June
 6    of 2025 did you return to the U.S.?
 7         A.    I've been back to the United
 8    States.
 9         Q.    How many times?
10         A.    One.
11         Q.    When was that?
12         A.    Most likely March.
13         Q.    When did you return?
14         A.    I was back for one or two weeks
15    and then I got the notification that my
16    mother was in critical condition and she
17    was barely hanging on and then I went back.
18         Q.    You understand that document
19    requests had been made upon you in this
20    case at that time; correct?
21         A.    Do I understand?  Because my
22    mother's condition --
23              THE INTERPRETER:  The
24          interpreter did not hear that part.
25         A.    My mother is very important.
```

Yurong Hu
October 01, 2025

```
1                        Y. HU
2     The other things are --
3                   THE INTERPRETER:  The
4              interpreter did not hear the latter
5              part.
6          Q.    Your testimony is you weren't
7     able to give these document requests the
8     proper attention because of your mother's
9     illness?  Is that your testimony?
10         A.    Correct.
11         Q.    Is that why these responses
12    contain untruthful responses?
13                  MR. MILCH:  I'm objecting as to
14             form and directing her not to answer
15             that.  Please rephrase it.  If you
16             want to ask responses that -- please
17             rephrase.  I'm directing her not to
18             answer the question in that form.
19                  MR. WANG:  You cannot instruct
20             her -- you cannot instruct someone
21             not to answer because you don't like
22             the phrasing.
23                  MR. MILCH:  That's
24             argumentative.  Ask her in a
25             different way.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2              MR. WANG:  No.  Mr. Milch, this
 3         is enough.  I've never had a
 4         deposition like this, where opposing
 5         Counsel --
 6              MR. MILCH:  I've never --
 7              MR. WANG:  Let me finish my
 8         question.  I've never had a
 9         deposition where opposing Counsel
10         doesn't like my phrasing and on that
11         basis instructs the witness not to
12         answer.  Literally has never happened
13         in my life.  Okay?  It's highly,
14         highly improper to instruct her not
15         to answer on that basis.  I am going
16         to -- if you insist on instructing
17         her not to answer on that basis, I am
18         going to seek sanctions against you
19         for obstructing this deposition.  I
20         promise.
21              MR. MILCH:  Sir, I've been an
22         attorney for over 27 years.  I've
23         never had as much difficulty with any
24         attorney as I've had with you.  If
25         you want to ask that question, direct
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2          it to a specific portion of the
 3          demand.  All right?
 4               MR. WANG:  No.  I ask the
 5          questions the way I --
 6               MR. MILCH:  Then I am directing
 7          her not to answer that question.
 8          That's argumentative.  You're setting
 9          her up in a way that it's impossible
10          for her to answer.
11               MR. WANG:  You can object.  You
12          can --
13               MR. MILCH:  I'm directing her
14          not to answer.
15               MR. WANG:  The judge can at
16          some point make a ruling on the
17          objection.  You cannot instruct her
18          not to answer on this basis.
19               MR. MILCH:  Okay.  I'm
20          objecting as to form.  Please read
21          back the question.
22               (Whereupon, the referred to
23          question was read back by the
24          Reporter.)
25               MR. MILCH:  She can answer if
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2          she can.  I'm objecting as to the
 3          form.  I'm asking -- I would kindly
 4          ask that you rephrase in such a
 5          manner that you specifically direct
 6          her to the specific portion of the
 7          document demand that you're taking
 8          issue with.  She can answer if she
 9          can.
10      A.    There's no untruthful
11  information.
12      Q.    So you don't have any documents
13  showing you sent money to HomeX?  That's
14  your testimony?  That's what the document
15  response says.
16          MR. WANG:  The specific
17          question, Mr. Interpreter, is you
18          don't have any documents showing you
19          sent money to HomeX?
20      A.    I don't -- this lawyer is
21  asking me if untruthful information is in
22  there, and I don't have any untruthful
23  information.
24      Q.    Your response to document
25  request 24, which included a request for
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2    documents showing you sent money to HomeX,
 3    is that you don't have any such documents.
 4    That's your written response.  Okay?  Do
 5    you understand that?
 6         A.    I don't have this response.  Do
 7    I have this response?
 8         Q.    This is what we're looking at
 9    as Exhibit 4, your response to document
10    request number 24 says, defendant does not
11    have any documents in response.
12         A.    At that time I remember I was
13    at the airport and the attorney's office
14    was calling me, but I did not pick up
15    because I needed to go back, and then she
16    passed away and I came back.
17         Q.    You didn't pick up when your
18    attorney called you about this document
19    request?
20         A.    I did pick up and they did ask
21    me for it.  I sent some of it by e-mail and
22    then the plane took off and I went back to
23    China.  I gave them a portion of the
24    documents.
25         Q.    When your response to request
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2   24 says you don't have any documents
 3   showing you sent money to HomeX, is that
 4   accurate?
 5       A.    I've never said this.  I never
 6   said that I don't have this document,
 7   because I have all the screenshots whenever
 8   I transferred money to them.
 9       Q.    Do you have an understanding of
10   why the written response to request 24 is
11   that you don't have such documents?
12       A.    I don't know.
13       Q.    Would you ever tell your
14   lawyers you don't have such documents?
15            MR. MILCH:  I'm objecting.
16        That's privileged.
17            MR. WANG:  Privileged is a
18        communication between a lawyer and a
19        client for the purpose of seeking
20        legal advice.  What I'm asking is if
21        she ever told you that she doesn't
22        have responsive documents.  I don't
23        think that's a communication that
24        seeks legal advice.  I think that's a
25        factual question.  I understand it's
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2          debatable.  I am going to -- I would
 3          ask that we make a record in this
 4          transcript anyway that I disagree
 5          with the privilege claim and I do
 6          intend to move compel an answer to
 7          it.
 8               MR. MILCH:  Okay.  I'm
 9          directing you not to answer and Mr.
10          Wang has indicated how he intends to
11          proceed.
12          Q.   All right.  So you sent money
13     to HomeX using your Chase Bank account.
14     Yes?
15          A.   Correct.
16          Q.   And Alipay as well.  Yes?
17          A.   Correct.
18          Q.   Do you know if you produced
19     your statements for those accounts?
20               MR. MILCH:  I'm sorry.  I
21          didn't hear.  What was the whole
22          question?
23               (Whereupon, the referred to
24          question was read back by the
25          Reporter.)
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU

 2         A.    No.

 3         Q.    No, you don't know or no, you

 4    didn't produce them?

 5         A.    I don't know.  I've also not

 6    produced them.

 7         Q.    Why didn't you produce them?

 8         A.    I don't know.

 9         Q.    You didn't realize that you had

10    been asked to produce them or you just

11    don't know why you didn't produce them?

12              MR. MILCH:  I am objecting to

13         form.  Please answer, but I am

14         objecting to form.

15         A.    I didn't know that it was

16    requested for me to produce them.

17         Q.    Sitting here today, do you have

18    any concerns about producing them to the

19    plaintiffs in this action?

20              MR. MILCH:  I'm objecting as to

21         form.  She can answer, but I'm

22         objecting as to form.

23         A.    I will talk to my lawyer before

24    proceeding.

25         Q.    You didn't delete these
```

```
1                          Y. HU

2    records, did you?

3         A.    What records?

4         Q.    For example, Chase or Alipay

5    statements?

6         A.    The Chase account was forcibly

7    closed by them.

8         Q.    Who is they?  Who is them?

9         A.    Chase Bank.

10        Q.    Why was it closed?

11        A.    They didn't give a reason.  I

12   went to ask them why they shut my accounts

13   off and they didn't give me a reason.

14        Q.    Have you ever asked them for

15   the statements from those accounts?

16        A.    No.

17        Q.    Let's go back to Exhibit 1.

18   Do you see here you send a message to

19   someone named Susan for a document that

20   says, return old orders?

21        A.    I likely do not see this

22   screenshot.

23        Q.    It's at the bottom of the page.

24             MR. MILCH:  Are we talking

25         about bates stamp page 314?
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2                  MR. WANG:  It is page 314, yes.
 3                  MR. MILCH:  Okay.  Thank you.
 4           Q.    Do you see this, old orders,
 5      return orders?
 6           A.    Now I can see it.
 7           Q.    What is an old order?  Is it
 8      different from a new order?
 9           A.    It's just saying that the old
10      orders are for those who do not want to
11      wait anymore, because the boss is in charge
12      of shipping, they would fill out a form and
13      request to cancel the order.
14           Q.    What are new orders?
15           A.    Where does it show new orders?
16      I do not see new orders.
17           Q.    If it's not an old order, what
18      is it?
19                  MR. MILCH:  I'm objecting to
20           form.  You can answer.
21           A.    Old orders are those that were
22      placed a long time ago and they do not want
23      to wait for it anymore and they're asking
24      for a cancellation.  The new orders are
25      just newly placed orders.
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2        Q.    Do you see this page from your
 3   production, page 378?
 4        A.    Are you talking about the
 5   circled one?
 6        Q.    Yes.  The circle is how we
 7   received it.  We did not draw this circle.
 8        A.    Yes, I see it.
 9        Q.    Who is this conversation with?
10        A.    This is the dot from before.
11        Q.    So who is -- who, to your
12   understanding, are you talking with here?
13        A.    This is what I answered before,
14   the group owner of HomeX, the boss.
15        Q.    So you think this is A Fei?  Is
16   that your understanding.
17        A.    I think -- I don't know.  I
18   just know that this person is the group
19   owner of HomeX, but who exactly this is, I
20   don't really know.
21        Q.    Okay.  Do you know -- have you
22   ever interacted with someone who called
23   themselves A Fei?
24        A.    No.
25        Q.    When you interacted with the
```

Yurong Hu
October 01, 2025

1                        Y. HU

2    group owner or the boss, what did they call

3    themselves?

4          A.    The group owner.

5          Q.    They never had a nickname or

6    alias for themselves?

7          A.    No.

8          Q.    Have you ever heard of the name

9    A Fei?

10         A.    I've heard it.

11         Q.    In what context?

12         A.    Just in the shuadan group chat.

13         Q.    To your understanding A Fei was

14   not the group owner?

15         A.    I don't know if the group owner

16   is A Fei, but I have heard from others that

17   the group owner is A Fei, but I'm not sure

18   myself.

19         Q.    Do you see at the bottom of

20   this conversation the other person says

21   they're going to ask a colleague to get in

22   touch with you?

23         A.    I see it.

24         Q.    Who is that colleague?

25         A.    It should be Bing Bing Le.

Yurong Hu
October 01, 2025

```
1                    Y. HU

2        Q.    What do you know about Bing

3   Bing Le?  For example, do you know if it's

4   a man or a woman?

5        A.    I don't.

6        Q.    Do you know if they live in

7   China or U.S. or both?

8        A.    That person should be in the

9   United States, Bing Bing Le, but I'm not so

10  sure.

11       Q.    Why do you think they're in the

12  United States?

13       A.    Because sometimes I would look

14  for them and they say that they're going on

15  a grocery run, and it's in the morning in

16  the United States.

17            MR. WANG:  I think by ten, it's

18     more like daytime.  No?

19            THE INTERPRETER:  It could also

20     be daytime, correct.

21       Q.    You had a supervisor that you

22  referred to as Yun, Y-U-N?

23       A.    Correct.

24       Q.    This is different than the

25  person we talked about before, Yuyu?
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2         A.    Correct.

3         Q.    You told us that you think

4    Yunyun might be in Connecticut; right?

5         A.    Correct.

6         Q.    Why do you think that?

7         A.    I remember them telling me.

8         Q.    Over WeChat?

9         A.    Voice chat.

10        Q.    Voice chat in WeChat?

11        A.    Correct.

12        Q.    You said that you were only

13   ever compensated for your work at HomeX in

14   the form of orders; right?

15        A.    What is this question?

16              THE INTERPRETER:  Interpreter

17         will now repeat.

18              (Whereupon, the referred to

19         question was repeated by the

20         Interpreter.)

21        A.    Salary --

22              THE INTERPRETER:  And then the

23         interpreter could not hear.

24        A.    But did not pay us.  It was

25   just written in the form --
```

Yurong Hu
October 01, 2025

```
 1                       Y. HU

 2                THE INTERPRETER:  And then the

 3           interpreter could not hear it.

 4           Q.    Part of your compensation was

 5      that you ordered furniture.  Yes?

 6           A.    Correct.  I ordered furniture.

 7                MR. MILCH:  Before we go to the

 8           next question, were we doing better

 9           in terms of you hearing us in the

10           first part of the morning?  I can

11           switch back to that device.  It will

12           take less than five minutes.

13                MR. WANG:  No.  Let's just

14           continue.  You just have to point it

15           at her.

16                MR. MILCH:  The other device is

17           smaller.  It will just take a moment.

18           Should we try it?

19                MR. WANG:  No.  I'm almost

20           done.  Read back the last question.

21                (Whereupon, the referred to

22           question and answer was read back by

23           the Reporter.)

24           Q.    How did you place those orders?

25           A.    They have a form.  They have a
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2    form to place orders.
 3           Q.    Who is they?
 4           A.    It's a form given by Bing Bing
 5    Le.
 6           Q.    You put down what you wanted on
 7    this form and they would ship it to you?
 8           A.    Correct.
 9           Q.    Did they actually ship the
10    things that you ordered?
11           A.    Correct.
12           Q.    What types of things did you
13    order?
14           A.    Furniture, couches, tables,
15    stuff like that.
16           Q.    For your own use?
17           A.    Correct, because I was
18    renovating my home.
19           Q.    Have you used them in any of
20    your investment rental properties?
21           A.    No.
22           Q.    Do you still have some of the
23    items that you ordered?
24           A.    Yes.
25           Q.    Have you ever heard of someone
```

Yurong Hu
October 01, 2025

```
 1                        Y. HU
 2    called Chang Fang Ti in connection with
 3    HomeX?
 4              MR. MILCH:  Can you please
 5        spell that?
 6        Q.    C-H-A-N-G, F-A-N-G, T-I.
 7        A.    I do not know.
 8        Q.    What about -- you had
 9    assistants at HomeX?
10        A.    Correct.
11        Q.    Who were they?
12        A.    At first I had them filling out
13    the form for me, then my mother got sick
14    and I needed to help out with children, so
15    they helped me with orders as well.
16        Q.    What were their identities or
17    what were their names?
18        A.    Their WeChat name is a little
19    picture.
20        Q.    A picture of what?
21        A.    I don't remember.  It was an
22    image and an explanation point.  I don't
23    remember.  It's just a WeChat image.
24        Q.    How many assistants did you
25    have?
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2               MR. MILCH:  I'm objecting to
 3         form.
 4         A.    Two.  One is to fangdan --
 5               THE INTERPRETER:
 6         F-A-N-G-D-A-N, literally release
 7         orders.
 8         A.    And the other one is checking.
 9               THE INTERPRETER:  Or also could
10         be interpreted as reconciling.
11         Q.    How did you know these
12   assistants?  How did you get to know them,
13   I should say?
14         A.    Assistant, I should be
15   introduced by my friend.
16         Q.    Which friend?
17         A.    The Chinese friend.  Their name
18   is Lulu.
19               THE INTERPRETER:  L-U-L-U.
20         Q.    We have heard, the plaintiffs
21   have heard in other depositions other
22   people say that you were one of the biggest
23   administrators in HomeX.  Does that
24   surprise you?
25         A.    Yes, I'm very surprised,
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2    because I entered very late.  I'm also very
 3    surprised.  Why would I be very important
 4    administrator?  I entered the latest.  I'm
 5    the latest one to fangdan or release
 6    orders.
 7         Q.    Our understanding is there was
 8    ranking of administrators by order volume.
 9              MR. MILCH:  There has to be a
10       question.
11         Q.    Is that right?
12         A.    I don't know.
13         Q.    Your testimony is you don't
14    know about any such rankings?
15              MR. MILCH:  I'm objecting as to
16       form.  You can answer.
17         A.    Correct.
18         Q.    You also don't know if there
19    were such rankings, where you ranked on
20    them?
21         A.    I don't know.
22         Q.    So would it surprise you if
23    other people told us you were ranked near
24    the top?
25         A.    I am very surprised.
```

Yurong Hu
October 01, 2025

```
1                        Y. HU

2         Q.    Do you know any other

3    administrator who you think would have more

4    order volume than you?

5         A.    I don't know.  I'm just doing

6    my own.  I don't know.

7         Q.    So you became an administrator

8    in early 2022.  Yes?

9         A.    Correct.

10        Q.    At least in 2022 you have no

11   reason to believe that you weren't one of

12   the biggest administrators; right?

13              MR. MILCH:  Objection as to

14         form.  Please answer.

15              THE INTERPRETER:  Counsel, can

16         you repeat the question?

17        Q.    At least in 2022, do you have

18   any reason to believe that you weren't one

19   of the biggest administrators by order

20   volume?

21              MR. MILCH:  Objection.  Please

22         answer.

23              THE INTERPRETER:  The

24         interpreter did not hear the witness.

25        A.    Please repeat your question
```

Yurong Hu
October 01, 2025

```
 1                      Y. HU
 2    again.
 3               THE INTERPRETER:  The
 4          interpreter will now repeat.
 5               (Whereupon, the referred to
 6          question was repeated by the
 7          Interpreter.)
 8         A.    Are you asking me to state the
 9    reason or say yes or no?
10         Q.    I'm asking you if you have a
11    reason.  For example, I didn't actually
12    work that much or someone stole my account?
13    Do you have a reason?
14               MR. MILCH:  I'm objecting as to
15          form.  Answer if you can.
16               THE INTERPRETER:  Interpreter
17          can not hear the witness.
18         A.    Can you hear me now?
19         Q.    I can hear you now.
20         A.    Why do I think I wasn't one of
21    the top administrators is because I did not
22    work that much.  I did not have that much
23    time to fangdan or release orders.
24         Q.    How many hours per day did you
25    spend on HomeX while you were an
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2    administrator approximately?
 3         A.    Two to three hours.
 4         Q.    You were administrator for
 5    about a year?
 6         A.    Correct.
 7         Q.    Did you do some work every day
 8    or almost every day?
 9         A.    I didn't work every day because
10    my child was only four to five years old at
11    the time.
12         Q.    How many days a week did you
13    work at HomeX while you were an
14    administrator?
15         A.    In a week, sometimes it's a
16    lot.  Sometimes it's very little because I
17    got family.
18         Q.    Was it ever five days a week?
19         A.    I really don't remember how
20    many days per week.  When I wasn't busy, I
21    would do it more.  When I was busy, I
22    wouldn't be able to attend to it.
23         Q.    You have WeChat records of your
24    HomeX activity.  Yes?
25         A.    Correct.
```

Yurong Hu
October 01, 2025

```
 1                    Y. HU
 2        Q.    We can determine that from your
 3   WeChat records; right?
 4              MR. MILCH:  I'm objecting as to
 5         form, but please answer.
 6        A.    What do you mean by this
 7   question?
 8        Q.    By looking at your WeChat
 9   records we can estimate how often you
10   worked on HomeX.  Yes?
11        A.    Looking at my WeChat records,
12   how would you look at it?
13              MR. MILCH:  You're not here to
14         ask questions of attorney Wang.  I'll
15         object to form.  Please answer.
16         You're not there to ask him
17         questions.
18              MR. WANG:  Never mind.
19        Q.    Just to confirm, you have
20   WeChat records related to your HomeX
21   activity?
22        A.    Correct.
23        Q.    You still have them today;
24   right?
25        A.    Correct.
```

Yurong Hu
October 01, 2025

```
 1                          Y. HU
 2        Q.    Did you ever delete any HomeX
 3   related WeChat activity?
 4        A.    No.  My account was reported a
 5   couple times.
 6        Q.    You don't plan on deleting
 7   them; right?
 8        A.    I don't have any plans like
 9   that.
10        Q.    In fact, you understand you're
11   under legal obligation to preserve them;
12   right?
13        A.    That I'm not sure.  I have to
14   ask my lawyer.
15        Q.    What cell phone vendor to you
16   use?
17        A.    I was at that Flushing to buy
18   cell phone card.
19        Q.    Is it like Metro PCS?  What is
20   it?
21        A.    It's likely Ultra Mobile.  It's
22   likely that.  They have their own app.
23             MR. WANG:  I am going to stop
24          here for today.  We're holding the
25          deposition open.  I don't have
```

1                          Y. HU

2          anymore questions for you today, Ms.

3          Hu.

4     A.    Okay.

5               (Whereupon, at 1:30 P.M., the

6          Examination of this witness was

7          concluded.)

8

9               o          o          o          o

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Yurong Hu
October 01, 2025

1

2                    D E C L A R A T I O N

3

4          I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8          I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                    _____

15                        YURONG HU

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____

22        NOTARY PUBLIC

23

24

25

1

2                    INDEX TO EXHIBITS

3                        YURONG HU

4    XIN "KELLY" YANG and TING "SUSAN" CHEN, on
         behalf of themselves and all others
5     similarly situated vs. CHUWEN XU a/k/a A
       FEI, SHUYUN CHEN, YU "RITA" CHEN, YUEZHU
6    DU, YURONG "MARY" HU, YUXIA HU, XUE "LINDA"
        LIN, QILONG "LUCY" LIU, LIJUN OUYANG,
7    JINGYI SHEN, WENLING "ABBY" WANG, YUN YE,
       NAN "LUCAS" ZHENG, XIAONA "LINA" ZHOU, LEI
8       "ANDY" ZHU, ASZ SUPPLY LLC, AND DOE
                   DEFENDANTS 1-100
9
                     OCTOBER 1, 2025
10
                        KIM RYAN
11

12

13    MARKED            DESCRIPTION              PAGE

14    Exhibit 1      WeChat history             37

15    Exhibit 2      Responses to               52
                     interrogatories
16
      Exhibit 3      Document Requests          73
17
      Exhibit 4      Response to Document       74
18                   Requests

19

20

21

22

23

24

25

Yurong Hu
October 01, 2025

1

2                          I N D E X

3

4    EXAMINATION BY                                  PAGE

5    MR. WANG                                          5

6

7

8

9

10          QUESTIONS MARKED FOR RULINGS

11   QUESTION                          PAGE   LINE

12   Would you ever tell your lawyers   89    13

13   you don't have such documents?

14

15

16

17

18

19

20

21

22

23

24

25

Yurong Hu
October 01, 2025

1

2                C E R T I F I C A T E

3

4    STATE OF NEW YORK       )
                             :  SS.:
5    COUNTY OF RICHMOND      )

6

7         I, KIM RYAN, a Notary Public for and

8    within the State of New York, do hereby

9    certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14        I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19        IN WITNESS WHEREOF, I have hereunto

20   set my hand this 1st day of October 2025.

21

22

23   _____

24                 KIM M. RYAN

25

1    Errata Sheet

2

3    NAME OF CASE: XIN "KELLY" YANG and TING "SUSAN" CHEN -against- 124- CHUWEN XU

4    DATE OF DEPOSITION: 10/01/2025

5    NAME OF WITNESS: Yurong Hu

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____

| Exhibits | 1997 | 23 | able |
|---|---|---|---|
| | 13:17 20:2, | 22:8 | 14:8 15:16 |
| **EX 0001 Yuron** | 13,24 24:11 | **24** | 41:19 79:3 |
| **g Hu 100125** | 30:18 | 74:2 75:15, | 84:7 105:22 |

**Exhibits**

**EX 0001 Yurong Hu 100125**
  37:23 38:2
  57:15 92:17
  110:14
**EX 0002 Yurong Hu 100125**
  52:19,23
  110:15
**EX 0003 Yurong Hu 100125**
  73:17,21
  110:16
**EX 0004 Yurong Hu 100125**
  74:25 75:5
  88:9 110:17

_____

**$**

**$150,000**
  29:14

_____

**1**

**1**
  37:23 38:2
  57:15 92:17
**100**
  26:22 29:13
**100,000**
  26:23
**11358**
  5:23
**156**
  50:11,12
**164th**
  5:22
**19**
  23:17
**1990's**
  26:10

**1997**
  13:17 20:2,
  13,24 24:11
  30:18
**1998**
  30:18,19
**1:30**
  73:8,12
  108:5

_____

**2**

**2**
  38:11 52:19,
  23
**2000's**
  26:10
**2010**
  23:18
**2010's**
  26:10
**2011**
  23:18,23
**2014**
  30:24,25
  31:9
**2020**
  37:9,17,19
  38:11 39:3
**2022**
  31:6 37:9,
  11,17,20
  38:9 41:14
  42:21 43:5
  57:25 58:2
  79:22 81:18
  103:8,10,17
**2023**
  82:7
**2025**
  69:3 73:19
  74:10 78:8
  79:8,15
  81:19,25
  83:5,6
**2026**
  78:8,10

**23**
  22:8
**24**
  74:2 75:15,
  16,17,23
  77:8,12
  87:25 88:10
  89:2,10
**27**
  85:22

_____

**3**

**3**
  73:17,21
**314**
  92:25 93:2
**3318**
  5:21
**378**
  94:3

_____

**4**

**4**
  74:25 75:5
  88:9

_____

**7**

**7,000**
  64:3
**7,550**
  61:14,23
  62:19 63:18
  64:8

_____

**9**

**99**
  30:19

_____

**A**

**a/k/a**
  63:17

**able**
  14:8 15:16
  41:19 79:3
  84:7 105:22
**Absolutely**
  71:2
**accepted**
  49:25
**access**
  82:24
**account**
  50:2,25
  51:5,8,10,22
  52:5 54:6,8
  73:5 90:13
  92:6 104:12
  107:4
**accounts**
  49:23 54:4
  56:7,9 57:10
  72:22 74:5
  90:19 92:12,
  15
**accurate**
  89:4
**accurately**
  28:3
**action**
  16:14 91:19
**activity**
  105:24
  106:21 107:3
**actual**
  27:17
**additional**
  45:12
**address**
  5:19 51:23,
  25 67:14
**addressed**
  55:14 65:7,
  18 68:11
**addresses**
  53:6 76:16
**admin**
  41:16 58:6

Yurong Hu
October 01, 2025

administrator
  37:14 41:10
  42:2,19
  43:10,16
  47:3,14
  58:4,16,19
  102:4 103:3,
  7 105:2,4,14
administrators
  47:13,20
  60:11 101:23
  102:8
  103:12,19
  104:21
adults
  22:3,5
advice
  89:20,24
ago
  30:9 37:8
  70:20 74:11
  93:22
agree
  12:16 15:3
agreed
  8:9,21
ahead
  62:13 64:6
airport
  88:13
alias
  95:6
Alipay
  50:6,7,10
  51:18 53:6
  73:5 90:16
  92:4
alleged
  11:15
allow
  79:11
Amazon
  40:3,5,23
  44:5,6,13,
  14,24 59:12

America
  13:14 16:3
  19:10
American
  54:6 64:4
amount
  49:13 61:13
  62:19
Angeles
  19:12,21,25
  20:4,6 21:4
answer
  7:2,3 10:22,
  23 11:24
  13:16 14:9
  15:17 16:10,
  17 17:9,23
  18:22,25
  19:16,18
  20:21 22:11,
  13 24:13,14,
  25 26:8,15
  28:8,15
  34:19,20,24
  35:2,3,7
  40:11,21
  43:12 45:3
  48:10,23
  49:5 51:15
  54:19 55:21
  59:18 62:14
  63:9,21 64:6
  65:10 66:13,
  23 67:18
  68:23 72:12,
  17 80:15
  84:14,18,21
  85:12,15,17
  86:7,10,14,
  18,25 87:8
  90:6,9
  91:13,21
  93:20 98:22
  102:16
  103:14,22
  104:15
  106:5,15

answered
  6:11 34:15
  94:13
answering
  6:8
answers
  5:10 68:4,16
anymore
  44:9 93:11,
  23 108:2
apartment
  33:4 35:19,
  20
apartments
  33:6
apologies
  28:6
apologize
  70:24 71:4
app
  107:22
appropriate
  10:6 11:22
  65:12 66:3,5
  67:17
approximate
  26:6
approximately
  23:16 42:23
  105:2
April
  82:6
argue
  11:19
argument
  71:13
argumentative
  84:24 86:8
arrest
  16:22
arrive
  19:19
arrived
  19:25 24:10
asked
  18:19 40:4
  41:18 42:18

  44:22 53:18,
  22 71:10
  91:10 92:14
asking
  6:7 11:7
  12:16,17,21
  18:11 33:22
  48:24 58:8
  60:19,23
  65:17,19
  66:11,16
  67:8,16
  69:24 70:14
  75:17,22
  79:7,9,14
  87:3,21
  89:20 93:23
  104:8,10
asks
  74:2
Assistant
  101:14
assistants
  100:9,24
  101:12
associated
  53:6,8,10
  54:6
assuming
  64:3
attend
  105:22
attention
  84:8
attorney
  6:24 13:8
  35:5 85:22,
  24 88:18
  106:14
attorney's
  77:24 88:13
attorneys
  82:20
attraction
  49:6
aunts
  21:11

Yurong Hu
October 01, 2025

available
  58:9,11
aware
  7:20

_____

B

back
  20:11,15,17,
  18,25 21:2
  27:23 55:18,
  21 57:15
  78:2 81:11,
  15 82:6,10,
  11,12,24
  83:7,14,17
  86:21,23
  88:15,16,22
  90:24 92:17
  98:11,20,22
background
  13:25 18:7,
  12,13
backup
  15:13
bank
  49:22 50:25
  54:6 56:9
  57:17 73:4
  90:13 92:9
banks
  49:22 50:4
barely
  83:17
based
  13:10
basic
  6:21 71:9
  72:3
basics
  6:23
basis
  11:4 16:11
  17:23 85:11,
  15,17 86:18
bates
  92:25

bathroom
  52:10
beginning
  24:19 82:17,
  18
begun
  79:21
believe
  31:5 103:11,
  18
belongs
  36:14 56:19
benefit
  15:19
better
  98:8
biggest
  101:22
  103:12,19
Bing
  55:25 56:2,
  4,6 57:8,9,
  11,12,13
  72:19 95:25
  96:2,3,9
  99:4
bit
  21:2
boarding
  77:24
boss
  39:11,16,19
  51:13 53:14
  54:3 56:19
  57:9 64:13,
  22 69:7
  72:15 74:17
  93:11 94:14
  95:2
boss'
  56:22
bosses
  51:13
bottom
  75:16 92:23
  95:19

bought
  41:2
box
  38:10
break
  52:14,15
  80:22
broker
  27:3,5
brothers
  21:10
brought
  16:3
browse
  60:6
building
  35:19,20
buildings
  33:5
businesses
  24:22 36:3
busy
  105:20,21
buy
  107:17
buyer
  27:4 57:20
  60:18,20,24

_____

C

C-H-A-N-G
  100:6
California
  24:3,4
call
  17:10,18
  77:25 95:2
called
  5:13 43:19
  46:4 88:18
  94:22 100:2
calling
  88:14
camera
  5:2

cancel
  93:13
cancellation
  93:24
capacity
  14:19
card
  51:19 107:18
cards
  51:20,21
  73:5
care
  74:13 81:23
  82:16
Carmel
  25:23 29:22
Carolina
  35:15,21
Cary
  35:22
case
  9:13 10:10,
  15 11:16
  37:24 71:9
  83:20
cases
  6:18 59:14
cash
  49:15
causing
  29:2
cell
  52:6 107:15,
  18
cervical
  28:21,23
Chang
  100:2
change
  44:3 45:17,
  23,25 46:2
changed
  44:7
changing
  43:20 44:4,
  11 45:10,11

Yurong Hu
October 01, 2025

charge
    34:8 47:15
    93:11
Chase
    49:24 50:2,5
    51:3,5,21
    72:24 73:4
    74:15 90:13
    92:4,6,9
chat
    36:25 37:10,
    12,13 41:16
    46:16 59:8,
    10,11 64:12
    95:12 97:9,
    10
chats
    47:24,25
check
    28:17
checking
    51:10 101:8
Chen
    53:10,15,16,
    19
child
    21:15 105:10
children
    21:11,16,25
    100:14
China
    13:19,20,25
    15:25 20:10,
    14 21:2
    50:16 74:13
    78:3 81:20,
    21 82:3,22,
    24 88:23
    96:7
Chinese
    15:10,20
    61:21 63:25
    101:17
choice
    7:22
circle
    94:6,7

circled
    94:5
circumstances
    11:15
cities
    33:11 34:16
    35:23
city
    19:20 25:22
    27:13,17
    29:20,21
    33:11 35:21
claim
    64:7 90:5
clarification
    47:23 79:17,
    18 82:14
clarify
    62:6
clarity
    42:8
clear
    10:10
clearly
    69:3,5
client
    16:23 17:15
    67:7 81:4
    89:19
clients
    16:17 71:11
close
    59:5
closed
    92:7,10
coincide
    18:23
colleague
    95:21,24
collecting
    34:8
come
    13:14 16:6,7
    19:4 23:2
    36:21 82:12
comment
    9:22 10:6

    11:7 80:4
communication
    89:18,23
company
    56:22
compel
    13:10 90:6
compensated
    49:3,9 97:13
compensation
    49:2 98:4
complete
    28:14
completely
    28:10,18
complied
    12:4,6
complying
    11:11
concern
    14:13 70:5
concerns
    91:18
concluded
    108:7
concurrently
    25:14
condition
    77:23 78:5,
    22 79:22,23
    81:18 83:16,
    22
conditions
    28:2,19
conduct
    13:6 81:5
confidential
    18:3
confirm
    22:17 41:5
    106:19
conflicts
    81:9
connected
    49:23 50:10
Connecticut

    27:12 97:4
connection
    49:16,19
    50:7,19,22
    100:2
consequences
    7:14
content
    41:12 75:23
context
    95:11
continue
    73:10,15
    98:14
conversation
    39:2,18,20
    43:5,9,15
    57:16 59:21
    64:10 94:9
    95:20
conversations
    57:24
cooperate
    81:10
correct
    6:15,16
    20:2,3,25
    22:23 23:7
    32:2 39:4
    42:6,13,20
    43:8 46:6,20
    49:21 51:11
    58:14,22
    60:12,22
    61:2 79:5,6
    83:4,20
    84:10 90:15,
    17 96:20,23
    97:2,5,11
    98:6 99:8,
    11,17 100:10
    102:17 103:9
    105:6,25
    106:22,25
couches
    99:14
Counsel

78:11 85:5,9
103:15
**Counselor**
65:5
**count**
47:4
**country**
16:5,20
**couple**
31:16 82:10
107:5
**court**
7:18,23 8:15
10:3 11:10
15:18 16:25
**courthouses**
16:21
**cover**
69:3,6
**credit**
51:19,20,21
73:4
**criminal**
7:13
**critical**
77:23 78:4,
21 79:21,23
81:17 83:16
**current**
23:6
**customer**
46:19,23
49:25 57:20
**customers**
46:18 47:21
69:5
**cutting**
54:20

---

**D**

---

**dad**
19:6,8 20:7,
9
**date**
9:19 38:3
52:24 73:22

75:2
**daughter**
22:6
**day**
73:11,15
104:24
105:7,8,9
**days**
31:17
105:12,18,20
**daytime**
96:18,20
**dealings**
74:4
**debatable**
90:2
**defend**
16:25
**defendant**
6:14 66:15
76:22 88:10
**Definitely**
42:5
**delete**
91:25 107:2
**deleting**
107:6
**demand**
65:7,13,15
66:7 67:5,9,
25 68:7,10,
14 70:12,15
71:22 72:4
86:3 87:7
**demands**
65:14 69:23
**deny**
64:9
**deposed**
6:3,17 17:15
**deposit**
41:24 62:19
63:17
**deposition**
6:7,24 7:21
8:5,11
10:17,19

14:22 17:6
63:2 75:6
80:14 81:3
85:4,9,19
107:25
**depositions**
81:8 101:21
**deposits**
61:13 62:10
64:20
**detailed**
69:2
**determine**
106:2
**device**
98:11,16
**devices**
52:11
**diagnosed**
28:20
**died**
82:2
**differences**
42:10
**different**
12:13 43:13
71:24 84:25
93:8 96:24
**difficulty**
85:23
**direct**
80:3 85:25
87:5
**directed**
69:25 72:11
**directing**
11:23 16:10
17:8 18:21,
25 19:16,17
34:20,25
35:2,6
66:12,22
67:17 68:22
80:4 84:14,
17 86:6,13
90:9

**directly**
49:8 62:23
70:25 76:19
**disagree**
90:4
**disagreement**
17:7
**discern**
42:10
**discover**
10:14
**discovery**
10:7 11:8
12:5,7 13:7
**discuss**
15:2
**discussion**
19:24
**dissatisfaction**
13:11
**divorce**
23:14
**dizzy**
29:3
**document**
37:23 38:6,8
42:25 52:25
69:2 73:18,
20,25 74:21,
24 75:8,12,
15 76:9
79:4,14,25
80:6 83:18
84:7 87:7,
14,24 88:9,
18 89:6
92:19
**documents**
8:12 64:18,
25 65:4,22,
25 69:4,6,8
70:14 71:10
72:3,14
74:3,15,16,
18 76:22
77:13,20

Yurong Hu
October 01, 2025

79:20 82:21
87:12,18
88:2,3,11,24
89:2,11,14,
22
**doing**
9:12 24:20
41:25 98:8
103:5
**dollars**
64:4
**dot**
94:10
**draw**
94:7
**dresser**
60:25
**driver**
36:6
**drives**
36:10
**dropped**
38:16
**duly**
5:14

---

**E**

---

**e-mail**
51:23,24,25
53:5 70:23
82:24 88:21
**early**
103:8
**educational**
13:24 18:12
**either**
71:13
**emotional**
72:6
**Emotionally**
66:17
**end**
38:14 81:19
82:19
**engaged**
81:4

**English**
5:9,11 6:20,
21 14:4,19,
21 15:9,14
22:10 75:21
**enjoy**
41:20
**entailed**
68:13
**entered**
19:13 81:17
102:2,4
**entirely**
7:21 66:4
**essentially**
64:2 68:14
**established**
8:14 20:19
**estate**
32:19,23
**estimate**
106:9
**evaluate**
68:2,5,20
**everyone**
16:5
**evidence**
8:12 9:14,19
10:13
**exact**
56:10
**exactly**
39:19 94:19
**exam**
68:14
**Examination**
5:24 68:10
108:6
**examined**
5:16
**examining**
35:5
**exchange**
60:25
**excuses**
71:7

**exhibit**
37:23 38:2
52:19,23
57:15 73:17,
21 74:21,25
75:4,5 88:9
92:17
**explain**
44:25
**explained**
47:18 64:11
74:9
**explaining**
63:8,10
**explanation**
100:22
**express**
15:14

---

**F**

---

**F-A-N-G**
100:6
**F-A-N-G-D-A-N**
47:17 101:6
**face**
16:22 49:7
**Facebook**
32:5,12
**faced**
46:19
**facing**
46:23
**fact**
107:10
**facts**
11:15
**factual**
65:20 89:25
**fair**
36:12 80:12
**family**
21:6,8,13
22:19,22,24,
25 23:2,3
35:17 105:17

**Fang**
100:2
**fangdan**
47:15 101:4
102:5 104:23
**faster**
41:20 49:7,8
**father**
20:12 21:3,
19 23:5,8,9,
24
**father's**
23:4
**fear**
17:2
**feel**
16:24 34:22
73:13
**Fei**
94:15,23
95:9,13,16,
17
**fill**
93:12
**filling**
100:12
**financial**
72:3 74:3
**finish**
48:20 78:12
85:7
**firm**
70:7 71:19
76:17
**first**
5:14 25:15
26:23 29:21
30:16 76:12,
21 79:16
98:10 100:12
**five**
28:9,11,12,
15 52:13
98:12
105:10,18
**five-minute**
52:15

Yurong Hu
October 01, 2025

flow
    80:23
fluently
    14:21
Flushing
    5:22 33:12,
    17,19 107:17
follow
    68:8
follow-up
    65:12 67:9
    69:23 70:12
following
    5:9
follows
    5:17
foolish
    13:4
forcibly
    92:6
form
    10:2 13:16
    18:15 20:21
    24:13,25
    34:19,21
    35:6 40:11,
    13,21 43:12
    45:3 48:10,
    22 49:5,12
    51:15 59:2,
    17 62:13,22
    63:9,11,21
    64:6 72:17
    80:3 81:13
    84:14,18
    86:20 87:3
    91:13,14,21,
    22 93:12,20
    97:14,25
    98:25 99:2,
    4,7 100:13
    101:3 102:16
    103:14
    104:15
    106:5,15
found
    27:3,6

four
    25:10 105:10
fourth
    30:21
free
    37:6 40:16
    43:21,24
    59:13
friend
    101:15,16,17
friends
    31:16 32:10
full
    68:18
fully
    12:25 68:2,5
funds
    49:25
furniture
    41:15 46:4,7
    47:10 58:8,
    11,13 60:2
    98:5,6 99:14
future
    78:10

**G**

gathering
    9:14
gave
    27:2 45:6
    54:10,24
    56:4,13,24
    57:10 63:17
    88:23
general
    16:15 17:4
getting
    13:3 75:3
    80:19 82:8
Gigacloud
    56:13,21
Girls
    46:2
give
    40:2 60:13

84:7 92:11,
    13
given
    55:25 99:4
giving
    65:24
goes
    70:6
going
    8:20 10:19
    14:17,23
    15:6 17:14
    18:4 37:22
    52:10,18
    62:25 63:13
    65:6 70:6
    74:20 75:9,
    11 78:2
    85:15,18
    90:2 95:21
    96:14 107:23
good
    6:22 27:22
    29:5 41:7
government-
issued
    5:4
graduate
    14:5 16:2
great
    81:6
grocery
    96:15
ground
    66:9
grounds
    67:21,22,24
group
    36:25 37:10,
    12,13 39:12
    41:16 43:19
    46:4,8,16
    47:10,20,24,
    25 48:12
    59:8,10,11
    61:5 64:12
    94:14,18

95:2,4,12,
    14,15,17
groups
    46:22 47:2,
    7,9,12 48:3,
    7,13,14,15
guess
    12:21
Guo
    60:15

**H**

half
    41:21 82:12,
    15
handle
    19:3
hang
    14:23
hanging
    83:17
happened
    85:12
harassing
    8:24
Haven
    27:14
headache
    27:20
headaches
    29:2
hear
    14:13 21:18
    61:19 64:15
    73:2,14
    76:13 83:24
    84:4 90:21
    97:23 98:3
    103:24
    104:17,18,19
heard
    37:5,7,18
    95:8,10,16
    99:25
    101:20,21

hearing
  61:25 98:9
held
  19:24
Hello
  38:13 54:14
help
  31:15,16
  32:9 100:14
helped
  31:10 32:10
  37:14 100:15
helping
  44:24
highlighted
  77:6
highly
  85:13,14
history
  18:17,24
  37:25
Hold
  14:6,10,12
  55:3 63:7
  75:24 76:11
holding
  64:3 107:24
home
  31:22 33:16
  35:16 37:11,
  21 41:14
  99:18
homes
  33:7
Homex
  6:15 31:3,6,
  10,15,19
  32:10 34:23
  36:22 37:16
  38:10 39:6,
  8,16 41:10
  43:10,16
  44:14,17,20
  46:4,7,17,22
  47:12 48:19
  49:16,20
  50:7,19,23

51:5,13
53:14 58:21
59:15 62:9
63:17 74:4,
6,17 87:13,
19 88:2 89:3
90:13 94:14,
19 97:13
100:3,9
101:23
104:25
105:13,24
106:10,20
107:2
Homexdeals.
com
  59:22
Hong
  56:14,21
hours
  104:24 105:3
house
  34:7
Hu
  5:1,21 6:1,2
  7:1 8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1,11 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1,24
  38:1,2,5
  39:1 40:1
  41:1 42:1
  43:1,2 44:1
  45:1 46:1
  47:1 48:1
  49:1 50:1
  51:1 52:1,

19,22 53:1,2
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1,15
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1,21
74:1,24 75:1
76:1 77:1
78:1 79:1,16
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1,3
Hu's
  52:19
husband
  21:15 23:6
  30:4,16
  32:24 34:2,7
  36:14
husband's
  21:21 23:3

---

I

---

ICE
  16:22 17:3
identificatio
n
  5:5 38:3
  52:23 73:22
  74:25

identify
  80:7
identities
  100:16
identity
  5:5 57:22
illness
  84:9
image
  100:22,23
immigration
  16:9,19
  18:6,17,24
important
  78:4 83:25
  102:3
impossible
  68:17 86:9
improper
  85:14
inadequate
  11:17
inappropriate
ness
  67:22
included
  87:25
includes
  45:16,22
including
  9:15 74:4
income
  48:24
incomplete
  9:20
indicated
  90:10
indicating
  76:7
individual
  39:9,10
  62:24 71:24
informally
  68:3
information
  10:9 54:11,
  24 55:24

56:13 57:7
61:6 72:19
87:11,21,23
**inquire**
17:5 18:9,10
36:24
**inquiry**
69:16
**insist**
85:16
**instruct**
84:19,20
85:14 86:17
**instructing**
10:21,23
17:22 85:16
**instructs**
85:11
**intend**
71:14 90:6
**intends**
90:10
**intention**
18:5
**interacted**
94:22,25
**interest**
33:4
**intern**
58:17,18,21
**internal**
46:22 47:2,
4,7,12 48:7,
14
**internet**
38:14
**interpret**
7:10 76:3,6
**interpretatio
n**
78:13 79:12
**interpreted**
28:23 101:10
**interpreter**
5:3,8,15
7:9,10 9:5,9
12:12,13

13:22 15:13
21:17,18,23
22:16 28:4,
5,22 35:9,
10,13 36:23
37:2,3
38:18,19,24
41:4,22
42:16 46:11,
12,15 47:16,
22 55:16,17
61:18,19,24,
25 64:14
72:25 73:2
78:12,15,19
82:13 83:23,
24 84:3,4
87:17 96:19
97:16,20,22,
23 98:2,3
101:5,9,19
103:15,23,24
104:3,4,7,16
**interrogatori
es**
52:20,22
**interrogatory**
69:20
**interrupted**
54:16 80:22
**interrupting**
80:17
**introduce**
37:23 74:20
**introduced**
101:15
**introducing**
73:17
**invest**
32:18
**investment**
33:16 99:20
**investments**
32:15,17,23
33:15
**investor**
36:2

**invited**
46:3
**involvement**
33:2
**issue**
17:18,21
40:24 67:12
72:2 80:9
87:8
**issued**
79:20
**issues**
72:6
**item**
58:8,12
80:5,8
**items**
31:22 32:11
59:12 99:23

---

**J**

**January**
42:24 43:5
57:25 69:3
73:19 74:10
78:6,8 79:8,
15 83:5
**Jiafa**
54:7,25
55:24 56:9
**job**
24:9 31:18,
19,20 44:25
45:5,8
**jobs**
24:18 31:11,
13,14,21
32:9 44:23
**join**
42:18 43:19
**joining**
43:10
**joint**
36:17
**jointly**
36:17,18,19,

20
**judge**
10:11 11:10,
20 13:12
17:10,19
67:15 86:15
**July**
38:11
**June**
82:17,18
83:5

---

**K**

**keep**
18:2
**kept**
20:11
**kind**
6:12 31:9,14
**kindly**
70:14 87:3
**know**
8:19 11:21
13:6 14:23
16:14,16
17:6 26:14
27:2 33:3
34:6,11,14,
15 36:21
37:16 41:7
54:8 57:5,21
58:23 59:3,
6,7 62:3
67:4,8 68:6,
12 73:6,10
78:7 80:23
81:3 89:12
90:18 91:3,
5,8,11,15
94:17,18,20,
21 95:15
96:2,3,6
100:7
101:11,12
102:12,14,

Yurong Hu
October 01, 2025

18,21 103:2,
5,6
**Kong**
56:14,21

———————————

**L**

**L-U-L-U**
101:19
**labels**
43:20 44:3,
4,5,6,11
45:10,17,23
**language**
14:12 15:5
**Las**
33:25 34:5,
16
**late**
102:2
**latest**
102:4,5
**laundromat**
24:15
**Laundromats**
25:6
**law**
70:7 71:19
76:17
**lawsuits**
6:15
**lawyer**
87:20 89:18
91:23 107:14
**lawyers**
8:9,21 11:19
89:14
**Le**
56:2,4,7
57:9,11,12,
13 72:19
95:25 96:3,9
99:5
**leadership**
57:13
**leave**
40:4,15,16

61:5,7 65:16
**leaving**
39:21 40:9
**left**
39:7
**legal**
66:12,14
89:20,24
107:11
**life**
85:13
**limit**
8:17
**limitations**
82:25
**limited**
14:18,19
56:14,21
**line**
76:22
**link**
44:10
**linked**
52:5
**list**
54:4
**listen**
57:14
**literally**
18:18 37:4
85:12 101:6
**little**
100:18
105:16
**live**
20:22 24:7
33:20 96:6
**locally**
31:23
**long**
23:17,19,20
24:17 25:17
26:22 27:19
30:20 31:12
39:25 41:3
93:22

**longer**
17:15 73:7
**look**
28:5 60:5
96:13 106:12
**looked**
41:6 75:16
**looking**
88:8 106:8,
11
**Los**
19:11,21,25
20:4,6 21:4
**lot**
28:25 29:3
45:25 46:2
82:25 105:16
**Lulu**
101:18

———————————

**M**

**M-E-N-G**
21:23
**made**
10:5,11
11:11 13:4,
9,12 65:14
68:3,25
79:24 83:19
**main**
49:6
**mainland**
50:16
**make**
17:25 27:24
28:2 45:20
50:22 65:6,
12,15 66:6
67:5,9 68:7
71:15 86:16
90:3
**makes**
27:21 29:4
72:7,8
**making**
71:17

**man**
96:4
**manage**
36:8
**managed**
32:24
**manages**
36:11
**managing**
32:25 34:2
**Mandarin**
5:7,10 15:22
42:9 76:2
**manner**
87:5
**March**
82:6 83:12
**mark**
52:18
**marked**
38:2 52:22
73:21 74:24
**married**
23:12,20,22
24:20 30:12,
13
**marry**
30:17
**marrying**
30:15
**Mary**
43:19 46:4,8
**Marynails2012
@gmail.com.**
52:4
**matter**
12:23
**mean**
8:2,13 11:16
21:8 26:12,
13,14 27:16
30:13 32:16
40:15 44:2
47:9,24
48:12 51:7
61:22 62:9
106:6

Yurong Hu
October 01, 2025

means
  6:5 8:8
  44:11
meant
  62:9
medical
  27:25 29:3
member
  46:21,25
  47:4,12
  48:8,15
members
  21:13 48:13
memory
  26:11 27:21
  29:5
Meng
  21:22 23:21
mention
  44:23 45:15
mentioned
  47:11 57:11
  59:9 81:20
message
  61:12 92:18
Metro
  107:19
Milch
  8:13,16,19,
  25 9:21,25
  10:18,22,25
  11:6 12:9,19
  13:3,15
  14:6,7,10
  15:12,21
  16:8,12,13
  17:17,24
  18:8,21
  19:15 20:20
  22:12 24:12,
  24 26:7,12
  28:7,14
  34:18,25
  38:13,16,20
  40:10,20
  42:7 43:11,
  23 45:2,19

47:22 48:9,
  20 49:4
  51:14 52:8
  54:13,14,15,
  17,22 55:3,
  7,13,18
  58:10,25
  59:17 62:12,
  21 63:3,4,7,
  20 64:5
  65:5,11,15,
  21 66:2,6,
  17,22 67:4,
  23 68:24
  69:13,17,22
  70:8,11,22
  71:3,8,12,21
  72:4,11,16
  73:6 75:3,9,
  19,24 76:11,
  24 77:4,9,14
  78:14 79:11
  80:2,10,15,
  19,24 81:6
  84:13,23
  85:2,6,21
  86:6,13,19,
  25 89:15
  90:8,20
  91:12,20
  92:24 93:3,
  19 98:7,16
  100:4 101:2
  102:9,15
  103:13,21
  104:14
  106:4,13
mind
  15:8 106:18
mine
  16:23 17:12,
  21 36:14
  50:15
minutes
  28:9,12,16
  52:13 98:12
missed
  70:22,23

71:3,6
misunderstand
  47:13
Mobile
  107:21
mom
  79:2,7
moment
  14:25 38:17
  40:2 55:3
  63:8 70:11
  98:17
moments
  14:16
money
  51:12,17
  53:18 56:6,
  8,11 60:24
  64:4,23 69:7
  72:15,20,21,
  23 74:5,7,
  16,17 87:13,
  19 88:2
  89:3,8 90:12
monies
  69:5
month
  42:23 49:11
  71:5 82:15
months
  71:9 74:10
morning
  96:15 98:10
mother
  74:13 77:23
  78:3,9,21
  79:19,21
  81:17 82:16
  83:16,25
  100:13
mother's
  83:22 84:8
motion
  10:4,11
  13:4,10 18:2
  71:14,18

move
  11:12 13:13
  20:18 76:13
  90:6
moved
  77:5
multiple
  34:12

————————

N

————————

nail
  25:2,3,8,16
  26:18 27:9
  29:9,15,17,
  18 30:12,21
  31:2,5,8
  32:10
nails
  24:20 31:16,
  19
name
  5:19 21:21
  22:9,19,22,
  25 23:2,3,10
  25:15 27:7
  39:13 42:4
  43:6 45:16,
  22,23 54:7
  56:10,25
  60:14 95:8
  100:18
  101:17
named
  92:19
names
  36:19 100:17
Nan
  71:23
nature
  66:20
need
  18:6 28:9,15
  40:16,22
  44:6 73:9,
  12,13 79:17
  80:10,11

Yurong Hu
October 01, 2025

**needed**
37:10,11,15,
20,21 41:15
88:15 100:14
**needs**
22:17 28:5
36:24 41:5
47:22 82:14
**negative**
61:6
**nerve**
27:21 29:2
**nerves**
29:2
**never**
24:17 25:13
31:12 49:13,
15 85:3,6,8,
12,23 89:5
95:5 106:18
**newly**
93:25
**newspaper**
27:6
**nickname**
45:18,24
57:17 95:5
**nights**
57:17 58:7,
24 59:4,21
60:14,20,24
61:4
**nine**
30:9 74:10
**Nixon**
23:11
**North**
35:14,21
**Notary**
5:15
**notes**
37:3
**notification**
83:15
**noting**
75:20

**number**
16:4 50:9,
14,16 74:2
75:4,15,17,
23 77:8,12
88:10
**numbers**
43:21,23,24
50:12 53:5
**nurse**
14:3 15:24
**Nursing**
14:2

---

**O**

**oath**
6:8
**object**
6:25 26:7,13
35:6 62:21
65:8 66:9
81:12 86:11
106:15
**objecting**
9:25 13:15
19:17 20:20
24:12,24
34:18,21
40:10,12,20
43:11 45:2
48:9 49:4
51:14 58:25
62:12 63:20
64:5 72:16
75:19 80:2
84:13 86:20
87:2 89:15
91:12,14,20,
22 93:19
101:2 102:15
104:14 106:4
**objection**
15:11 48:22
59:17 63:9,
11 65:3
86:17
103:13,21

**objections**
8:18 9:4
**objects**
69:11
**obligation**
107:11
**obligations**
12:5,7
**obstructing**
81:2 85:19
**obtained**
59:13
**October**
79:22 81:18
**odd**
24:18 31:11,
12,14,18,19,
20,21 32:8
44:23
**offer**
45:6
**office**
77:25 88:13
**official**
45:5
**okay**
8:3 15:22,23
18:9 32:14
55:7 70:8
71:3,22
77:4,5,9
82:3 85:13
86:19 88:4
90:8 93:3
94:21 108:4
**one**
9:12 14:10
15:5 16:5
25:11,12
26:23 27:11
29:23,25
31:18 33:14,
16 35:17
42:17,18
48:17 52:12
55:3 75:15
82:15 83:10,

14 94:5
101:4,8,22
102:5
103:11,18
104:20
**ones**
22:5
**online**
31:25 32:3,
11
**open**
25:11,12,24
107:25
**opened**
26:3,6 30:12
**opposing**
85:4,9
**orally**
68:3,7
**order**
8:15 10:3,12
11:11 13:5,
12 18:2
37:14,19
40:22 81:8
93:7,8,13,17
99:13 102:8
103:4,19
**ordered**
7:22 41:7
98:5,6
99:10,23
**ordering**
41:17
**orders**
37:4 47:18
49:13 60:2,
8,10 92:20
93:4,5,10,
14,15,16,21,
24,25 97:14
98:24 99:2
100:15 101:7
102:6 104:23
**orienting**
10:16

overseas
  43:20
owned
  25:2,14
  36:18,19,20
owner
  39:12 94:14,
  19 95:2,4,
  14,15,17
ownership
  33:4

─────────

P

─────────

P.M.
  108:5
page
  59:20 61:3
  76:21 77:3
  92:23,25
  93:2 94:2,3
paid
  48:18
pain
  27:21 29:2
pains
  81:7
paragraph
  76:3
paraphrase
  62:23 76:20
parents
  21:10
part
  24:16 47:8,
  20 64:15
  73:3 76:5,14
  83:24 84:5
  98:4,10
participating
  80:25
particular
  10:25 67:18
partly
  15:9,10
partners
  53:17

pass
  41:12
passage
  40:6
passed
  82:18 88:16
pay
  97:24
payee's
  72:18
Paypal
  50:18
PCS
  107:19
penalties
  7:6
people
  9:14 16:21
  21:20 101:22
  102:23
perfect
  72:8
perfectly
  14:8
period
  39:14 43:7
perjury
  7:6
person
  39:7,11,18
  42:17 43:6
  46:3 57:16,
  19 58:7,24
  59:4,7
  60:14,18
  94:18 95:20
  96:8,25
personally
  66:16 71:20
pertain
  16:9
pertains
  16:18
phone
  50:9,14
  51:23 52:6
  53:5 82:25

107:15,18
phrasing
  84:22 85:10
pick
  14:11 15:5
  88:14,17,20
picture
  100:19,20
place
  37:14 40:22
  49:13 60:8
  98:24 99:2
Plaintiff's
  73:18
plaintiffs
  8:2,4,8,10
  76:18 91:19
  101:20
plaintiffs'
  9:18 12:3
  13:10
plan
  107:6
plane
  77:24 88:22
planning
  41:17
plans
  107:8
platforms
  32:3
please
  5:18 8:22
  9:6 10:12
  11:2,24 13:7
  24:25 38:20
  40:11,21
  45:3 48:10,
  23 49:5
  52:13 54:22
  55:15 63:6,
  21 65:5
  72:13,17
  76:3,13,18
  78:11,15
  79:11 80:3,6
  84:15,16

86:20 91:13
  100:4
  103:14,21,25
  106:5,15
point
  13:5 41:9
  68:18 80:20
  86:16 98:14
  100:22
portion
  86:2 87:6
  88:23
position
  12:3,5,18,23
  16:23 17:11,
  17,20 67:2
post
  68:9
potential
  7:13 17:7
potentially
  18:23
power
  52:12
practice
  14:3 15:24
preliminary
  8:5
presented
  5:4 11:10
preserve
  107:11
pressure
  28:25
previous
  10:4 70:18,
  19 71:13
previously
  30:11 44:22
principle
  16:16
privacy
  70:4
private
  66:20
privilege
  41:20 90:5

Yurong Hu
October 01, 2025

**privileged**
 11:5 16:12
 66:25 67:3,
 20 89:16,17
**pro**
 18:5
**probably**
 25:11 27:11
 44:13 50:20,
 24 51:8
**problem**
 65:24 66:18
 67:24 68:25
 69:13 70:3
 72:9
**proceed**
 15:3 19:2
 54:22 68:21
 90:11
**proceeding**
 91:24
**proceedings**
 11:8
**process**
 9:13
**produce**
 67:8 74:2
 91:4,7,10,
 11,16
**produced**
 37:24 90:18
 91:6
**producing**
 65:4 69:11
 72:6,10
 91:18
**product**
 40:23 44:9
**production**
 70:13 94:3
**products**
 37:6 41:6,17
 44:12 45:11
 46:17 48:5
 49:8 60:5,6
**professional**
 13:25

**proficiency**
 14:20
**promise**
 85:20
**pronunciation**
 42:11
**proper**
 84:8
**properly**
 68:20 79:3
**properties**
 32:19 33:23,
 24 34:4,13
 35:24 36:9,
 11,13 99:20
**property**
 33:17 34:4,
 10 35:14
**protective**
 18:2
**prove**
 29:4
**provide**
 54:4 72:21
**provided**
 9:19
**Public**
 5:15
**publish**
 18:4
**purchase**
 42:14
**purportedly**
 16:15
**purpose**
 89:19
**pursuant**
 10:4
**put**
 49:12 69:24
 70:15,16
 99:6
**puts**
 28:25

_____
**Q**
_____

**Q-U-A-N-H-U-
O-J-I-N**
 41:23
**Qinqging**
 56:25 57:4
**quanhuojin**
 41:21 62:10
 63:18 64:12
**query**
 71:23
**question**
 6:5 9:6,8,
 11,22,23
 10:24 11:2,
 22,25 12:2,
 9,10 13:2
 14:9 15:17
 18:20 19:2
 20:16 26:15
 28:8 31:7
 34:22 35:4,
 8,12 38:23
 40:12 43:14
 45:20 46:10,
 14 47:19
 48:12 53:22
 54:17,23
 55:8,11,12,
 15,19,21
 62:15 63:10,
 14,22 65:10,
 20,22 66:12,
 15,21 67:18
 68:22 72:13
 74:9 75:20
 77:15 78:18
 79:18 80:7,
 12,20,22
 81:11,15
 84:18 85:8,
 25 86:7,21,
 23 87:17
 89:25 90:22,
 24 97:15,19
 98:8,20,22

 102:10
 103:16,25
 104:6 106:7
**questioning**
 8:22 10:13
 55:4 69:19
**questions**
 5:9 6:7,12,
 25 9:4 10:8,
 20 11:13
 16:8 18:15
 68:4,16
 70:13 79:10,
 17 86:5
 106:14,17
 108:2
**quickly**
 52:9
**quiet**
 63:6
**quite**
 21:18 45:20
**quote**
 67:21

_____
**R**
_____

**R-Y-A-R-D**
 22:18
**ranked**
 102:19,23
**ranking**
 102:8
**rankings**
 102:14,19
**rarely**
 82:23 83:2
**re-ask**
 63:13
**read**
 55:18,21
 61:21 76:4
 77:9 81:11,
 15 86:20,23
 90:24 98:20,
 22

Yurong Hu
October 01, 2025

**real**
32:19,23
57:21 68:25
69:13
**realize**
91:9
**reason**
66:9 92:11,
13 103:11,18
104:9,11,13
**reasonable**
69:16
**received**
49:14 94:7
**recess**
29:7 52:16
**recipient**
56:11,12,18,
25
**recollection**
26:5
**reconciling**
101:10
**record**
5:20 7:25
14:15,25
19:22,23
42:8 71:17
90:3
**records**
92:2,3
105:23
106:3,9,11,
20
**refer**
39:23 44:3,7
53:13 59:21
62:23 76:18
**referred**
9:7 35:11
37:13 38:22
46:13 55:20
78:17 81:14
86:22 90:23
96:22 97:18
98:21 104:5

**referring**
42:3 76:15
**refers**
44:8
**reflect**
43:9
**refreshing**
37:4
**refund**
40:24,25
**regard**
45:9
**regarding**
44:5
**relate**
43:15
**related**
6:15 43:17
44:17,18
51:5 59:15
74:3,6
106:20 107:3
**relations**
59:19
**relatives**
21:9
**release**
48:5 101:6
102:5 104:23
**remember**
19:6,11
23:15,18
25:18,25
26:2,4,9,14,
17 27:8,20
30:20 41:2
49:24 50:12,
13 53:20,25
56:3,10
77:22 78:7
82:7 88:12
97:7 100:21,
23 105:19
**renovate**
37:11,20
**renovating**
41:14 99:18

**rent**
34:8
**rental**
32:19 33:22,
24 34:4
35:24 36:9,
11,13 99:20
**repeat**
7:7 9:6
35:10 38:19
45:19 46:10,
12 55:11,17
78:15 97:17
103:16,25
104:4
**repeated**
9:8 35:12
38:23 46:14
78:18 97:19
104:6
**repercussions**
17:3
**rephrase**
84:15,17
87:4
**reported**
107:4
**Reporter**
5:18 38:4
52:24 55:22
73:23 75:2
81:16 86:24
90:25 98:23
**reporter's**
15:19
**reporting**
18:5
**reports**
29:4
**reprising**
71:13
**request**
43:18 72:18
73:25 74:8,
22 76:10
77:8,12,21
79:15 80:6

87:25 88:10,
19,25 89:10
93:13
**requested**
91:16
**requests**
40:7 69:2,
10,15 73:18,
20 74:24
75:8 79:4,
20,25 82:21
83:19 84:7
**required**
7:3 16:17
78:24
**reserve**
17:9,19 65:8
**residence**
20:19
**resolve**
67:15
**respectfully**
67:10
**respond**
62:5 67:11
78:2,24
79:4,24
81:12
**responded**
70:21 76:8
**response**
67:13 74:21,
23 75:14,25
76:10,23
77:8,11,13
80:5 87:15,
24 88:4,6,7,
9,11,25
89:10
**responses**
11:17 13:11
52:19,21
69:9,10 75:8
80:8 84:11,
12,16
**responsive**
77:20 89:22

Yurong Hu
October 01, 2025

**rest**
25:12,13
**restaurants**
24:16 25:4
**result**
17:14
**return**
20:10 40:9
61:7 64:16
82:4 83:6,13
92:20 93:5
**returned**
20:14 64:22
69:4 82:17
**review**
67:6,11
**reviews**
39:21 40:5,
9,15,16,17
**right**
8:10,13,23
10:15 13:8
15:6 16:20
17:5,12
18:10 19:3,
15 23:6
27:23 28:11
32:8,22
33:18 38:12
49:20 60:11
62:9,20
63:19 64:4
65:8 66:24
70:10 73:15
74:15,19
75:16 76:15
86:3 90:12
97:4,14
102:11
103:12
106:3,24
107:7,12
**rules**
48:6
**ruling**
17:10,20
86:16

**run**
96:15
**running**
52:12
**Ryard**
22:14,21,22
23:11 30:6,
17

---

**S**

**S-H-U-A-D-A-N**
37:2
**salary**
49:11,14
97:21
**salon**
25:16 26:18
27:10 29:10,
16,17,19
30:21 31:2,
5,8
**salons**
25:2,3,8
30:13 32:11
**sanctionable**
81:5
**sanctions**
70:7 71:18
85:18
**saying**
8:25 37:5
61:21 63:4,
16 64:2
79:12 93:9
**says**
38:11 61:13,
23 62:20
87:15 88:10
89:2 92:20
95:20
**scared**
61:6
**schedule**
81:7
**scheduled**
73:11

**school**
14:2
**scope**
16:14
**screen**
76:14
**screenshot**
72:21 92:22
**screenshots**
89:7
**scroll**
75:10
**second**
14:10 27:9,
11 29:9
76:11
**see**
38:5,7
39:14,15,20,
22 42:25
43:3,4,18,
21,25 52:25
53:4,7,11
54:5 56:12,
14,16,24
57:16,18
59:20,23
60:13 61:3,
8,12,14,15
66:7 71:24
73:24,25
74:6 75:7,
12,13,14,17,
23 76:8,16
77:11,16,17
81:21 92:18,
21 93:4,6,16
94:2,8
95:19,23
**seek**
10:9 70:7
85:18
**seeking**
89:19
**seeks**
89:24
**sell**

25:11,12
26:20,25
29:9,12,25
31:24
**sellers**
44:13,14,15,
24
**send**
51:12,17
53:18 56:8
60:24 70:24
72:4,23
74:5,7,15
92:18
**sending**
41:16
**sense**
72:7,9
**separate**
51:4
**series**
53:5 68:4,15
**serious**
7:17
**set**
51:4,7
**setting**
6:12 86:8
**several**
67:23
**severe**
82:9
**she'll**
81:12
**ship**
99:7,9
**shipping**
41:21 49:7
93:12
**short**
29:7 52:16
81:8 82:12
**show**
72:15 74:16
93:15
**showing**
69:4,6

Yurong Hu
October 01, 2025

87:13,18
88:2 89:3
**shuadan**
36:25 37:10,
12,13 59:8,
9,11 95:12
**shut**
92:12
**sick**
30:4 33:25
78:9 79:3,8,
19 100:13
**single**
34:10
**single-family**
33:7,16
35:16
**sir**
11:2 63:7
71:12,21
85:21
**sister**
61:4
**Sisters**
21:10
**Sitting**
91:17
**situation**
12:20 16:20
82:8
**small**
59:12,13,14
**smaller**
98:17
**sold**
26:18,21,23
27:3 29:11,
23 31:2,9,
21,22 32:11
44:9
**solemnly**
5:8
**sort**
18:23
**sounded**
55:8,14

**sounds**
27:24
**space**
65:16
**speak**
6:20 14:15
42:9 76:2
**speaker**
14:19
**speaks**
14:21
**specific**
67:5 69:23
80:5,8 86:2
87:6,16
**specifically**
66:8 74:7
87:5
**spell**
22:15 42:7
100:5
**spelling**
42:11
**spend**
104:25
**spinal**
28:24
**spoke**
78:14
**spoken**
6:21
**stamp**
92:25
**started**
24:20 30:15
41:25 58:20
**state**
5:16,19 9:4
10:7 24:4
104:8
**statements**
8:17 74:4
90:19 92:5,
15
**States**
19:9,14,20
20:19,22

21:7,14
24:10 82:5,
10 83:8
96:9,12,16
**stating**
17:12,21
**status**
11:7 16:19
18:24
**stay**
73:8
**stenosis**
28:21,24
**step**
27:23
**stole**
104:12
**stop**
80:11 107:23
**Street**
5:22
**study**
16:7 18:19
20:5
**stuff**
31:17,23
34:8 59:14
99:15
**substance**
64:2 79:2
**substantiate**
64:19
**substantive**
77:7
**supervisor**
96:21
**supposed**
35:4
**sure**
21:19 27:15,
16,18,24
28:13 30:3,
10,18 39:17,
19 40:2
53:16,17
95:17 96:10
107:13

**surname**
23:4 53:9,
10,19
**surprise**
101:24
102:22
**surprised**
101:25
102:3,25
**Susan**
92:19
**swiped**
51:19
**switch**
52:11 98:11
**switched**
44:10
**swore**
5:8
**sworn**
5:14

---

**T**

**T-A-Y-L-O-R**
22:18
**T-I**
100:6
**T-I-A-N-J-I-N**
13:23
**table**
37:12,15,21
42:15
**tables**
99:14
**tagging**
68:15
**take**
8:10 52:14
62:25 63:2
64:8 66:23
68:9 69:18
80:13 81:23
82:16 98:12,
17
**taken**
29:8 52:17

Yurong Hu
October 01, 2025

81:6

**taking**
6:6 7:21
47:18 74:13
80:8 87:7

**talk**
82:20 91:23

**talked**
96:25

**talking**
28:16 39:24
54:18 55:5,9
61:10,17
62:4 69:21
78:20,22
80:11,12
92:24 94:4,
12

**tax**
43:21,23,24

**Taylor**
22:14,20

**Technology**
56:14,21

**tell**
21:13 24:9
27:9 29:15
32:22 34:3
80:13 89:13

**telling**
54:18 97:7

**tells**
7:2

**ten**
71:8 74:10
96:17

**term**
24:17 28:5
31:12 45:17

**terms**
10:14 32:8
33:15 44:2
98:9

**testified**
5:17 30:11
32:9 77:19

**testifies**
15:9

**testify**
15:4,21 28:2

**testifying**
7:6

**testimony**
7:16 49:17
78:25 83:3
84:6,9 87:14
102:13

**Thank**
9:5 65:9
67:19 76:20
93:3

**thing**
14:22 29:6
55:13 68:12
75:10

**things**
9:12 31:21
74:3 84:2
99:10,12

**think**
10:5 12:15
18:15 25:10
26:22 30:9
68:24 69:13
79:8 89:23,
24 94:15,17
96:11,17
97:3,6 103:3
104:20

**thinks**
66:19

**third**
29:15,17
31:8

**thousand**
26:23 29:13
57:17 58:7,
23 59:3,21
60:14,19,20,
23 61:4

**three**
25:10 37:8
105:3

**Ti**
100:2

**Tianjin**
13:21

**tied**
51:22 68:3

**time**
6:24,25 21:4
24:16 30:4,
25 40:14
45:4,18,24
46:24 54:2
56:5 58:5,
17,21 72:19,
20 74:12
77:22,25
78:20,22
82:9,11,16
83:20 88:12
93:22 104:23
105:11

**times**
17:16 20:17
57:12 59:10
82:11 83:9
107:5

**today**
6:6 7:17,21
28:3,20
64:25 73:8,
11 91:17
106:23
107:24 108:2

**told**
74:14 89:21
97:3 102:23

**top**
76:21 77:2
102:24
104:21

**touch**
95:22

**touching**
18:17

**trampoline**
40:14,19

**trampolines**

37:7

**transaction**
64:21

**transactions**
51:6

**transcript**
18:3 65:16
68:18 90:4

**transfer**
72:20

**transferred**
54:3 56:6
89:8

**transfers**
50:21,22

**translate**
5:8

**translated**
41:24 75:25

**translation**
48:21

**travel**
81:20,21

**treating**
8:5

**trial**
68:10 71:5

**trouble**
61:25

**true**
77:18,19

**truthfully**
28:3

**try**
11:20 98:18

**trying**
10:9,14
11:13 81:10

**turn**
10:12

**two**
22:2 70:20
83:14 101:4
105:3

**type**
17:2 31:18,
19,20

Yurong Hu
October 01, 2025

types
    99:12

_____

        U
_____

U.S.
    16:4 19:4
    83:6 96:7
Uber
    36:6,10
ultimately
    77:12
Ultra
    107:21
unable
    28:2 79:24
unclear
    80:16
uncles
    21:11
underlying
    11:14
understand
    6:4,9,10
    7:3,4,5,8,
    12,16,19,24
    8:6,7,12
    9:10,15,17,
    24 10:3
    12:3,11,17,
    25 13:9 14:8
    15:18 17:4,
    6,11,13,20
    18:7,9,11
    20:16 46:9
    48:11 54:11,
    12,25 61:11,
    20 62:8,11,
    14 63:16,18,
    25 70:9,10
    77:10 78:25
    83:18,21
    88:5 89:25
    107:10
understanding
    12:22 14:17
    34:3 56:17,

20 57:3
    61:9,16 89:9
    94:12,16
    95:13 102:7
understands
    10:2
understood
    63:22,24
United
    19:9,14,20
    20:19,22
    21:7,14
    24:10 82:4,
    10 83:7
    96:9,12,16
unquote
    67:21
unrelated
    28:10,18
    44:20
untruthful
    84:12 87:10,
    21,22
upstate
    25:20 29:18

_____

        V
_____

vacation
    20:6
Vegas
    33:25 34:5,
    17
vendor
    107:15
verges
    66:11
verification
    5:2
verified
    5:6
verify
    14:16
view
    9:18 12:20
visit
    20:7

visiting
    19:7 20:9,12
vocational
    18:13
Voice
    97:9,10
volume
    102:8 103:4,
    20

_____

        W
_____

wait
    54:13 93:11,
    23
Wang
    5:25 8:16,23
    9:3 10:16,21
    11:4 12:8
    14:7,14
    15:8,16
    16:11 17:13,
    22,25 18:18
    19:22 28:7,
    13 29:6
    37:22 38:15,
    21 43:13,24
    52:14,18
    54:14,16,20
    55:6,10
    58:12 62:25
    63:6,13
    65:14,19,23
    66:4,14,19,
    25 67:20
    68:24 69:21
    70:3,9,17
    71:2,7,17
    72:2,8 73:16
    75:5 76:5
    77:2,7 78:11
    80:10,17,21
    81:2 84:19
    85:2,7 86:4,
    11,15 87:16
    89:17 90:10
    93:2 96:17
    98:13,19

106:14,18
    107:23
want
    15:15 16:22
    17:9,18 61:5
    63:2 73:7
    84:16 85:25
    93:10,22
wanted
    41:18 45:5,
    7,8,12,13
    99:6
warehouses
    43:21
way
    7:11 12:14
    18:16 27:18
    49:10 63:2
    68:20 80:18
    81:18 84:25
    86:5,9
website
    59:22,24,25
    60:3,4,5,7
Wechat
    37:25 43:6,
    19 45:17,22,
    24 57:17
    97:8,10
    100:18,23
    105:23
    106:3,8,11,
    20 107:3
week
    70:18,19
    105:12,15,
    18,20
weeks
    70:20 83:14
went
    42:14 81:23
    82:6 83:17
    88:22 92:12
wire
    50:21,22
wired
    56:11

Yurong Hu
October 01, 2025

**Withdrawn**
 43:14
**witness**
 5:4,13,21
 14:4 22:10
 28:16 47:17
 55:4,6 61:19
 62:2 70:18,
 20 85:11
 103:24
 104:17 108:6
**woefully**
 9:20 11:17
**woman**
 96:4
**word**
 14:24
**words**
 12:19 14:20
 35:18 63:25
**work**
 19:7 20:5
 24:23 30:23
 31:8 36:5
 45:12 48:18
 49:3,16
 97:13
 104:12,22
 105:7,9,13
**worked**
 24:15,16,17
 31:3 106:10
**working**
 58:20
**world**
 16:5
**writes**
 61:4
**writing**
 65:7 66:8
 67:6,10,25
 68:8 69:24
 70:15,16
 72:5
**written**
 69:2,10,14
 76:19 88:4

 89:10 97:25
**wrote**
 62:24

**X**

**Xu**
 53:9,13
 54:7,25
 55:24 56:8

**Y**

**Y-U-N**
 96:22
**Y-U-N-Y-U-N**
 42:12
**Y-U-Y-U**
 42:12,16
**Ye**
 56:25 57:4
**year**
 23:22 26:2,
 3,6 37:9,18,
 20 38:9
 41:14 82:7
 105:5
**years**
 30:9 37:8
 85:22 105:10
**York**
 5:16,22 24:6
 25:21 29:18
 33:10,12,17,
 19
**Yuehua**
 60:15
**Yun**
 96:22
**Yunyun**
 42:5 97:4
**Yurong**
 5:21
**Yuyu**
 42:4,5,14
 96:25

**Z**

**Z-H-A-O**
 21:24
**Zelle**
 49:19,23
 50:2 51:22
 52:2,5
**Zhao**
 21:22 23:21
 30:6,7,14
 36:5
**Zheng**
 71:23