# Exhibit E

**Wednesday, November 19, 2025 at 15:21:04 Eastern Standard Time**

**Subject:** HomeX - RFP responses
**Date:** Monday, September 15, 2025 at 5:16:17 PM Eastern Daylight Time
**From:** Times Wang
**To:** Aleksander Milch, Louis
**CC:** alex@heckscherlaw.com, Hugh Brophy, Sheng-Wen Wang, Danni Zhu

Mr. Milch,

As you know, in January 2025, we issued a document request asking your clients to produce, among other things, documents and communications relating to the management and operation of the HomeX enterprise (RFP No. 1). We also issued a document request asking for "statements from any financial or other account used by you to send, receive, or process any monies related to the HomeX Enterprise, the Deposit Scheme, or FXD" (RFP No. 24).

In response, several of your clients, including Mr. Zheng, objected to the requests, and also said they have no documents. *E.g.*, Nan Zheng's May 9, 2025 Response to RFP Nos. 1 and 24.

For Mr. Zheng, at least, those responses were false. Indeed, at his deposition just now, he testified that he retains many documents responsive to RFP No. 1, including instructions from HomeX personnel called Bing Bing Le and Yun Yun on how to do his job as an administrator. He also testified that he has many documents responsive to RFP No. 24, in that he used several financial services, including bank wire transfers, Alipay, Zelle, and Airwallex, to send and receive funds in connection with the HomeX enterprise, all of which, of course, come with statements that reflect those transactions. Worse, not only did Mr. Zheng testify that he has responsive documents, he *also* testified that he had no objection to and was *happy to produce such documents*. However, at least with respect to financial records, he said that *no one ever asked him to search for or collect such documents*.

All this makes clear that neither the "reasonable inquiry" required by Rule 26(g)(1) nor the "reasonable and diligent search for responsive documents" was conducted. *E.g.*, *Mintz Fraade Law Firm, P.C. v. Brady*, No. 19-CV-10236 (JMF), 2021 U.S. Dist. LEXIS 29610, at *12 (S.D.N.Y. Feb. 17, 2021) ("Rule 34(a)(1) … requires a party to conduct a reasonable and diligent search for responsive documents") (cleaned up).

Please immediately review, correct, and supplement Mr. Zheng's discovery responses. Please also make sure that both your office and Mr. Zheng perform a reasonable and diligent search for documents and that your office conducts a reasonable inquiry into the accuracy of all discovery responses.

In particular, please make sure all your clients immediately search for and produce all statements, from January 1, 2020 to January 20, 2025 (the date of the document requests), for any bank or any other financial account they used to send or receive money relating to HomeX. This includes but is not limited to bank statements, Zelle statements, Alipay statements, PayPal statement, Airwallex statements, and the like.

Finally, we reserve all rights to seek sanctions against your office, including for objecting to discovery requests that your clients themselves have no objection to.

**Times Wang** | [Farra & Wang PLLC](#)
(202) 505-6227 | [twang@farrawang.com](mailto:twang@farrawang.com)
1543 Champa St., Ste 400, Denver, CO 80202
1300 I St. NW, Ste 400E, Washington, DC 20005