**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

YANG, et al.,

                                        Plaintiffs,

                    -against-

FEI, et al.,

                                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2026

**24-CV-5055 (RA) (KHP)**

**POST-CONFERENCE ORDER**

On January 6, 2026, the parties appeared before the undersigned for a Case Management Conference.  As set forth in greater detail on the record, Plaintiffs' motion for sanctions pursuant to Federal Rule of Civil Procedure ("Rule") 37 is DENIED without prejudice.

As further set forth on the record, Defendants are directed to produce phone records, including associated metadata, in a manner compliant with contemporary electronic discovery standards no later than **January 30, 2026**.   Defendants shall either (1) engage a vendor of their choosing to extract and produce the responsive phone records to Plaintiffs through that vendor, or (2) produce their devices to Plaintiffs' designated vendor, who will perform a forensic extraction of chats and other information from the applications requested by Plaintiffs and identified on the record.  Defendants are cautioned that a failure to comply with this discovery obligation may result in sanctions under Rule 37 wherein "the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure."  Fed R. Civ. P. 37(b)(2)(C).  Plaintiffs are directed to provide Defendants with information regarding their own vendor as well as addresses where Defendants may ship their phones if that is the option Defendants elect.

Defendants will also have 14-days to respond to Plaintiffs' anticipated motion for alternative service.  In the event that Defendants elect not to oppose the motion, they must submit a letter to the Court expressing that they do not oppose the motion.

A Case Management Conference is scheduled for **Monday, March 02, 2026 at 3:00 p.m.** and will be held in **Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York**.  At the conference the parties should be prepared to discuss briefing for the anticipated Rule 23 motion and update the Court on the status of discovery.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 154 and 161.**

**SO ORDERED.**

DATED:    New York, New York
          January 7, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2