**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

XIN "KELLY" YANG and TING "SUSAN" CHEN,
on behalf of themselves and all others
similarly situated,

                        Plaintiffs,

      - against -

CHUWEN XU (also known as "A FEI" and
"THE BOSS"), SHUYUN CHEN, YU "RITA"
CHEN, YUEZHU DU, YURONG "MARY" HU,
YUXIA HU, XUE "LINDA" LIN, QILONG
"LUCY" LIU, LIJUN OUYANG, JINGYI SHEN,
WENLING "ABBY" WANG, YUN YE, NAN
"LUCAS" ZHENG, XIAONA "LINA" ZHOU,
LEI "ANDY" ZHU, ASZ SUPPLY LLC, AND
DOE DEFENDANTS 1-100,

                        Defendants.

Case No. 1:24-cv-05055-RA-KHP

_____

## NOTICE OF MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS JINGYI SHEN AND LEI ZHU

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Alternative Service on Defendants Jingyi Shen and Lei Zhu, the Declaration of Alexander Heckscher, dated January 7, 2025, and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiffs Xin "Kelly" Yang and Ting "Susan" Chen, on behalf of themselves and all others similarly situated, will move this Court before the Honorable Katharine H. Parker, United States Magistrate Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 17D, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 4(e)(1) and N.Y. C.P.L.R. § 308(5):

1. Authorizing service of process on Defendants Jingyi Shen and Lei "Andy" Zhu by email to the following addresses:

    - SUKIE416@gmail.com
    - nyc2017aor@gmail.com
    - asz.supply@gmail.com
    - susie.waller@gmail.com
    - suzie.waller@gmail.com

2. Authorizing service of process on Defendants Jingyi Shen and Lei "Andy" Zhu by publication in a newspaper of general circulation in Forsyth County, Georgia, once per week for four consecutive weeks; and

3. Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York

January 7, 2025

Respectfully submitted,

*/s/ Alexander Heckscher*
Alexander Heckscher
LAW OFFICES OF
ALEXANDER HECKSCHER, ESQ.
305 Broadway
7th Floor, Suite 88
New York, NY 10007
(212) 323-6895
alex@heckscherlaw.com

Times Wang *(pro hac vice)*
FARRA & WANG PLLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 505-6227

twang@farrawang.com

*Counsel for the Plaintiffs*