USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

YANG, et al.,

Plaintiffs,

-against-

FEI, et al.,

Defendants.

----------------------------------------------------------------X

**24-CV-5055 (RA) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 16, 2026, Plaintiffs filed a letter motion seeking a six-month extension of the discovery deadlines in this action. This is Plaintiffs' second such request; the Court previously granted a six-month extension on July 7, 2026. Plaintiffs contend that additional time is needed because discovery has expanded following the addition of eleven defendants in Plaintiffs' Second Amended Complaint ("SAC"), their motion for alternative service on Defendant Chuwen Xu ("A Fei") remains pending, forensic extraction has proved burdensome, and the requested extension is narrowly tailored.

Defendants consent to the requested extension subject to certain conditions. Specifically, the individuals represented by Robert J. Adinolfi request that the deadline to move for class certification be extended through August 27, 2027. Defendants Shijia Pang and Zip Link Inc. further reserve their rights to challenge the validity and effectiveness of the SAC and the sufficiency of its factual allegations, and state that their consent to the extension does not waive those rights.

As an initial matter, Plaintiffs fail to acknowledge that the Court granted in part their motion for alternative service on A Fei on July 6, 2026. (ECF No. 247) Moreover, a further six-

month extension is excessive given that this action has been pending for approximately two years and the Court has already granted a six-month extension of discovery. Notwithstanding, Plaintiffs' request is GRANTED in part. The amended discovery schedule is set forth below:

- Fact discovery and affirmative expert reports are now due **November 27, 2026**;
- Rebuttal expert reports are now due **February 1, 2027**; and
- Expert discovery is due by **March 29, 2027**.

The briefing schedule for the motion for class certification is modified as follows. Plaintiffs' motion is due **August 27, 2026**; opposition is due **October 12, 2026**; reply is due **October 22, 2026**.

Additionally, on July 22, 2026, Plaintiffs filed a motion for a discovery conference concerning Defendant Min Lin's alleged failure to respond to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents. The request is GRANTED. A discovery conference is hereby scheduled for **August 18, 2026 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. At that time, the parties should be prepared to discuss the issues raised in Plaintiffs' letter at ECF No. 251. In the interim, counsel for Plaintiffs' and counsel for Min Lin are directed to meet and confer in good faith to attempt to narrow or resolve the issues presented ahead of the conference.

**The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 249 and 251.**

**SO ORDERED.**

DATED: New York, New York
July 23, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge