USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YANG, et al.,

Plaintiffs,

-against-

FEI, et al.,

Defendants.
-----------------------------------------------------------------X

24-CV-5055 (RA) (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

August 18, 2026, Plaintiffs filed a letter motion requesting an extension of time to file their motion for class certification. The appearing Defendants do not object to the request. In light of the fact that two additional Defendants have been added to this action and the soonest practicable dates for their depositions are in late September, the Court finds that good cause for an extension exists. Therefore, the request is GRANTED. The amended Rule 23 briefing schedule is set forth below:

- Plaintiffs' motion is due **October 8, 2026**;
- Defendants' opposition is due **November 9, 2026**;
- Plaintiffs' reply, if any, is due **November 23, 2026**.

Further, as set forth on the record during the August 18, 2026 Discovery Conference:

Counsel for Defendant Min Lin is expected to return the interrogatory responses and Rule 34 requests identified in Plaintiffs' letter at ECF No. 251 by August 20, 2026. The parties shall continue to meet and confer in good faith regarding any additional productions by Min Lin, including files, WeChat messages, and associated metadata.

To the extent the parties wish to submit a proposed protective order, they may do so in accordance with the Court's Model Protective Order, available here: https://nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Model%20Protective%20Order%20-New%20%206-1-26.pdf. If the parties propose any modifications to the Model Protective Order, they must also submit a redlined version identifying the proposed changes.

Finally, the parties are directed to submit a joint letter by **September 17, 2026**, updating the Court on the status of discovery.

**The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 264.**

**SO ORDERED.**

DATED: New York, New York
August 20, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge